UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
ALEX HOLMES, ET AL.

**Defendant / Respondent:**
CHET MINING CO, LLC, ET AL.

**AFFIDAVIT OF SERVICE**

Case No:
7:20-cv-04448-UA

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the state of New York. On Tue, Jun 23 2020 AT 11:08 AM AT 105 Duane St Apt 20F, New York, NY 10007 deponent served the within SUMMONS IN A CIVIL ACTIONS & COMPLAINT - JURY TRIAL DEMANDED on CHET STOJANOVICH

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 06/16/2020 @ 01:11 PM  2) 06/18/2020 @ 12:39 PM   3) 06/23/2020 @ 11:08 AM

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 105 Duane St Apt 20F, New York, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on Wed, Jun 24 2020.

[X] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____  Ethnicity: _____  Gender: _____  Weight: _____
Height: _____  Hair: _____  Eyes: _____  Relationship: _____
Other _____

**Service Description:**
1.) Gray door and walls. 2.) Black and brown carpet. 3.) Apartment located across hallway and approximately ten feet from Stairwell B.

Sworn to before me on June 24, 2020

David Meaney
Lic. No. 2085682-DCA
For:
A Plus Process Service
PO Box 582
Guilderland, NY 12084

Notary Public

[Notary Seal: ANGELO ROVETO, STATE OF NEW YORK, NOTARY PUBLIC, Qualified in New York County, 01RO6391181, MY COMMISSION EXPIRES 04/29/20__]