UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD., | **NOTICE OF APPEARANCE** |
| Plaintiffs. | Case No.: 1:20-CV-04448-LJL |
| against- | |
| CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH, | |
| Defendants. | |

_____

**PLEASE TAKE NOTICE**, that BENJAMIN F. NEIDL, an attorney admitted to practice law in this Honorable Court, hereby appears as one of the attorneys for the plaintiffs in this matter.

Dated: August 17, 2020
Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: _[signature]_
Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for Plaintiffs*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820

1