UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD., | **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT** |
| Plaintiffs. | Case No.: 1:20-CV-04448-LJL |
| against- | |
| CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH, | |
| Defendants. | |

_____

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1, the above-captioned plaintiffs, by their attorney Benjamin F. Neidl, request a Clerk's certificate of entry of default against all defendants: Chet Mining Co, LLC, Chet Mining Co. Canada Ltd., and Chet Stojanovich.  Within in an accompanying affidavit, I affirm that the parties against whom the judgment is sought:

1) are not infants or incompetent persons;

2) are not in the military service;

3) were properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) have defaulted in appearance in the above captioned action.

1

Dated: August 17, 2020    **E. STEWART JONES HACKER MURPHY LLP**
Troy, New York

By: _____
Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for Plaintiffs*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820