UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD., | **RULE 7.1 STATEMENT FOR PLAINTIFF BITCOIN VENTURES 2020 LLC** |
| Plaintiffs. | Case No.: 1:20-CV-04448-LJL |
| against- | |
| CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH, | |
| Defendants. | |

_____

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff BITCOIN VENTURES 2020 LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: <u>NONE</u>.

Dated: September 2, 2020
      Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: *[signature]*

Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for Plaintiffs*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820

1