UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD., | **RULE 7.1 STATEMENT FOR PLAINTIFF YASAR CORPORATION** |
| Plaintiffs. | Case No.: 1:20-CV-04448-LJL |
| against- | |
| CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH, | |
| Defendants. | |

_____

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff YASAR CORPORATION (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: <u>NONE</u>.

Dated: September 2, 2020           **E. STEWART JONES HACKER MURPHY LLP**
       Troy, New York

                         By: _____
                             Benjamin F. Neidl
                             **SDNY Bar No: BN5818**
                             *Attorneys for Plaintiffs*
                             28 Second Street
                             Troy, New York  12110
                             Tel. No.:  (518) 274-5820

1