UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD., | **CLERK'S CERTIFICATE OF DEFAULT** |
| Plaintiffs. | |
| -against- | Case No.: 1:20-CV-04448-LJL |
| CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH, | |
| Defendants. | |

_____

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 10, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Chet Mining Co., LLC and Chet Mining Co. Canada Ltd. by personally serving the New York State Department of State, Corporations Division as agent for said defendants followed by a mailing of same, and by serving defendant Chet Stojanovich by affixing the summons and complaint to the front door of his residence and mailing a copy of same to him at his residence within twenty days thereof pursuant to New York CPLR §308(4) after attempting personal service thee times, and proof of service was therefore filed on July 2, 2020, ECF Doc. #10 and #11.  I further certify that the docket entries indicate that the defendants have not filed an answer or otherwise moved with respect to the complaint herein.  The default of the defendants is hereby noted.

Dated: New York, New York
   ____September 2____, 2020

                                    RUBY J. KRAJICK
                                    Clerk of Court
               By:   ___*K. Mango*___
                                    Deputy Clerk