# Exhibit F

**To Benjamin Neidl Attorney Affirmation (Motion for Default Judgment)**

## STATE OF WYOMING ∗ SECRETARY OF STATE
## EDWARD A. BUCHANAN
## BUSINESS DIVISION

Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020

Phone 307-777-7311

Website: https://sos.wyo.gov · Email: business@wyo.gov

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| Name | **Chet Mining Co LLC** |
| **Filing ID** | **2018-000818691** |
| Type | Limited Liability Company |

| | |
|---|---|
| Status | Inactive - Administratively Dissolved (Tax) |

## General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Delinquent |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 08/31/2018 1:28 PM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | 10/09/2019 |

### Principal Address

50 West St, Apt 29A
New York, NY 10006

### Registered Agent Address

InCorp Services, Inc.
1910 Thomes Ave
Cheyenne, WY 82001

### Mailing Address

50 West St, Apt 29A
New York, NY 10006

## Parties

| Type | Name / Organization / Address |
|---|---|
| Organizer | Jackie DeFilippis  3773 Howard Hughes Pkwy. Suite 500s, Las Vegas, NV 89169-6014 |

## Notes

| Date | Recorded By | Note |
|---|---|---|

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|

## Filing Information

 **Please note that this form CANNOT be submitted in place of your Annual Report.**

| | |
|---|---|
| **Name** | **Chet Mining Co LLC** |
| **Filing ID** | **2018-000818691** |
| **Type** | Limited Liability Company |
| **Status** | Inactive - Administratively Dissolved (Tax) |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2019-002661699 | Dissolution / Revocation - Tax | 10/09/2019 |
| | Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax) | |
| | Inactive Date Changed  From: No Value  To: 10/09/2019 | |
| 2019-002601362 | Delinquency Notice - Tax | 08/02/2019 |
| See Filing ID | Initial Filing | 08/31/2018 |