# Exhibit A

**To Alex Holmes Affidavit (Motion for Default Judgment)**



# ESTIMATE
# AH#001

## CHET MINING CO LLC
*The future of Crypto Mining and Miners*

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▮▮▮▮▮▮6933
EIN ▮▮▮▮8556

| | | Estimate Date : | 06 May 2019 |
|---|---|---|---|
| **Bill To** | | Expiry Date : | 06 May 2019 |
| **Alex Holmes** | | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Z11s 20 with psu and shipping plus asurionand squaretrade | 20.00 | 1,800.00 | 36,000.00 |
| 2 | 100 L3+ with PSU and Asurion for six months of turn key hosting | 100.00 | 250.00 | 25,000.00 |
| | | | Sub Total | 61,000.00 |
| | | California State Tax (10.25%) | | 6,252.50 |
| | | | **Total** | **$67,252.50** |

### Notes
Looking forward to getting your products shipped and your units. Please pay in full to expedite shipping and preserve Guaranteed pricing and costs. the first two addresses are your permanent address to your account's receivable.
Your permanent address for
BTC: bitcoincash:qp8389g7deykrpvug0y74va63026jy9djg7z94uk5m
BCH: 17Lya9AKzwW7Q7P5BNf45sSVsbD9dCQLDY
Your final InvoiceDue upon receipt.

### Terms & Conditions
Refund applicable of taxes after paid in full. CCANtainers Taxes, as well. 100% due on receipt crypto preferred if shipping internationally. 30 days DOA any shipping included please provide payment as prices can be guaranteed within the day of invoice. See permitted forms of payment and permanent crypto addresses, here are the LTC or ETC addresses that will be excepted for you repairs and/or USA/CAD products Tested and assembled and made in purchases, All products will be delivered within 72 hours business days Monday through Friday with the exception of local and Banking Holidays.

1