# Exhibit B

**To Alex Holmes Affidavit (Motion for Default Judgment)**



# Invoice
# 3035

**CHET MINING CO LLC**

*The future of Crypto Mining and Miners*

Balance Due
**$19,293.75**

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ██████6933
EIN ██████8556

| | |
|---|---|
| Invoice Date : | 16 May 2019 |
| Terms : | Due on Receipt |
| Due Date : | 16 May 2019 |

**Bill To**
**Alex Holmes**

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Antminer L3+ 504MH/s | 50.00 box | 350.00 | 17,500.00 |

| | | |
|---|---|---|
| | Sub Total | 17,500.00 |
| | California State Tax (10.25%) | 1,793.75 |
| | **Total** | **$19,293.75** |
| | **Balance Due** | **$19,293.75** |

Notes

Looking forward for your business. Shipping is not included because I don't know where it is being shipped to. Within the United States is $30-40 and outside of the United States is anywhere from $50-200 per unit.

Due on receipt 173280.00 paid in full via wire

Terms & Conditions

Tax refund applicable to certain items. All Item must be covered prior to being lite certain policies require 3 days prior to taking effect and can result in a 72-hour wait before we turn them on for your protection.
Avalon 921s ready and loaners 60
10 L3 till your arrive 300 250
60 S9 loaners unit yours arrive 180 250
1180 GPU rigs 1280 880
60 921s loaners 60

. or for the items which will be lit up or purchased. 100% it items to be covered due on receipt crypto address for coverage or shipping internationally.  30 days DOA any shipping included when buying new hardware please provide payment as prices can be guaranteed within the day of invoice. See permitted forms of payment and permanent crypto addresses, here are the LTC or ETC addresses that will be excepted for you repairs and/or USA/CAD products Tested and assembled and made in purchases,  All products will be delivered within 72 hours business days Monday through Friday with the exception of local and Banking Holidays. 43,100.00 Plus 15% HST which is $49565.00 USD or 66781.19 CAD Which is due immediately via crypto address are listed below. Only 732 Policies of the new total confirmed units of 1312 are due immediately and will hold you back from getting your units turned on. Note that your baseline of unused space which you have secured for expansion has gone up to do to due to the change in available units. This additional power will change your minimum power draw for an additional 568 unit differential which now has changed this invoice cost here. 43,100.00 Plus 15% HST which is $49565.00 USD or 66781.19 CAD Which is due immediately via crypto address are listed below. Only 732 Policies of the new total confirmed units of 1312 are due immediately and will hold you back from getting your units turned on. Note that your baseline of unused space which you have secured for expansion has gone up to do to due to the change in available units. This additional power will change your minimum power draw for an additional 568 unit differential which now has changed this invoice cost here. and will change you cycle of minium power draw each month.