# Exhibit C

**To Alex Holmes Affidavit (Motion for Default Judgment)**

# INVOICE



| | |
|---|---|
| **Invoice #** | |
| **Date** | May 21, 2019 |
| **Due Date** | May 21, 2019 |
| **Total USD** | $52,984.50 |
| **Outstanding** | $52,984.50 USD |

## Chet Mining Co LLC

50 West ST
Apartment 29A
New York NY - 10006
United States
Phone: 3903
Mobile No: 0239
Chet@chetminingco.com
chetminingco.com

**Invoice To:**

**Shipping Method:**
International Shipping

| Tasks | Quantity | Rate | Amount |
|---|---|---|---|
| 1. S9<br>Asurion Protected | 20 | $690.00 | $13,800.00 |
| 2. Asurion Protected | 1 | $0.00 | $0.00 |

| Products | Quantity | Unit Price | Amount |
|---|---|---|---|
| 1. L3+<br>Asurion Protected | 90 | $412.00 | $37,080.00 |

| | |
|---|---|
| Sub Total: | $50,880.00 |
| California (10.25%): | $1,414.50 |
| Customs (5.00%): | $690.00 |
| **Total USD:** | **$52,984.50** |
| **Amount Paid USD:** | **$0.00** |
| **Amount Due USD:** | **$52.00** |

Created by Moon Invoice