# Exhibit D

**To Alex Holmes Affidavit (Motion for Default Judgment)**

# INVOICE



| | |
|---|---|
| **Invoice #** | |
| **Date** | May 21, 2019 |
| **Due Date** | May 21, 2019 |
| **Total USD** | $158,953.50 |
| **Outstanding** | $158,953.50 USD |

## Chet Mining Co LLC

50 West ST
Apartment 29A
New York NY - 10006
United States
Phone: ███████3903
Mobile No: 6█████0239
Chet@chetminingco.com
chetminingco.com

**Invoice To:**
████████

**Shipping Method:**
International Shipping

| Tasks | Quantity | Rate | Amount |
|---|---|---|---|
| 1. S9<br>Asurion Protected | 60 | $690.00 | $41,400.00 |
| 2. Asurion Protected | 1 | $0.00 | $0.00 |
| 3. Discount on Asurion/SquareTrade 299-499<br>Awaiting st-120 Tax Refund applied new US UPC for CMC/Mining Store Zero C0ntainer, Additional 4Score may apply to other rebates. | 1 | $0.00 | $0.00 |

| Products | Quantity | Unit Price | Amount |
|---|---|---|---|
| 1. L3+<br>Asurion Protected | 270 | $412.00 | $111,240.00 |
| 2. Discount on Asurion/SquareTrade 299-499<br>Awaiting st-120 Tax Refund applied new US UPC for CMC/Mining Store Zero C0ntainer, Additional 4Score may apply to other rebates.<br>Asurion Protected | 1 | $0.00 | $0.00 |

**Terms and Conditions**
Refund applicable of taxes after paid in full. C-Containers Taxes, as well. 100% due on receipt crypto preferred if shipping internationally. 30 days DOA any shipping included please provide payment as prices can be guaranteed within the day of invoice. See

| | |
|---|---|
| **Sub Total:** | $152,640.00 |
| California (10.25%): | $4,243.50 |
| Customs (5.00%): | $2,070.00 |
| **Total USD:** | **$158,953.50** |

permitted forms of payment and permanent crypto addresses, here are the LTC or ETC addresses that will be excepted for you repairs and/or USA/CAD products Tested and assembled and made in purchases,  All products will be delivered within 72 hours business days Monday through Friday with the exception of local and Banking Holidays.

|  |  |
|---|---|
| **Amount Paid USD:** | $0.00 |
| **Amount Due USD:** | $158.00 |

**Notes**

Looking forward to getting your products shipped home. Please pay in full to expedite shipping and preserve Guaranteed pricing and costs. the first two addresses are your permanent address to your account's receivable.

Your permanent address for will be sent soon as will the wire instructions.