# Exhibit E

**To Alex Holmes Affidavit (Motion for Default Judgment)**

# INVOICE



| | |
|---|---|
| **Invoice #** | |
| **Date** | May 21, 2019 |
| **Due Date** | May 21, 2019 |
| **Total USD** | $20,312.25 |
| **Outstanding** | $20,312.25 USD |

**Chet Mining Co LLC**

50 West ST
Apartment 29A
New York NY - 10006
United States
Phone: 3903
Mobile No: 0239
Chet@chetminingco.com
chetminingco.com

**Invoice To:**

**Shipping Method:**
International Shipping

| Tasks | Quantity | Rate | Amount |
|---|---|---|---|
| 1. S9 | 10 | $690.00 | $6,900.00 |

| Products | Quantity | Unit Price | Amount |
|---|---|---|---|
| 1. L3+ | 30 | $412.00 | $12,360.00 |

| | |
|---|---|
| Sub Total | $19,260.00 |
| California (10.25%): | $707.25 |
| Customs (5.00%): | $345.00 |
| **Total USD:** | **$20,312.25** |
| **Amount Paid USD:** | **$0.00** |
| **Amount Due USD:** | **$20.00** |