# Exhibit H

**To Alex Holmes Affidavit (Motion for Default Judgment)**

