# Exhibit I

**To Alex Holmes Affidavit (Motion for Default Judgment)**

| 06/03/2019 | WIRE TRANS TRN▮▮▮▮▮9190 | Payments | -$225,000.00 |

☐ Tax Deductible   ☐ Reimbursable

▼Show Wire Transfer Details

**Sent To:**
CHET MINING LLC NEW YORK NEW YORK, NY

**Beneficiary:**
JPMORGAN CHASE BANK
FLOOR 15 NEW YORK, NY
xxxxx0560