# Exhibit J

**To Alex Holmes Affidavit (Motion for Default Judgment)**

| | | | |
|---|---|---|---|
| 06/24/2019 | WIRE TRANS TRN██████████140 | Electronic debits | -$10,000.00 |

☐ Tax Deductible   ☐ Reimbursable

▼Show Wire Transfer Details

**Sent To:**
    CHET MINING LLC NEW YORK NEW YORK, NY

**Beneficiary:**
    JPMORGAN CHASE BANK
    FLOOR 15 NEW YORK, NY
    xxxxx0560