# Exhibit K

**To Alex Holmes Affidavit (Motion for Default Judgment)**

OXT (/)

Search for a Block, Transaction or Address

OXT

CHARTS AND RESOURCES ▾     MY OXT (/auth)

THE BLOCKCHAIN BY THE PEOPLE FOR THE PEOPLE

OXT IS A TOOL DESIGNED FOR DESKTOP COMPUTERS

WITH A MINIMUM DISPLAY RESOLUTION OF 1280*520 PIXELS

# TRANSACTION

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ac0d

FRIDAY, JULY 12, 2019 02:07:20 AM    [ BLOCK 585000 ]

SUMMARY    INPUTS & OUTPUTS    TECHNICAL    NOTES (0)

TOOLS (/graph/transaction/tiid/▇▇▇▇0046)

### FINANCIAL

| | |
|---|---:|
| VOLUME | 4.41953765 ₿ |
| FEES | 0.03069600 ₿ |
| FEES/VBYTE | 75.25 SAT/VB |
| FEES/BYTE | 75.25 SAT/B |
| BDD | 127.05 ₿.DAYS |

### INPUTS

| | |
|---|---:|
| UTXOS CONSUMED | 276 |
| ADDRESSES | 1 |

### OUTPUTS

| | |
|---|---:|
| UTXOS CREATED | 2 |
| ADDRESSES | 2 |

### PRIVACY

| | |
|---|---:|
| NEW ADDRESSES | 1 |
| ADDRESS REUSE | 50% |
| TX ENTROPY | 0 BITS |

(https://www.samourai.is/)

SAMOURAI WALLET (https://www.samouraiwallet.com/)    ABOUT (/about)    FAQ (/faq)



OXT (/)

Search for a Block, Transaction or Address

CHARTS AND RESOURCES ▼   MY OXT (/auth)

THE BLOCKCHAIN BY THE PEOPLE FOR THE PEOPLE

OXT IS A TOOL DESIGNED FOR DESKTOP COMPUTERS

WITH A MINIMUM DISPLAY RESOLUTION OF 1280*520 PIXELS

## TRANSACTION  segwit

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮a3f1

FRIDAY, JULY 12, 2019 06:47:39 PM   [ BLOCK 585115 ]

**SUMMARY**   INPUTS & OUTPUTS   TECHNICAL   NOTES (0)

TOOLS (/graph/transaction/tiid/▮▮▮▮▮339)

### FINANCIAL

| | |
|---|---:|
| VOLUME | 2.10495631 ฿ |
| FEES | 0.00422040 ฿ |
| FEES/VBYTE | 61.54 SAT/VB |
| FEES/BYTE | 59.83 SAT/B |
| BDD | 41.45 ฿.DAYS |

### INPUTS

| | |
|---|---:|
| UTXOS CONSUMED | 47 |
| ADDRESSES | 2 |

### OUTPUTS

| | |
|---|---:|
| UTXOS CREATED | 2 |
| ADDRESSES | 2 |

### PRIVACY

| | |
|---|---:|
| NEW ADDRESSES | 1 |
| ADDRESS REUSE | 50% |
| TX ENTROPY | 0 BITS |

(https://www.samourai.is/)

SAMOURAI WALLET (https://www.samouraiwallet.com/)   ABOUT (/about)   FAQ (/faq)



OXT (/)

Search for a Block, Transaction or Address

CHARTS AND RESOURCES  MY OXT (/auth)

THE BLOCKCHAIN BY THE PEOPLE FOR THE PEOPLE

OXT IS A TOOL DESIGNED FOR DESKTOP COMPUTERS

WITH A MINIMUM DISPLAY RESOLUTION OF 1280*520 PIXELS

## TRANSACTION  segwit

████████████████████████████████████████████████████████020a

SUNDAY, JULY 14, 2019 04:43:57 PM   [ BLOCK 585394 ]

SUMMARY   INPUTS & OUTPUTS   TECHNICAL   NOTES (0)

TOOLS (/graph/transaction/tiid/2326822500)

### FINANCIAL

| | |
|---|---|
| VOLUME | 0.42572423 ฿ |
| FEES | 0.00030276 ฿ |
| FEES/VBYTE | 68.81 SAT/VB |
| FEES/BYTE | 57.89 SAT/B |
| BDD | 0.81 ฿.DAYS |

### INPUTS

| | |
|---|---|
| UTXOS CONSUMED | 3 |
| ADDRESSES | 2 |

### OUTPUTS

| | |
|---|---|
| UTXOS CREATED | 2 |
| ADDRESSES | 2 |

### PRIVACY

| | |
|---|---|
| NEW ADDRESSES | 0 |
| ADDRESS REUSE | 100% |
| TX ENTROPY | 0 BITS |

(https://www.samourai.is/)

SAMOURAI WALLET (https://www.samouraiwallet.com/)   ABOUT (/about)   FAQ (/faq)

# OXT

(/)

Search for a Block, Transaction or Address

# OXT

CHARTS AND RESOURCES ▼  MY OXT (/auth)

THE BLOCKCHAIN BY THE PEOPLE FOR THE PEOPLE

OXT IS A TOOL DESIGNED FOR DESKTOP COMPUTERS

WITH A MINIMUM DISPLAY RESOLUTION OF 1280*520 PIXELS

## ADDRESS

[ 3802 ]

| SUMMARY | ACTIVITY | VOLUMES | TEMPORAL PATTERNS | NOTES (0) |

### ACTIVITY

| | |
|---|---|
| FIRST SEEN | JULY 17, 20 |
| LAST SEEN | JULY 18, 20 |
| INCOMING TXS | |
| OUTGOING TXS | |

### VOLUMES

| | |
|---|---|
| RECEIVED | 9.3641280 |
| SENT | -9.3641280 |
| BALANCE | 0.0000000 |

### BALANCE (AT END OF PERIOD)

### BALANCE (AT END OF PERIOD)

(https://www.samourai.is/)  SAMOURAI WALLET (https://www.samouraiwallet.com/)

ABOUT (/about)  FAQ (/faq)  DONATION (/donation)  TERMS & CONDITIONS (/terms)

UP TO BLOCK 806

7/17/2019 07/18/20

(https://www.samourai.is/) SAMOURAI WALLET (https://www.samouraiwallet.com/)

ABOUT (/about) FAQ (/faq) DONATION (/donation) TERMS & CONDITIONS (/terms)