UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.,

      Plaintiffs.

  against-

CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH,

      Defendants.
_____

**STATEMENT OF DAMAGES FOR PLAINTIFF ALEX HOLMES**

Case No.: 1:20-CV-04448-LJL

| | |
|---|---|
| Principal amount sued for | $497,092.71 |
| Interest at 9% from July 17, 2019 through September 18, 2020 | $52,582.88 |
| Total (as of September 18, 2020) | **$549,675.59** |

Dated: September 18, 2020   **E. STEWART JONES HACKER MURPHY LLP**
   Troy, New York

      By: _/s/ Benjamin F. Neidl_
        Benjamin F. Neidl
        **SDNY Bar No: BN5818**
        *Attorneys for the Plaintiffs*
        28 Second Street
        Troy, New York  12110
        Tel. No.:  (518) 274-5820