# Exhibit A

**To Josh Navarro Affidavit (Motion for Default Judgment)**



# CHET MINING CO LLC

*The future of Crypto Mining and Miners*

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▮▮▮▮▮▮6933
EIN ▮▮▮▮▮▮8556

# Invoice
# INV-003018

**Balance Due**
**$60,375.00**

| | | |
|---|---|---|
| Invoice Date : | | 12 Jun 2019 |
| Terms : | | Due on Receipt |
| Due Date : | | 12 Jun 2019 |
| P.O.# : | | INV: Josh#3 |

**Bill To**
**Mr. Josh Navarro**

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | **1/2 A Box "The Box"**<br>1/4 THE BOX, 50 L3+/++ and 12 S9s hosted at our facility. 12 month hosting included.<br><br>Adds 3 additional S9I/J 13.5 to 14.5 TH.<br>50 L3 Units:<br>Antminer L3++ (504-580-600Mh) from Bitmain mining Scrypt algorithm with a maximum hash rate of 580Mh/s for a power consumption of 942W.<br>50 L3's<br><br>15 S9 Units:<br>Antminer S9i (13, 13.5, 14,1 4.5Th) from Bitmain mining SHA-256 algorithm with a maximum hash rate of 14Th/s for a power consumption of 1320W.<br>15 S9 Units: with upgrade<br><br>THE BOX, With Customer upgrade, INCLUDES 50 L3++ and 15 S9s with the existing 50 L3s and 25% S9s hosted at our facility.<br>12 month hosting included.<br><br>With Customer upgrade and Additional will be added an option to extend 2 to 3 year hosting agreement for 265 L3 and 580 per S9 with the ability to upgrade hardware within this term.<br><br>Comes with one year of hosting with access to Chet mining co pool, this one year of hosting under the standard hosting agreement posted under the | 1.00<br>box | | 50,000.00 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | description of all products with a right to renew at 300-350 USD per L3+/++ per and 600-650 USD per S9 or you can purchase and secure your second-year rates at 250-275 USD per L3 and 550575 per S9 in this purchase. This is accompanied with a 3 to a 4-year plan of insurance coverage from Asurion or SquareTrade or like policy. |  | 50,000.00 |  |
|  |  |  | Sub Total | 50,000.00 |
|  |  |  | HST Tax & Tariff (20.75%) | 10,375.00 |
|  |  |  | **Total** | **$60,375.00** |
|  |  |  | **Balance Due** | **$60,375.00** |

Notes

14i4B5gsAAcS9KfrxaSfSpz3SHnUvU5MZM
BTC Address

Looking forward to your business. Shipping is not included because I don't know where it is being shipped to after your purchases and terms of service are completed in the event you don't renew or your hosting needs require multiple facilities or affiliates facilities to fulfill them. Within the United States is $30-40 and outside of the United States is anywhere from $50-200 per unit. Please read complete terms on a website that are provided in the purchase agreement terms and service agreement for a full free year.

Due on receipt paid in full via 14i4B5gsAAcS9KfrxaSfSpz3SHnUvU5MZM BTC address to pay. Supplies and prices cannot be guaranteed Summer prices are doubling for all item fast please Let us know asap if you need quantity. before they cost more or are gone. If we have already had interest order to fulfill the rest of our stock ready to lite. Also, are lining up quickly to fulfill what we have to install.

Terms & Conditions

14i4B5gsAAcS9KfrxaSfSpz3SHnUvU5MZM
BTC Address

Tax refund applicable to certain items and base on you or the companies location and equipment final destination. Such as sales tax or hst.

All Item must be covered prior to being lit certain policies require 3 days prior while others can take 7 to 30 days to take effect and can result in a 72-hour wait before we turn them on for your protection. With the exception of bulk orders. These installations take longer as they are far more comprehensive.

All Item prices are secured for 48 hours upon invoicing or quote date.
Supplies are dwindling Fast if you want to make an order for S9 or L3s Its best to do them in bulk now and work out a payment arrangement so we can bring down the costs. Nothing is available for the S17 series till June but for a few leftover units that are in stock as we have purchased everything in SZ and from Bitmain direct.

As is with many manufacturers we are sometimes delayed due to their delivery times.
If you have any questions please reach out to your representative and we will be able to give you a detailed ETA and time to deployment. expect that the install will minimally take 10 days on bulk orders.

Note we will provide sample testing on pools to confirm your results in order to set reasonable expectations of equipment performance beyond what you see in Bitmain's advertised performance specs and/or you can see them listed on our website.