# Exhibit B

**To Josh Navarro Affidavit (Motion for Default Judgment)**

# Lopez, Arian

| | |
|---|---|
| **From:** | wireroom@citynational.com |
| **Sent:** | Tuesday, July 16, 2019 2:47 PM |
| **To:** | *Brickell Bulletin (All Users) |
| **Subject:** | [Brnch Out Wire Advice - eMail] Message ID: ▮▮▮▮▮▮▮MV02 Advice Code:OTBRADEM001BR1000 |

******* Funds Transfer E-Mail Advice *******

To Branch: 001BR1000

This Fed funds transfer has been sent in accordance with your customer's instructions on 2019-07-16. Your customer's account **********6771 has been debited.
======================================================================
~~~~~~~   Outgoing Wire Transfer Information   ~~~~~

Amount: $60,375.00

Sender Information:

By Order Of:     SUPERNOVA ACQUISITIONS LLC  **********6771
         2480 LINCOLN AVE, MIAMI,FL 33133-0000

Confirmation # :    ▮▮▮▮▮▮▮▮▮0430

Receiver Information:

ABA:         021000021
Name:        JPMCHASE
Beneficiary:     CHET MINING LLC
Beneficiary Account#:    **********0560
Beneficiary Address:    50 WEST ST #29A , NEW NY, 1006

Intermediary Bank:
         ,

Beneficiary Bank:
Beneficiary Bank Address: ,

Details of Payment:    IVESTMENT.


~~~~~~~~~~~~~~~~~~~END WIRE TRANSFER INFORMATION~~~~~~~~~~~~~~~~~~~~~~

1

====================================================================
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.