# Exhibit C

**To Josh Navarro Affidavit (Motion for Default Judgment)**



# CHET MINING CO LLC

The future of Crypto Mining and Miners

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ████6933
EIN ████8556

# Invoice

**# INV-003024**

**Balance Due**
**$120,750.00**

| | |
|---|---|
| Invoice Date : | 12 Aug 2019 |
| Terms : | Due on Receipt |
| Due Date : | 12 Aug 2019 |

Bill To
**Mr. Josh Navarro**

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | Half of the "The Box"<br>Half a Box<br>50 S9s and 50 L3s+/++ "(only full box comes with 50 L3+/++ and 50 S9i/j)"<br><br>"THE BOX", 50 L3+/++ and 50 S9s hosted at our facility. 12 month hosting included. With Our standard hosting agreement terms and conditions. Please see website for links to "The Box"<br>Overclocking client upgrade is included. | 1.00 box | 100,000.00 | 100,000.00 |

| | | |
|---|---|---|
| Sub Total | | 100,000.00 |
| HST Tax & Tariff (20.75%) | | 20,750.00 |
| **Total** | | **$120,750.00** |
| **Balance Due** | | **$120,750.00** |

Notes

1EdYStKyToUEZqkUzsbG8gya4nfrcjvV38
BTC Address is good for another as are prices for 48 hours all payment must be processed in 72 hours for confirmation.  see Wire information for all domestic accounts. We prefer BTC due to the efficiency,

Looking forward to your business. Shipping is not included because I don't know where it is being shipped to after your purchases and terms of service are completed in the event you don't renew or your hosting needs require multiple facilities or affiliates facilities to fulfill them. Within the United States is $30-40 and outside of the United States is anywhere from $50-200 per unit. Please read complete terms on a

1

website that are provided in the purchase agreement terms and service agreement for a full free year.

Due on receipt paid in full via 1Q8SAsWgc6GBV2gfXMHUL8wrd3rmMiBZVv BTC address to pay. Supplies and prices cannot be guaranteed Summer prices are doubling for all item fast please Let us know asap if you need quantity. before they cost more or are gone. If we have already had interest order to fulfill the rest of our stock ready to lite. Also, are lining up quickly to fulfill what we have to install.

## Terms & Conditions

1EdYStKyToUEZqkUzsbG8gya4nfrcjvV38
BTC Address
please utilize BTC for deposit unless accounts are state side.
Tax refund applicable to certain items and base on you or the companies location and equipment final destination.

Wire Instructions are as follows:
Wire to: TD Bank
ABA/Routing#: 031101266
Location: Wilmington, Delaware
Credit to: Chet Stojanovich & Account Number: 4366486920
Business Address: 50 West Street, 29A New York, NY 10006

All Item must be covered prior to being lit certain policies require 3 days prior while others can take 7 to 30 days to take effect and can result in a 72-hour wait before we turn them on for your protection.  With the exception of bulk orders. These installations take longer as they are far more comprehensive. Some units will also take shipping time due to Bitmain delays for the z11, z17s, S17 pros.

All Item prices are secured for 48 hours upon invoicing or quote date.
Supplies are dwindling Fast if you want to make an order for S9 or L3s Its best to do them in bulk now and work out a payment arrangement so we can bring down the costs. Nothing is available for the S17 series till June but for a few leftover units that are in stock as we have purchased everything in SZ and from Bitmain direct.

As is with many manufacturers we are sometimes delayed due to their delivery times.
If you have any questions please reach out to your representative and we will be able to give you a detailed ETA and time to deployment.
expect that the install will minimally take 10 days on bulk orders.

Note we will provide sample testing on pools to confirm your results in order to set reasonable expectations of equipment performance beyond what you see in Bitmain's advertised performance specs and/or you can see them listed on our website. Any Criminal activity stated intended, failure to pass KYC by Coinbase and/or affiliates or prior record not disclosed will result in a full forfeit of all goods and services, please be upfront and we hope to do great by you.