# Exhibit D

**To Josh Navarro Affidavit (Motion for Default Judgment)**

# Lopez, Arian

| | |
|---|---|
| **From:** | wireroom@citynational.com |
| **Sent:** | Wednesday, August 14, 2019 3:34 PM |
| **To:** | *Brickell Bulletin (All Users) |
| **Subject:** | [Brnch Out Wire Advice - eMail] Message ▓▓▓▓▓▓AL71 Advice Code:▓▓▓▓▓▓▓▓.000 |

******* Funds Transfer E-Mail Advice *******

To Branch: 001BR1000

This Fed funds transfer has been sent in accordance with your customer's instructions on 2019-08-14. Your customer's account **********6771 has been debited.
========================================================================
~~~~~~~  Outgoing Wire Transfer Information   ~~~~~

Amount: $120,750.00

Sender Information:

By Order Of:     SUPERNOVA ACQUISITIONS LLC  **********6771
          2480 LINCOLN AVE, MIAMI,FL 33133-0000

Confirmation # :     ▓▓▓▓▓▓▓▓▓▓0668

Receiver Information:

ABA:         031101266
Name:        TD BANK NA
Beneficiary:     CHET STOJANOVICH
Beneficiary Account#:     **********6920
Beneficiary Address:     50 WEST STREET # 29A , NEW YORK NY 10006

Intermediary Bank:
          ,

Beneficiary Bank:
Beneficiary Bank Address: ,

Details of Payment:     investment

~~~~~~~~~~~~~~~~~~~END WIRE TRANSFER INFORMATION~~~~~~~~~~~~~~~~~~~~~~~

1

======================================================================
This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.