UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.,

                  Plaintiffs.

    against-

CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH,

                  Defendants.
_____

**STATEMENT OF DAMAGES FOR PLAINTIFF JOSH NAVARRO**

Case No.: 1:20-CV-04448-LJL

| | |
|---|---|
| Principal amount sued for | $181,125.00 |
| Interest at 9% from August 14, 2019 through September 18, 2020 | $17,909.04 |
| Total (as of September 18, 2020) | **$199,034.04** |

Dated: September 18, 2020
       Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: *[signature]*

Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for the Plaintiffs*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820

1