# Exhibit A

**To Nico Tramontana Affidavit (Motion for Default Judgment)**



# Chet Mining Co LLC

*The future of Crypto Mining and Miners*

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ███████6933
EIN ██████8556

# Invoice
# INV-003019

**Balance Due**
**$114,843.75**

| | |
|---|---|
| Invoice Date : | 19 Jun 2019 |
| Terms : | Due on Receipt |
| Due Date : | 19 Jun 2019 |

**Bill To**
**Nico Tramontana**

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | **1/4 A Box "The Box"**<br>THE BOX, 50 L3+/++ and 12 S9s hosted at our facility. 12 month hosting included.<br><br>Adds 7 additional S9I/J 13.5 to 14.5 TH.<br>50 L3 plus 50 Units: 100 L3++<br>Antminer L3++ (504-580-600Mh) from Bitmain mining Scrypt algorithm with a maximum hash rate of 580Mh/s for a power consumption of 942W.<br>200 L3's<br><br>12 S9 Units: plus 13 25 S9SJ<br>Antminer S9i (13, 13.5, 14,1 4.5Th) from Bitmain mining SHA-256 algorithm with a maximum hash rate of 14Th/s for a power consumption of 1320W.<br><br>2z11 customers oc ultra cooling<br>THE BOX, With Customer upgrade, INCLUDES 50L3++ and 16 S9s with the existing 50 L3s and 25% S9s hosted at our facility.<br>12 month hosting included.<br><br>With Customer upgrade and Additional will be added an option to extend 2 to 3 year hosting agreement for 250 L3 and 550 per S9 with the ability to upgrade hardware within this term. | 2.00<br>box | | 100,000.00 |

Comes with one year of hosting with access to Chet mining co pool, this one year of hosting under the standard hosting agreement posted under the description of all products with a right to renew at 300-350 USD per L3+/++ per

1

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
|  | and 600-650 USD per S9 or you can purchase and secure your second-year rates at 250 USD per L3 and 550 per S9 in this purchase.  This is accompanied with a 3 to a 4-year plan of insurance coverage from Asurion or SquareTrade or like policy. |  |  | 50,000.00 |
|  |  |  | Sub Total | 100,000.00 |
|  |  |  | NYC + Tarrif Canada city tax refundable (14.84375%) | 14,843.75 |
|  |  |  | **Total** | **$114,843.75** |
|  |  |  | **Balance Due** | **$114,843.75** |

Notes

See terms and conditions listed before. All purchases are subject to the country of origin. Tariffs and all sums for all orders are due in full with in 24 hours on bulk orders for individual orders 72 hours. Please see website our previous communications. Remember If your company is a reseller or Non profit 501c3 entities if you don't produce the needed documentation at the time of invoice or provide a temporary certificate of either a st120 and/or st119 its doesn't mean your tax exempt. In your country of origin or where the products are purchased from as explained before. Remember that any deposit we may offer for refund are at CMC Sole discretion. Rarely will CMC make such deposits refundable as it cost our company enormous amounts of money and only partial refunds are considered under certain circumstances, we can offer our basic terms and conditions for these few exceptions, although theses kinds of refunds are only considered and made at cmc sole discretion.
Please note previous discussions regarding tax exemptions and order changes. Full payment is required or deposits are forfeited. In addition to any fees due to changes in order outside of the 48 hour window to change orders. See terms and conditions listed before. All purchases are subject to the country of origin. We don't support or allow any actions in purchases orders that endorse any violations of the international laws such as the Fara acts and other local laws. Tariffs and all sums for all orders are due in full with in 24 hours on bulk orders for individual orders 72 hours.

Terms & Conditions

All Payments are due in full prior to any order is made. taxes or partial payment will result in a forfit of your deposit as we have explained and notated in all communication.
have  a st120 ir st119 its doesn't mean your tax exempt. In your country of origin or where the products are purchased from as explained before.
Remember that any deposit we may offer for refund are at CMC Sole discretion. Rarely will CMC make such deposits refundable as it cost our company enormous amounts of money and only partial refunds are considered under certain circumstances, we can offer our basic terms and conditions for these few exceptions, although theses kinds of refunds are only considered and made at cmc sole discretion.
Extended information for clarity

See reference all terms and conditions listed before and discussions. All purchases are subject to the country of origin. Tariffs and all sums for all orders are due in full with in 24 hours on bulk orders for individual orders 72 hours. Please see website our previous communications. Remember If your company is a reseller or Non profit 501c3 entities if you don't produce the needed documentation at the time of invoice or provide a temporary certificate of either a st120 and/or st119 its doesn't mean your tax exempt. In your country of origin or where the products are purchased from as explained before. Remember that any deposit we may offer for refund are at CMC Sole discretion. Rarely will CMC make such deposits refundable as it cost our company enormous amounts of money and only partial refunds are considered under certain circumstances, we can offer our basic terms and conditions for these few exceptions, although theses kinds of refunds are only considered and made at cmc sole discretion.

Please note previous discussions regarding tax exemptions and order changes. Full payment is required or deposits are forfeited. In addition to any fees due to changes in order outside of the 48 hour window to change orders. See terms and conditions listed before.

All purchases are subject to the country of origin. We don't support or allow any actions in purchases orders that endorse any violations of the international laws such as the Fara acts and other local laws. Tariffs and all sums for all orders are due in full with in 24 hours on bulk orders for individual orders 72 hours. Please see website our previous communications. Remember If your company is a reseller if you don't have or provide a st120 or st119, this means you must provided the documents for your tax exemption or not required to pay taxes. In your country of

origin or where the products are purchased from as explained before. Remember that any deposit we may offer for refund are at CMC Sole discretion. Rarely will CMC make such deposits refundable as it cost our company enormous amounts of money and only partial refunds are considered under certain circumstances, we can offer our basic terms and conditions for these few exceptions, although theses kinds of refunds are only considered and made at cmc sole discretion.

Will be provided and will only be valid as prices are for 48 hours to 72 hours BTC Address Looking forward to your business. Shipping is not included because I don't know where it is being shipped to after your purchases and terms of service are completed in the event you don't renew or your hosting needs require multiple facilities or affiliates facilities to fulfill them. Within the United States is $130-140 and outside of the United States is anywhere from $150-200 per unit. Please read complete terms on a website that are provided in the purchase agreement terms and service agreement for a full free year. Due on receipt paid in full via your BTC address to pay. Supplies and prices cannot be guaranteed Summer prices are doubling for all item fast please Let us know asap if you need quantity as we Guarantee pricing or supply past 24 hours to 48 hours. before they cost more or are gone. If we have already had an interest in order to fulfill the rest of our stock ready to lite. Also, are lining up quickly to fulfill what we have to install.
Wire Instructions attached. Partial payments have been considered in this transaction and we are willing to adjust orders if full payment is made for those units and the difference in cost from original cost for cancelled or delayed orders will be required to be fulfilled and paid in full prior to honoring any such orders. as explained and listed clearly in communications. If you change quantities or don't pay in full for taxes due your deposits are subject to the terms of purchase and can be in part or completely forfeited.