# Exhibit B

**To Nico Tramontana Affidavit (Motion for Default Judgment)**

| | | |
|---|---|---:|
| 06/19 | WIRE TRANSFER OUTGOING, Chet Mining Llc | 30,000.00 |
| 06/19 | WIRE TRANSFER FEE | 25.00 |
| 06/24 | WIRE TRANSFER OUTGOING, CHET MINING LLC | 25,000.00 |