# Exhibit C

**To Nico Tramontana Affidavit (Motion for Default Judgment)**

| 06/25 | WIRE TRANSFER OUTGOING, CHET MINING LLC | 7,500.00 |
| 06/25 | WIRE TRANSFER FEE | 25.00 |