# Exhibit D

**To Nico Tramontana Affidavit (Motion for Default Judgment)**

07/12          WIRE TRANSFER OUTGOING, CHET MINING LLC                              10,000.00