# Exhibit E

**To Nico Tramontana Affidavit (Motion for Default Judgment)**

Completed ✓

Fee

0.00000470 BTC ( 1.00 sat / vbyte )

Amount Sent

-0.35000470 BTC

Recipient

███████████████████████HMbV

My Notes ✏

NICO

Transaction ID

███████████████████1efc

View in Explorer