UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.,

                Plaintiffs.

    against-

CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH,

                Defendants.

**STATEMENT OF DAMAGES FOR PLAINTIFF NICO TRAMONTANA**

Case No.: 1:20-CV-04448-LJL

---

Principal amount sued for                                             $76,260.19

Interest at 9% from July 31, 2019 through September 18, 2020       $7,803.61

Total (as of September 18, 2020)                                 **$84,063.80**

Dated: September 18, 2020         **E. STEWART JONES HACKER MURPHY LLP**
       Troy, New York

                      By: *[signature]*

                         Benjamin F. Neidl
                         **SDNY Bar No: BN5818**
                         *Attorneys for the Plaintiffs*
                         28 Second Street
                         Troy, New York  12110
                         Tel. No.:  (518) 274-5820