# Exhibit B

**To Lars Eller Affidavit (Motion for Default Judgment)**

## Payment Type and Details >

| | | | |
|---|---|---|---|
| Transaction Date: | 06-Jun-19 | Status: | Completed |
| Amount: | $120,750.00 | Transaction Type: | Book Transfer |
| Sequence #: | None | JPMorgan Reference: | ▇▇▇▇7FS |
| DR Value Date: | | CR Value Date: | 06-Jun-19 |

## Sending Party >

| | |
|---|---|
| Account ID: | DDA - ▇▇▇2251 |
| Name: | RBC BANK (GEORGIA) NA |
| Address: | 8081 ARCO CORPORATE DR |
| | RALEIGH NC 27617-2041 |

## Credit Party >

| | |
|---|---|
| Account ID: | DDA - ▇▇▇0560 |
| Name: | CHET MINING LLC |
| Address: | 50 WEST ST APT 29A |
| | NEW YORK, NY 100062938 |

## Third Party >

| | |
|---|---|
| Account ID: | |
| Name: | |
| Address: | |

## Fourth Party >

| | |
|---|---|
| Account ID: | |
| Name: | |
| Address: | |

## Order Party >

| | |
|---|---|
| Account ID: | DDA ▇▇▇7274 |
| Name: | LARS ELLER |
| Address: | 4665 34TH ST N |
| | ARLINGTON VA 22207 US |

## Order Bank >

| | |
|---|---|
| Account ID: | |
| Name: | RBC BANK (GEORGIA) NA |
| Address: | 8081 ARCO CORPORATE DR |
| | RALEIGH NC 27617-2041 |

## 4th Credit Party >

| | |
|---|---|
| Account ID: | |
| Name: | |
| Address: | |

## Other Information >

| | | | |
|---|---|---|---|
| Credit Advice: | None | Cr Adv Type: | |
| Debit Reference: | ▇▇▇8312 | Source: | 103 |
| Credit Reference: | INVOICE PAYMENT | Bank/Bank Info: | /ACC/LARS ELLER INVOICE 003017 |
| Release Time(EST): | 10:28:04 | Flags: | |
| Existing Inquiry: | No | | |
| Payment Details: | | | |