UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

ALEX HOLMES, JOSH NAVARRO, NICO
TRAMONTANA, BITCOIN VENTURES 2020, LLC,
YASAR CORPORATION and ONEPURPOSE LTD.,

                                 Plaintiffs.

               against-

CHET MINING CO, LLC, CHET MINING CO
CANADA LTD., and CHET STOJANOVICH,

                              Defendants.

_____

**STATEMENT OF DAMAGES**
**FOR PLAINTIFF BITCOIN**
**VENTURES 2020, LLC**

Case No.:  1:20-CV-04448-LJL

Principal amount sued for ...........................................................................$120,750.00

Interest at 9% from June 6, 2019 through September 18, 2020 ..................$13,993.77

Total (as of September 18, 2020) ................................................................**$134,743.77**

Dated: September 18, 2020          **E. STEWART JONES HACKER MURPHY LLP**
        Troy, New York

                                  By:
                                        Benjamin F. Neidl
                                        **SDNY Bar No: BN5818**
                                        *Attorneys for the Plaintiffs*
                                        28 Second Street
                                        Troy, New York  12110
                                        Tel. No.:  (518) 274-5820