UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.,

    Plaintiffs.

against-

CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH,

    Defendants.

**NOTICE OF MOTION FOR DEFAULT JUDGMENT BY PLAINTIFFS YASAR CORPORATION AND ONE PURPOSE LTD.**

Civ. Action No.: Civ. Action No.: 1:20-cv-04448-LJL

**PLEASE TAKE NOTICE**, that plaintiffs Yasar Corporation and One Purpose Ltd., by and through their undersigned attorney, will move this Court for an Order granting the relief described below, at the time and place set forth below:

| | |
|---|---|
| Moving Party: | Plaintiffs Yasar Corporation and One Purpose Ltd. |
| Motion Directed To: | Defendants Chet Mining Co., LLC, Chet Mining Co. Canada Ltd., and Chet Stojanovich |
| Motion Date: | _____, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, N.Y. 10007-1312. |
| Relief Sought: | A default judgment against all defendants, jointly and severally, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2(b) of this Court, in favor of the Moving Parties. |
| Supporting Papers: | The papers offered in support of the motion are: (i) the Attorney Affirmation of Benjamin F. Neidl with Exhibits; (ii) the Declaration of Brad Yasar with Exhibits; (iii) the Statements of Damages of plaintiffs Yasar Corporation and One Purpose Ltd.; (iv) the proposed Default Judgments in favor of Yasar Corporation and One Purpose Ltd.; and (v) all other paper and pleadings previously filed herein. |

**PLEASE TAKE FURTHER NOTICE**, that the defendants must file their opposition papers (if any) with the Court and serve them upon the undersigned not less than _____ days prior to the above-listed Motion Date. The plaintiff intends to serve and file reply papers.

1

Dated:  Troy, New York
       September 28, 2020

                              Respectfully submitted,

                              E. STEWART JONES HACKER MURPHY LLP

By:    Benjamin F. Neidl
*Attorneys for the Plaintiffs*
28 Second Street
Troy, N.Y.  12180
(518)274-5820