# Exhibit C

**To Benjamin Neidl Attorney Affirmation (Motion for Default Judgment)**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEX HOLMES, ET AL.,

                 Plaintiff(s)

**Affidavit of Service**

-against-

CHET MINING CO, LLC, ET AL.,

**Index No.**
7:20-cv-04448-UA

                 Defendant(s)

STATE OF NEW YORK )
                        )SS.:
COUNTY OF ALBANY )

     **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

     On June 15, 2020, at 2:44 p.m. I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, on Defendant, CHET MINING CO CANADA, LTD, by personally delivering to and leaving with Nancy Dougherty, a white female approximately 65 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 304 of the Limited Liability Company Law of the State of New York.

     That deponent personally knew said Nancy Dougherty to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

     On June 16, 2020, deponent mailed a copy of said documents to CHET MINING CO, LLC, by enclosing same in a postage pre-paid envelope, through Registered Mail, # RB705174529US; Return Receipt #9590940256959346033135, to 105 Duane St Apt. 20F, New York, NY 10007.

                                                                                   Austin Taylor

Sworn before me this
__18th__ day of June, 2020

_____
Notary Public - State of New York

            Adrien LaBelle
     Notary Public, State of New York
           No. 01LA6186034
        Qualified in Albany County
  My Commission Expires April 28, 20 24

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

ALEX HOLMES, ET AL.,

                      Plaintiff(s)                                 **Affidavit of Service**

-against-

                                                                     **Index No.**

CHET MINING CO, LLC, ET AL.,                              7:20-cv-04448-UA

                    Defendant(s)

STATE OF NEW YORK )
                          )SS.:
COUNTY OF ALBANY )

       **AUSTIN TAYLOR**, being duly sworn, deposes and says: that I am over the age of eighteen (18) years, and reside in Voorheesville, New York;

       On June 15, 2020, at 2:44 p.m. I served a SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET & COMPLAINT, on Defendant, CHET MINING CO, LLC by personally delivering to and leaving with Nancy Dougherty, a white female approximately 65 years of age, said to be a Business Document Specialist, in the Corporation Division of the Department of State, of the State of New York, at 99 Washington Avenue Albany, New York, two true copies thereof, and at the same time paid the required fee of Forty ($40.00) Dollars, pursuant to section 304 of the Limited Liability Company Law of the State of New York.

       That deponent personally knew said Nancy Dougherty to be a Business Document Specialist in the Corporation Division of the Department of State of the State of New York, and a person duly authorized to accept service upon the Secretary of State of New York.

       On June 16, 2020, deponent mailed a copy of said documents to CHET MINING CO, LLC, by enclosing same in a postage pre-paid envelope, through Registered Mail, # RB705174515US; Return Receipt #9590940256959346033128, to 105 Duane St Apt. 20F, New York, NY 10007.

                                                                                Austin Taylor

Sworn before me this
___/18th day of June, 2020

_____
Notary Public - State of New York

              Adrien LaBelle
      Notary Public, State of New York
           No. 01LA6186034
        Qualified in Albany County
  My Commission Expires April 28, 20 24



```
===========================================
              GUILDERLAND
           11 NEW KARNER RD
       GUILDERLAND, NY 12084-9998
              353450-0084
              (800)275-8777
           06/16/2020 10:09 AM
===========================================
===========================================
-------------------------------------------
Product              Qty    Unit      Price
                            Price
-------------------------------------------
Mail Pickup           1                $0.00
  (Label #:RE324608690US)
BarnSwllw #10 Env     2    $0.69       $1.38
First-Class Mail®     1    $0.85       $0.85
Letter
    (Domestic)
    (NEW YORK, NY  10007)
    (Weight:0 Lb 2.80 Oz)
    (Estimated Delivery Date)
    (Friday 06/19/2020)
  Registered                          $12.60
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RB705174515US)
  Return Receipt                       $2.85
    (USPS Return Receipt #)
    (9590940256959346033128)
  Affixed Postage                     ($0.55)
    (Affixed Amount:$0.55)
First-Class Mail®     1    $0.85       $0.85
Letter
    (Domestic)
    (NEW YORK, NY  10007)
    (Weight:0 Lb 2.80 Oz)
    (Estimated Delivery Date)
    (Friday 06/19/2020)
  Registered                          $12.60
    (Amount:$0.00)
    (USPS Registered Mail #)
    (RB705174529US)
  Return Receipt                       $2.85
    (USPS Return Receipt #)
    (9590940256959346033135)
  Affixed Postage                     ($0.55)
    (Affixed Amount:$0.55)
-------------------------------------------
Total:                                $32.88
-------------------------------------------
```

Handwritten annotations:
- "Chet Mining Co LLC." (bracketed to first Registered/Return Receipt block with RB705174515US)
- "Chet Mining Co. Canada LTD." (bracketed to second Registered/Return Receipt block with RB705174529US)