# Exhibit B

**To Brad YasarAffidavit (Motion for Default Judgment)**



.com

~ ADVERTISEMENT ~

Sponsored Content

Explorer › Bitcoin › Transaction

Search your transaction, an address or a block

USD

## Summary

USD BTC

| | |
|---|---|
| Hash | [redacted]1416 |
| Date | 2019-03-05 19:36 |
| From | [redacted]w6Gs<br>0.00424389 BTC<br>[redacted]w6Gs<br>0.00538521 BTC<br>[redacted]w6Gs<br>0.00492385 BTC<br>[redacted]w6Gs<br>0.00543811 BTC<br>[redacted]mw6Gs<br>0.00489777 BTC<br>[redacted]mw6Gs<br>0.00456584 BTC<br>[redacted]mw6Gs<br>0.00433002 BTC<br>[redacted]mw6Gs<br>0.00449819 BTC<br>[redacted]mw6Gs<br>0.00507714 BTC<br>[redacted]mw6Gs<br>0.00494196 BTC |

Load more inputs... (40 remaining)

| | |
|---|---|
| To | ████████████████████ ecob |
| | 1.28000000 BTC |
| | ████████████████████ Gu3Z |
| | 0.00602653 BTC |
| | |
| Fee | 0.00080244 BTC |
| | (9.277 sat/B - 4.344 sat/WU - 8650 bytes) |
| | |
| Amount | 1.28602653 BTC |

## Details ⓘ

| | |
|---|---|
| Hash | ████████████████████ 9e80... |
| Status | Confirmed |
| Received Time | 2019-03-05 19:36 |
| Size | 8650 bytes |
| Weight | 18,472 |
| Included in Block | 565851 |
| Confirmations | 83,830 |
| Total Input | 1.28682897 BTC |
| Total Output | 1.28602653 BTC |
| Fees | 0.00080244 BTC |
| Fee per byte | 9.277 sat/B |
| Fee per weight unit | 4.344 sat/WU |
| Value when transacted | $4,945.61 |

Learn more about how transactions work.



~ ADVERTISEMENT ~

Sponsored Content

# Inputs ⓘ

HEX | ASM

| | |
|---|---|
| Index | 0 |
| Details | Output |
| Address | 3EYGx5aXrobkvnq9TkQxMVdPTb2gSmw6Gs 📋 |
| Value | 0.00424389 BTC |
| Pkscript | OP_HASH160<br>8cf26f5cc132df9935cda4d96bbf1dfe8ac7a326<br>OP_EQUAL |
| Sigscript | 0014dae9e28d14d7de9b6c6693c18cd1ec750f33c2ee |
| Witness | 3045022100d0f81bd09101a849dd738768cd1a645e61af34f52265b683c8d9f7f60<br>db659a8022063b7cc4148b5da004ddbb5b0402be79949c3bc28a458ddfa9227db<br>2de7ad2ea301<br>02e38cf3a30dd9f73fa565bdf902d411a8402440a6564379647ee7a8b246dc7df7 |

| | |
|---|---|
| Index | 1 |
| Details | Output |
| Address | 3EYGx5aXrobkvnq9TkQxMVdPTb2gSmw6Gs 📋 |
| Value | 0.00538521 BTC |

| Pkscript | OP_HASH160 |
|---|---|
| | 8cf26f5cc132df9935cda4d96bbf1dfe8ac7a326 |
| | OP_EQUAL |

Sigscript  0014dae9e28d14d7de9b6c6693c18cd1ec750f33c2ee

Witness  3045022100f0f5f591b29df92500f24d1ccd68db786a283f3733f0712f31e8bc8a75a0
f621b6022055c32fe50480e20dab2b559ff0ed3455c6aeaa0049ef5dd051c9fea23
770044201

02e38cf3a30dd9f73fa565bdf902d411a8402440a6564379647ee7a8b246dc7df7

---

Index  2

Details  Output

Address  3EYGx5aXrobkvnq9TkQxMVdPTb2gSmw6Gs 📋

Value  0.00492385 BTC

| Pkscript | OP_HASH160 |
|---|---|
| | 8cf26f5cc132df9935cda4d96bbf1dfe8ac7a326 |
| | OP_EQUAL |

Sigscript  0014dae9e28d14d7de9b6c6693c18cd1ec750f33c2ee

Witness  30450221008f1b12b8281461da0bad70987083529158132eaa5fb832cf12b7f74f1b
2ba989022027eebc1fb05530bb011c20305ad54c63a809341caa589310a005fe99
3f0f267901

02e38cf3a30dd9f73fa565bdf902d411a8402440a6564379647ee7a8b246dc7df7

---

Index  3

Details  Output

Address  3EYGx5aXrobkvnq9TkQxMVdPTb2gSmw6Gs 📋

Value  0.00543811 BTC

| Pkscript | OP_HASH160 |
|---|---|
| | 8cf26f5cc132df9935cda4d96bbf1dfe8ac7a326 |
| | OP_EQUAL |

Sigscript  0014dae9e28d14d7de9b6c6693c18cd1ec750f33c2ee

Witness  304402207137fbb6bcf16acf59a5b30c3f2a0a3e82a1c496d8b5748dd5af8df21f3d
3c1d0220763e671750c58c09deac15c718b8b18ab5f7a7ca9de8d2f758456a5197df
eaa001

02e38cf3a30dd9f73fa565bdf902d411a8402440a6564379647ee7a8b246dc7df7

---

Index  4

Case 1:20-cv-04448-LJL Document 35-2 Filed 09/28/20

| Details | Output |
| --- | --- |

**Address** 3EYGx5aXrobkvnq9TkQxMVdPTb2gSmw6Gs 📋

**Value** 0.00489777 BTC

**Pkscript** OP_HASH160
8cf26f5cc132df9935cda4d96bbf1dfe8ac7a326
OP_EQUAL

**Sigscript** 0014dae9e28d14d7de9b6c6693c18cd1ec750f33c2ee

**Witness** 3044022036d5b9777932ba48f421b99cc539590671b408dd2fb73073b6046d9f5
c01e9b60220773f67f58ea50fe3b5e54896492b80aa9f047c4972d71ece3a4810be
eab130f301
02e38cf3a30dd9f73fa565bdf902d411a8402440a6564379647ee7a8b246dc7df7

1 2 3 4 5

# Outputs ℹ️

**Index** 0

**Details** Spent

**Address** 3HFpkXeE2evrvB6dPtPKRyFucGyHvKecob 📋

**Value** 1.28000000 BTC

**Pkscript** OP_HASH160
aabe497a63f435540ebb0a1de01c03420480d1cb
OP_EQUAL

**Index** 1

**Details** Unspent

**Address** 3LPwNd6m6GHt9LAGLopazcgkW8TQxnGu3Z 📋

**Value** 0.00602653 BTC

**Pkscript** OP_HASH160
cd2f8525150fd58359db4814bf3911fed259c845
OP_EQUAL

You've thought about it, now it's time.

Create a Wallet. Sign up for the Exchange. Buy Bitcoin in minutes.

Get Started

# Blockchain.com

Twitter              Instagram              M  Medium

**Products**              **Resources**              **About**

Wallet                    APIs                        Team

Exchange                  Status                      Careers   HIRING

Learn                     Open Source                 Press

Explorer                  Research                    Prime

Markets                   Privacy                     Ventures

Prices                    Support

Charts                    Blog

 English

Blockchain

