# Exhibit C

**To Brad YasarAffidavit (Motion for Default Judgment)**



.com

| | |
|---|---|
| Status | Confirmed |
| Received Time | 2019-03-05 19:36 |
| Size | 934 bytes |
| Weight | 2,116 |
| Included in Block | 565851 |
| Confirmations | 83,831 |
| Total Input | 26.43794780 BTC |
| Total Output | 26.43784196 BTC |
| Fees | 0.00010584 BTC |
| Fee per byte | 11.332 sat/B |
| Fee per weight unit | 5.002 sat/WU |
| Value when transacted | $101,670.69 |

Learn more about how transactions work.

Sponsored Content

## Inputs  HEX  ASM

| | |
|---|---|
| Index | 0 |
| Details | Output |
| Address | ▇▇▇▇▇▇▇▇▇▇▇QK5K |
| Value | 0.00050000 BTC |
| Pkscript | OP_HASH160 |

| | |
|---|---|
| | .com |
| Sigscript | 00███████████████████████3e46 |
| Witness | ████████████████████████████ |
| | ████d01 |
| | ████████████████████████e248 |

| | |
|---|---|
| Index | 1 |
| Details | Output |
| Address | ████████████████████1PqZ 📋 |
| Value | 6.18930000 BTC |
| Pkscript | OP_HASH160 |
| | ████████████████████099a |
| | OP_EQUAL |
| Sigscript | ████████████████████4cca |
| Witness | ████████████████████████████ |
| | ████7401 |
| | ████████████████████████1aff |

| | |
|---|---|
| Index | 2 |
| Details | Output |
| Address | ████████████████████6hQU 📋 |
| Value | 8.99175000 BTC |
| Pkscript | OP_HASH160 |
| | ████████████████████2d7e |
| | OP_EQUAL |
| Sigscript | ████████████████████5497 |
| Witness | ████████████████████████████ |
| | ████c01 |
| | ████████████████████████268e |

| | |
|---|---|
| Index | 3 |



.com

| | |
|---|---|
| Index | 1 |
| Details | Unspent |
| Address | ████████████████████iaKy 📋 |
| Value | 0.00784196 BTC |
| Pkscript | OP_HASH160 ████████████████████cbbb OP_EQUAL |

You've thought about it, now it's time.

Create a Wallet. Sign up for the Exchange. Buy Bitcoin in minutes.

Get Started

# Blockchain.com

Twitter    Instagram    Medium

### Products

Wallet

Exchange

Learn

### Resources

APIs

Status

Open Source

### About

Team

Careers  HIRING

Press

.com

Markets

Privacy

Ventures

Prices

Support

Charts

Blog

English

Blockchain




1.19.14