# Exhibit D

**To Brad YasarAffidavit (Motion for Default Judgment)**



| | |
|---|---|
| Details | Output |
| Address | ██████████████████████████████████5tnl 📋 |
| Value | 26.42325980 BCH |
| Pkscript | OP_DUP<br>OP_HASH160<br>████████████████████████████████2bbb<br>OP_EQUALVERIFY<br>OP_CHECKSIG |
| Sigscript | ████████████████████████████████████████████████████████<br>██████████f841<br>████████████████████████████████████████████████████7af6 |

## Outputs ⓘ

| | |
|---|---|
| Index | 0 |
| Details | Spent |
| Address | ██████████████████████████████████uk5m 📋 |
| Value | 26.42000000 BCH |
| Pkscript | OP_DUP<br>OP_HASH160<br>████████████████████████████████ad92<br>OP_EQUALVERIFY<br>OP_CHECKSIG |

| | |
|---|---|
| Index | 1 |
| Details | Unspent |
| Address | ██████████████████████████████████53ef 📋 |
| Value | 0.00325754 BCH |
| Pkscript | OP_DUP<br>OP_HASH160<br>████████████████████████████████847a<br>OP_EQUALVERIFY |

| | |
|---|---|
| Hash | e7b3… |
| Status | Confirmed |
| Received Time | 2019-03-05 20:32 |
| Size | 226 bytes |
| Included in Block | 572538 |
| Confirmations | 81,589 |
| Total Input | 26.42325980 BCH |
| Total Output | 26.42325754 BCH |
| Fees | 0.00000226 BCH |
| Fee per byte | 1.000 sat/B |

Learn more about how transactions work.



~ ADVERTISEMENT ~

Sponsored Content

## Inputs ⓘ

HEX  ASM

| Index | 0 |
|---|---|

OP_CHECKSIG

## You've thought about it, now it's time.

Create a Wallet. Sign up for the Exchange. Buy Bitcoin in minutes.

Get Started

# Blockchain.com

Twitter        Instagram        Medium

**Products**            **Resources**           **About**

Wallet                  APIs                    Team

Exchange                Status                  Careers  HIRING

Learn                   Open Source             Press

Explorer                Research                Prime

Markets                 Privacy                 Ventures

Prices                  Support

Charts                  Blog

 English

Blockchain




1.19.14