# Exhibit E

**To Brad YasarAffidavit (Motion for Default Judgment)**

