# Exhibit F

**To Brad YasarAffidavit (Motion for Default Judgment)**



.com

Sponsored Content

Explorer › Bitcoin › Transaction

Search your transaction, an address or a block    USD

## Summary

USD | BTC

| | |
|---|---|
| Hash | [redacted]1631 |
| Date | 2019-03-10 19:31 |
| From | [redacted]kwRE<br>115.00000000 BTC |
| To | [redacted]xfds<br>15.00000000 BTC<br>[redacted]jtz5<br>7.34144626 BTC<br>[redacted]5vww<br>15.00000000 BTC<br>[redacted]078w<br>15.00000000 BTC<br>[redacted]o8c6<br>32.65848511 BTC<br>[redacted]4j0z<br>15.00000000 BTC<br>[redacted]teph<br>15.00000000 BTC |
| Fee | 0.00006863 BTC<br>(18.253 sat/B - 4.563 sat/WU - 376 bytes) |
| Amount | 114.99993137 BTC |

## Details

| | |
|---|---|
| Hash | ■■■■■■■■■■■■■■■■ a4d6… |
| Status | Confirmed |
| Received Time | 2019-03-10 19:31 |
| Size | 376 bytes |
| Weight | 1,504 |
| Included in Block | 566539 |
| Confirmations | 83,129 |
| Total Input | 115.00000000 BTC |
| Total Output | 114.99993137 BTC |
| Fees | 0.00006863 BTC |
| Fee per byte | 18.253 sat/B |
| Fee per weight unit | 4.563 sat/WU |
| Value when transacted | $452,876.88 |

Learn more about how transactions work.

Sponsored Content

## Inputs

HEX  ASM

| | |
|---|---|
| Index | 0 |
| Details | Output |
| Address | ■■■■■■■■■■■■ kwRE  |
| Value | 115.00000000 BTC |
| Pkscript | OP_DUP |

| | |
|---|---|
| Pkscript | OP_DUP<br>O<br>2███████████████████████████████867a<br>OP_EQUALVERIFY<br>OP_CHECKSIG |
| Sigscript | ███████████████████████████████████████<br>███████ 0101<br>████████████████████████████████ f8f3 |
| Witness | N/A |

## Outputs ⓘ

| | |
|---|---|
| Index | 0 |
| Details | Spent |
| Address | ███████████████████████████████ xfds 📋 |
| Value | 15.00000000 BTC |
| Pkscript | OP_0<br>████████████████████████████ 6f22 |

| | |
|---|---|
| Index | 1 |
| Details | Spent |
| Address | ███████████████████████████████ jtz5 📋 |
| Value | 7.34144626 BTC |
| Pkscript | OP_0<br>████████████████████████████ f177 |

| | |
|---|---|
| Index | 2 |
| Details | Spent |
| Address | ███████████████████████████████ vww 📋 |
| Value | 15.00000000 BTC |
| Pkscript | OP_0 |

| | |
|---|---|
| Pkscript | OP_0 |

| | |
|---|---|
| Index | 3 |
| Details | Spent |
| Address | ███████████████████████████████ 078w 📋 |
| Value | 15.00000000 BTC |
| Pkscript | OP_0<br>███████████████████████████████ bb83 |

| | |
|---|---|
| Index | 4 |
| Details | Spent |
| Address | ███████████████████████████████ o8c6 📋 |
| Value | 32.65848511 BTC |
| Pkscript | OP_HASH160<br>███████████████████████████████ c677<br>OP_EQUAL |

| 1 | 2 |

## You've thought about it, now it's time.

Create a Wallet. Sign up for the Exchange. Buy Bitcoin in minutes.

**Get Started**

# Blockchain.com

 Twitter    Instagram    Medium

| Products | Resources | About |
|---|---|---|
| Wallet | APIs | Team |
| Exchange | Status | Careers  HIRING |
| Learn | Open Source | Press |
| Explorer | Research | Prime |
| Markets | Privacy | Ventures |
| Prices | Support | |
| Charts | Blog | |

 English

 Blockchain

 

1.19.14