# Exhibit G

**To Brad YasarAffidavit (Motion for Default Judgment)**



.com

Sponsored Content

Explorer › Bitcoin › Transaction

Search your transaction, an address or a block

USD

## Summary

USD | BTC

| | |
|---|---|
| Hash | [redacted]8002 |
| Date | 2019-03-12 15:18 |
| From | [redacted]r1b8<br>61.98954913 BTC |
| To | [redacted]tTki<br>32.35000000 BTC<br>[redacted]zMLi<br>29.63950763 BTC |
| Fee | 0.00004150 BTC<br>(16.600 sat/B - 6.194 sat/WU - 250 bytes) |
| Amount | 61.98950763 BTC |

## Details

| | |
|---|---|
| Hash | 21f8484140dfc863445fd6895da4ec0922c6227008af84ca2e… |
| Status | Confirmed |
| Received Time | 2019-03-12 15:18 |
| Size | 250 bytes |

| | |
|---|---|
| Size | 250 bytes |
| Weight | 670 |
| Included in Block | 566802 |
| Confirmations | 82,864 |
| Total Input | 61.98954913 BTC |
| Total Output | 61.98950763 BTC |
| Fees | 0.00004150 BTC |
| Fee per byte | 16.600 sat/B |
| Fee per weight unit | 6.194 sat/WU |
| Value when transacted | $241,372.98 |

Learn more about how transactions work.

Sponsored Content

## Inputs ⓘ                                    HEX | ASM

| | |
|---|---|
| Index | 0 |
| Details | Output |
| Address | r1b8 📋 |
| Value | 61.98954913 BTC |
| Pkscript | OP_HASH160<br>632b<br>OP_EQUAL |
| Sigscript | ce8a |
| Witness | <br>401<br>72f5 |



# Blockchain.com

Twitter                     Instagram                     Medium

## Products

Wallet

Exchange

Learn

Explorer

Markets

Prices

Charts

## Resources

APIs

Status

Open Source

Research

Privacy

Support

Blog

## About

Team

Careers   HIRING

Press

Prime

Ventures

English

Blockchain

  

1.19.14