# Exhibit H

**To Brad YasarAffidavit (Motion for Default Judgment)**



# Invoice
# Brad BE#003

**CHET MINING CO LLC**

The future of Crypto Mining and Miners

**Balance Due**
**$102,224.00**

**Chet Mining LLC**
50 West Street
Suite 29A
New York New York 10006
U.S.A
Company ID : ▇▇▇▇6933
EIN ▇▇▇▇8556

| | | Invoice Date : | 26 Apr 2019 |
|---|---|---|---|
| | | Terms : | Due on Receipt |
| | | Due Date : | 26 Apr 2019 |
| **Bill To** | | P.O.# : | Insurance policy one |
| **Brad Yasar** | | | |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
| 1 | **All coverage for existing units and locations.** 43,100.00 Plus 15% HST which is $49565.00 USD or 66781.19 CAD Which is due immediately via crypto address are listed below. Only 732 Policies of the new total confirmed units of 1312 are due immediately and will hold you back from getting your units turned on. Note that your baseline of unused space which you have secured for expansion has gone up to do to due to the change in available units. This additional power will change your minimum power draw for an additional 568 unit differential which now has changed this invoice cost here. We would purchase 1068 miners for you this month if we ended up using the offer I thought up before but I rather wait and make sure that and see next invoices come in, and payments each month for but I am looking forward to meeting you all in person and look for my email soon. It will have the 2 scheduling offers for payments and upgrades such as firmware and overclocking options for asics. I will have your statements shortly for each month. | 1,068.00 pcs | 0.00 | 0.00 |
| 2 | **Notes and understanding** good business means getting things done right, let work on our communication on the exact number of units. We could've saved you a lot more if we Knew exactly how many you had it radically changed the shipping cost we quoted you and the entire spreadsheet offer will have to be redone. In the meantime, we will allow you to borrow 130 of our ASIC miners until yours arrive and are properly checked for damage and functionality as will every unit as its inventoried within our live inventory system. This will keep you up for a week in the meantime to get you started and hashing. This way you won't have to wait for delays in shipping, Registration of your policies for the individual | 1.00 | | 0.00 |

| # | Item & Description | Qty | Rate | Amount |
|---|---|---|---|---|
|   | units to kick ib properly, and/or installation to start hashing to make you both some money. With your 130 ASICs, you can start hashing asap using our loaned units like I did the other day showing you the hash power of our units and won't have to wait for installation time or miners to arrive before you start to collect as a gift or kindness from CMC to you. |   | 0.00 |   |

| # | Task & Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 3 | Asurion 3-4 4 Year Desktop Coverage for current and all units owned and to be managed. 10 L3++, 62 S9i/J 1180 GPU rigs, 60 Avalon 921s, = 732 units coverage due upon receipt =36600 USD + 6500 USD = 43100 USD without the 15% HST. The HST (Canadian Saled tax) rate for NL and New Brunswick are both at 15% everywhere in Canada is actually 15% except BC. SO what is due now for this next week and what arrives today is 43,100.00 Plus 15% HST which is $49565.00 USD or 66781.19 CAD Which is due immidiately via crypto address are listed bellow. | 1,312.00 | 50.00 | 65,600.00 |
| 4 | Onsite Policy including building coverage, paid by quarterly or upfront. Each quarter is reflected by 6500. General liability and business insurance for loss profits are being negotiated as we speak as well. 6500 is due immediately. with HST is 7475.00 USD plus the Asurion/Squaretrade ECT is 42090.00 = at total amount due 49,565.00 USD or 66782.00 CAD Paid via Crypto of one of these addresses listed below. This amount will be deducted from the total amount of 100989.00 USD or 136068 CAD at the exchange rate as of the moment you receive this which please confirm before sending the funds of in BTC BCH LTC or ETH, To confirm the exchange rate. | 4.00 | 6,500.00 | 26,000.00 |

|   |   |
|---|---|
| Sub Total | 91,600.00 |
| California State Tax (10.25%) | 6,724.00 |
| Canadian HST sales tax (15%) | 3,900.00 |
| **Total** | **$102,224.00** |
| **Balance Due** | **$102,224.00** |

## Notes

Looking forward to getting your products shipped and your units.  Please pay in full to expedite shipping and preserve Guaranteed pricing and costs. the first two addresses are your permanent address to your account's receivable.
Your permanent address for
BTC: 17Lya9AKzwW7Q7P5BNf45sSVsbD9dCQLDY
BCH: bitcoincash:qp8389g7deykrpvug0y74va63026jy9djg7z94uk5m
Your final InvoiceDue upon receipt.
BTC address:  3CmLTNeeePCQp31MGZPWh67jt2VVDSN5WE
BCH address:  qpvqergz5xkmt6tr4phhpfd69upkm0x8ggqgy5qca0
LTC address: MPixhgrwL2fK47nhaz9vYf5sHcYcV3Bzcv
ETH address:  0xE6295790BB816A535f06df93484C4778fE380183

2

Terms & Conditions

Tax refund applicable to certain items. All Item must be covered prior to being lite certain policies require 3 days prior to taking effect and can result in a 72-hour wait before we turn them on for your protection.
Avalon 921s ready and loaners 60
10 L3 till your arrive 300 250
60 S9 loaners unit yours arrive 180 250
1180 GPU rigs 1280 880
60 921s loaners 60
. or for the items which will be lit up or purchased. 100% it items to be covered due on receipt crypto address for coverage or shipping internationally.  30 days DOA any shipping included when buying new hardware please provide payment as prices can be guaranteed within the day of invoice. See permitted forms of payment and permanent crypto addresses, here are the LTC or ETC addresses that will be excepted for you repairs and/or USA/CAD products Tested and assembled and made in purchases,  All products will be delivered within 72 hours business days Monday through Friday with the exception of local and Banking Holidays. 43,100.00 Plus 15% HST which is $49565.00 USD or 66781.19 CAD Which is due immediately via crypto address are listed below. Only 732 Policies of the new total confirmed units of 1312 are due immediately and will hold you back from getting your units turned on. Note that your baseline of unused space which you have secured for expansion has gone up to do to due to the change in available units. This additional power will change your minimum power draw for an additional 568 unit differential which now has changed this invoice cost here. 43,100.00 Plus 15% HST which is $49565.00 USD or 66781.19 CAD Which is due immediately via crypto address are listed below. Only 732 Policies of the new total confirmed units of 1312 are due immediately and will hold you back from getting your units turned on. Note that your baseline of unused space which you have secured for expansion has gone up to do to due to the change in available units. This additional power will change your minimum power draw for an additional 568 unit differential which now has changed this invoice cost here. and will change you cycle of minium power draw each month.