# Exhibit I

**To Brad YasarAffidavit (Motion for Default Judgment)**

# Wells Fargo Business Choice Checking

May 31, 2019 ■ Page 1 of 6



YASAR CORPORATION
3773 HOW HUGHES PKWY STE 500S
LAS VEGAS NV 89169-6014

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ✓ |

**Other Wells Fargo Benefits**

**Looking for $10,000 to $100,000 in financing for business vehicles or equipment?**

Whether you are interested in refinancing an existing vehicle loan,* or purchasing new or used vehicles or equipment, we're here to help.

The Equipment Express® loan provides flexible financing that could help move your business forward.
- Fixed rates
- Set payments
- No annual or prepayment fees

As a small business owner, there are plenty of uncertainties - don't let financing costs be one of them. With Equipment Express, you'll know your costs before you finance.

**Plus, when you apply by June 30, 2019, the $150 documentation fee will be waived**

To learn more and apply, visit wellsfargo.com/express or visit your local banker. Or if you have specific questions about our loans, call 1-800-416-0056, Monday-Friday, 7:00 a.m. to 5:00 p.m. Pacific time, to talk to a specialist.

(114)
Sheet Seq = 0291927
Sheet 00001 of 00003

May 31, 2019 ■ Page 2 of 6



Note: All financing is subject to credit approval.

*Restrictions apply.
**Wells Fargo is offering a $150 documentation fee waiver to qualifying customers who apply for an Equipment Express loan account between 04/01/2019 and 06/30/2019. To qualify, customers must (1) apply for a new Equipment Express loan account during the offer period, and (2) access funds from the account within 60 days of account opening.

## Activity summary

| | |
|---|---:|
| Beginning balance on 5/1 | $3,244.88 |
| Deposits/Credits | 273,567.63 |
| Withdrawals/Debits | - 268,263.70 |
| **Ending balance on 5/31** | **$8,548.81** |
| Average ledger balance this period | $11,149.68 |

Account number: ▓▓▓ 0486

**YASAR CORPORATION**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ▓▓▓ 2882

For Wire Transfers use
Routing Number (RTN): ▓▓▓ 0248

### Overdraft Protection

Your account is linked to the following for Overdraft Protection:

- Credit Card  -  XXXX-XXXX-XXXX-4239
- Savings  -  ▓▓▓▓▓▓ 6012

## Transaction history

| Date | Check Number | Description | Deposits/Credits | Withdrawals/Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 5/1 | | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓ | | |
| 5/1 | | ▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/1 | | ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/1 | | ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/1 | | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/1 | | WT Fed#03863 Jpmorgan Chase Ban /Ftr/Bnf=Chet Mining LLC Srf# ▓▓▓ 1995 Trn#1 ▓▓▓ 5810 Rfb# | | 102,224.00 | 98,945.88 |
| 5/2 | | ▓▓▓▓▓▓▓▓▓▓▓ | ▓ | | |
| 5/2 | | ▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/2 | | ▓▓▓▓▓▓▓▓ | | ▓ | ▓▓ |
| 5/3 | | ▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/3 | | ▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/3 | | ▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/3 | | ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | ▓ | |
| 5/3 | | ▓▓▓▓▓▓▓▓ | | ▓ | 1,485.89 |
| 5/6 | | ▓▓▓▓▓▓▓▓ | | ▓ | |