UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX HOLMES, JOSH NAVARRO, NICO
TRAMONTANA, BITCOIN VENTURES 2020, LLC,
YASAR CORPORATION and ONEPURPOSE LTD.,

                Plaintiffs.

   against-

CHET MINING CO, LLC, CHET MINING CO
CANADA LTD., and CHET STOJANOVICH,

                Defendants.
_____

**STATEMENT OF DAMAGES FOR PLAINTIFF YASAR CORPORATION**

Case No.:  1:20-CV-04448-LJL

| | |
|---|---:|
| Principal amount sued for | $102,224.00 |
| Interest at 9% from May 1, 2019 through September 28, 2020 | $4,525.32 |
| Total (as of September 28, 2020) | **$106,749.32** |

Dated: September 28, 2020
      Troy, New York

               **E. STEWART JONES HACKER MURPHY LLP**

By: *[signature]*

Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for the Plaintiffs*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820