UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.,

                      Plaintiffs.

      against-

CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH,

                      Defendants.
_____

**STATEMENT OF DAMAGES FOR PLAINTIFF ONE PURPOSE LTD.**

Case No.: 1:20-CV-04448-LJL

| | |
|---|---:|
| Principal amount sued for | $365,460.15 |
| Interest at 9% from March 12, 2019 through September 28, 2020 | $51,004.22 |
| Total (as of September 28, 2020) | **$416,464.37** |

Dated: September 28, 2020
       Troy, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: *[signature]*

Benjamin F. Neidl
**SDNY Bar No: BN5818**
*Attorneys for the Plaintiffs*
28 Second Street
Troy, New York  12110
Tel. No.:  (518) 274-5820