UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX HOLMES, JOSH NAVARRO, NICO
TRAMONTANA, BITCOIN VENTURES 2020, LLC,
YASAR CORPORATION and ONEPURPOSE LTD.,

                     Plaintiffs.

      against-

CHET MINING CO, LLC, CHET MINING CO CANADA
LTD., and CHET STOJANOVICH,

                     Defendants.

**ORDER RE. PROPOSED DEFAULT JUDGMENT IN FAVOR OF NICO TRAMONTANA**

Pursuant to 28 U.S.C. §1746

Civ. Action No.: Civ. Action No.: 1:20-cv-04448-LJL

      The Court is in receipt of a proposed Order of Default Judgment filed by Plaintiff Nico Tramontana ("Tramontana"). *See* Dkt. No. 29. The proposed order would award Tramontana the principal amount of 76,260.19. However, Tramontana appears to have pled damages totaling $80,550.00. *See* Dkt. No. 1 ¶71. It is HEREBY ORDERED that within one week of the date of this Order, Plaintiff Tramontana shall file a letter with the Court explaining this discrepancy, along with a revised proposed order of default judgment as appropriate.

Dated: 11/25/2020

So Ordered:  New York, New York

                                                            Hon. Lewis J. Linman
                                                            District Judge