UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX HOLMES, JOSH NAVARRO, NICO
TRAMONTANA, BITCOIN VENTURES 2020, LLC,
YASAR CORPORATION and ONEPURPOSE LTD.,

                      Plaintiffs.

    against-

CHET MINING CO, LLC, CHET MINING CO CANADA
LTD., and CHET STOJANOVICH,

                      Defendants.

**DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF ONE PURPOSE LTD.**

Pursuant to 28 U.S.C. §1746

Civ. Action No.: Civ. Action No.: 1:20-cv-04448-LJL

       This action having been commenced on June 10, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Chet Mining Co. LLC on June 15, 2020 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y. Limited Liability Company Law §304 and thereafter mailing a copy of the Summons and Complaint to Chet Mining Co. LLC on June 16, 2020 and a proof of said service on each of the defendants having been filed on July 2, 2020 (ECF Doc. #11 pg. 3 of 5), and served on the defendant Chet Stojanovich on June 16, 2020 by affixing a copy of the Summons and Complaint to the door of his residence and thereafter mailing a copy of same to his place of residence on June 24, 2020 pursuant to N.Y. C.P.L.R. §304(4), and a proof of said service on each of the defendants having been filed on July 2, 2020 (ECF Doc. #10), and having been personally served on the defendant, Chet Mining Co. Canada Ltd. on June 15, 2020 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y. Business Corporation Law §307 and thereafter mailing a copy of the Summons and

1

Complaint to Chet Mining Co. LLC on June 16, 2020 and a proof of said service on each of the defendants having been filed on July 2, 2020 (ECF Doc. #11 pg. 1 of 5), and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff ONE PURPOSE LTD. have judgment against defendants CHET MINING CO, LLC, CHET STOJANOVICH and CHET MINING CO. CANADA LTD., jointly and severally, in the liquidated principal amount of Three Hundred Sixty-Five Thousand Four Hundred Sixty and 15/100 Dollars ($365,460.15) plus prejudgment interest from March 12, 2019 through the date of this Order at a rate of 9% per annum.

Dated: 11/25/2020

_____

So Ordered:   New York, New York            _____
                                            Hon. Lewis J. Liman
                                            District Judge