UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD., <br><br>         Plaintiffs. <br><br>  against- <br><br>CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH, <br><br>         Defendants. | **SEOND AMENDED DEFAULT JUDGMENT** <br> **IN FAVOR OF ONEPURPOSE LTD** <br> Pursuant to 28 U.S.C. §1746 <br><br> Civ. Action No.: Civ. Action No.: 1:20-cv-04448-LJL |

  This action having been commenced on June 10, 2020 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Chet Mining Co. LLC on June 15, 2020 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y. Limited Liability Company Law §304 and thereafter mailing a copy of the Summons and Complaint to Chet Mining Co. LLC on June 16, 2020 and a proof of said service on each of the defendants having been filed on July 2, 2020 (ECF Doc. #11 pg. 3 of 5), and served on the defendant Chet Stojanovich on June 16, 2020 by affixing a copy of the Summons and Complaint to the door of his residence and thereafter mailing a copy of same to his place of residence on June 24, 2020 pursuant to N.Y. C.P.L.R. §304(4), and a proof of said service on each of the defendants having been filed on July 2, 2020 (ECF Doc. #10), and having been personally served on the defendant, Chet Mining Co. Canada Ltd. on June 15, 2020 by personally delivering the Summons and Complaint to the New York State Department of State as said defendant's agent pursuant to N.Y. Business Corporation Law §307 and thereafter mailing a copy of the Summons and

1

Complaint to Chet Mining Co. LLC on June 16, 2020 and a proof of said service on each of the defendants having been filed on July 2, 2020 (ECF Doc. #11 pg. 1 of 5), and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff ONEPURPOSE LTD. have judgment against defendants CHET MINING CO, LLC, CHET STOJANOVICH and CHET MINING CO. CANADA LTD., jointly and severally, in the liquidated principal amount of $365,460.15 plus prejudgment interest from July 17, 2019 through November 25, 2020 at a rate of 9% per annum in the amount of $56,230.80, for a total judgment of $421,690.95.

This Judgment amends the Judgment previously issued at Dkt. No. 56. The Clerk of Court is respectfully directed to strike the Judgment at Dkt. No. 56 but retain the summary docket text for the record. SO ORDERED.

Dated: New York, New York

____2/18/2021_____

So Ordered:   New York, New York

_____
Hon. Lewis J. Liman
District Judge

2