UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
ALEX HOLMES, JOSH NAVARRO, NICO
TRAMONTANA, BITCOIN VENTURES 2020,
LLC, YASAR CORPORATION and
ONEPURPOSE LTD.,

         Plaintiffs,

 -against-

CHET MINING CO., LLC, CHET MINING CO
CANADA LTD., and CHET STOJANOVICH,
         Defendants.

**NOTICE OF MOTION
FOR CIVIL CONTEMPT**

Case No.: 1:20-cv-04448-UA

| | |
|---|---|
| Motion by: | John F. Harwick, Esq., on behalf of Plaintiffs in this breach of contract, fraud, conversion and unjust enrichment case. |
| Date, Time & Place of Motion: | **February 11, 2022 at 9:30 a.m**., or soon thereafter as counsel can be heard, at the United States District Court, Southern District New York, on submission. |
| Supporting Papers: | Affirmation of John F. Harwick, Esq., sworn to the 12th day of January 2022, with Exhibits attached and Memorandum of Law and the pleadings and proceedings had heretofore. |
| Relief Demanded: | An Order holding the defendant and judgment debtor **CHET STOJANOVICH** in contempt pursuant to rule 45(g) of the Federal Rules of Civil Procedure and SDNY Local Rule 83.6 and for such other and further relief as is deemed just and appropriate. |

  **PLEASE TAKE NOTICE**, that, per SDNY Local Civil Rule 6.1, any opposing affidavits and answering memoranda shall be served within fourteen (14) days after service of the moving papers, and any reply affidavits and memoranda of law shall be served within seven (7) days after service of the answering papers.

Dated: January 12, 2022
   Schenectady, New York

**E. STEWART JONES HACKER MURPHY LLP**

By: _____
John F. Harwick, Esq. (JH5253)
*Attorney for Plaintiffs*
200 Harborside Drive, Suite 300
Schenectady, New York 12305
Tel. No.: (518) 213-0113
jharwick@joneshacker.com