EXHIBIT "D"

```
 2        UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF NEW YORK
 3        ------------------------------------------ x
          ALEX HOLMES, et al.,
 4
                                   Plaintiffs,   Case No.:
 5                                                7:20-cv-0448-UA
                    -against-
 6
          CHET MINING CO., LLC, et al.,
 7
                                   Defendants.
 8        ------------------------------------------ x
          UNITED STATES DISTRICT COURT
 9        SOUTHERN DISTRICT OF NEW YORK
          ------------------------------------------ x
10        ANDREW SCHWARTZBERG,

11                                 Plaintiff,    Case No.:
                                                 1:20-cv-01880
12                  -against-

13        CHET MINING CO., LLC, et al.,

14                                 Defendants.
          ------------------------------------------ x
15        **CERTIFICATE OF NONAPPEARANCE** in the
          above-entitled actions, taken before Stephen
16        P. Sudano, a shorthand reporter and Notary
          Public within and for the State of New York.
17
          WITNESS:        **CHET STOJANOVICH**
18                        (Defendant)

19        PURSUANT TO:    Subpoena

20        DATE:           March 29, 2021

21        TIME:           11:30 a.m. - 11:31 a.m.

22        HELD:           Videoconference

23
```

```
 2    A P P E A R A N C E S:

 3

 4         E. STEWART JONES, HACKER, MURPHY, LLP
              Attorneys for Plaintiff
 5            200 Harborside Drive, Suite 300
              Schenectady, New York 12305
 6            (518) 213-01125

 7       BY:  JOHN F. HARWICK, ESQ.
              jharwick@joneshacker.com
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
```

```
 1            CERTIFICATE of NONAPPEARANCE
 2            MR. HARWICK:  This is John
 3       Harwick, E. Stewart Jones, Hacker,
 4       Murphy, LLP, for the plaintiffs and
 5       judgment creditors in this deposition,
 6       which was scheduled for today pursuant
 7       to subpoenas that were served on Chet
 8       Stojanovich and his companies in this
 9       action seeking information to collect
10       the money judgments that have been
11       entered in favor of the plaintiffs and
12       against Mr. Stojanovich and his
13       companies.
14            I have attempted to confirm
15       several times with Mr. Stojanovich the
16       date and time of this deposition.  I
17       tried calling him earlier this morning
18       on his cell phone number,
19       (310)824-3903, which apparently is not
20       receiving calls.  I also texted him at
21       that same number reminding him of the
22       deposition.  We also emailed him on
23       Friday reminding him of the deposition,
```

| | |
|---|---|
| 1 | CERTIFICATE of NONAPPEARANCE |
| 2 | which was set to commence today at |
| 3 | 11:00 a.m. Eastern Standard Time. |
| 4 | It's now 11:30 a.m., and |
| 5 | Mr. Stojanovich has not appeared or |
| 6 | called to request an adjournment. |
| 7 | So in light of the foregoing, we |
| 8 | are going to mark this as a no-show, |
| 9 | and we will be making a motion for |
| 10 | civil and/or criminal contempt of court |
| 11 | in both actions forthwith. |
| 12 | Thank you.  I would like an email |
| 13 | copy, only.  I don't need a hard copy. |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |

```
 1              CERTIFICATE of NONAPPEARANCE
 2                   C E R T I F I C A T E
 3         I, STEPHEN P. SUDANO, a Stenotype
 4    Shorthand Reporter and Notary Public in and
 5    for the State of New York, do hereby certify
 6    that the foregoing is a true and accurate
 7    transcription of my stenographic notes.
 8         I further certify that I am not employed
 9    by nor related to any party in this action.
10         IN WITNESS WHEREOF, I have hereunto set
11    my hand this 29th day of March 2021.
12
13
14
                        _____
15                         STEPHEN P. SUDANO
16
```