EXHIBIT "F"

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ALEX HOLMES, et al.,

             Plaintiffs,

-against-          Case No.: 7:20-CV-0448-UA

CHET MINING CO., LLC, et al.,

             Defendants.
-----------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ANDREW SCHWARTZBERG,

             Plaintiff,

-against-          Case No.: 1:20-CV-01880

CHET MINING CO., LLC, et al.,

             Defendants.
-----------------------------------------------X

    **CERTIFICATE OF NONAPPEARANCE** in the above-entitled actions, taken before Susan Florio, a Registered Professional Reporter and Notary Public in and for the State of New York by Zoom.

WITNESS:       **CHET STOJANOVICH**, DEFENDANT

PURSUANT TO:   Subpoena

DATE:         April 1, 2021

TIME:         1:00 p.m. - 1:21 p.m.

HELD:         Videoconference (Zoom)

2

1

2

APPEARANCES:

3

4          E. STEWART JONES HACKER MURPHY, LLP
           Attorneys for Plaintiffs
5          200 Harborside Drive, Suite 300
           Schenectady, New York 12305
6          BY:   JOHN F. HARWICK, ESQ.
                 (518)213-0113
7                jharwick@joneshacker.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

3

1    **[Proceedings]**

2            MR. HARWICK:  This is John Harwick

3        and I am counsel for several judgment

4        creditors in the above-captioned matter.

5        This was an adjourned collection

6        deposition of Chet Stojanovich and his

7        related companies, which originally was

8        scheduled for Monday and was adjourned to

9        today's date at 1:00 p.m. pursuant to the

10       belated request of Mr. Stojanovich who

11       did not appear at the Zoom deposition

12       when originally scheduled.

13           He acknowledged receipt of the

14       subpoena and he actually read portions of

15       the subpoena on the phone call that I had

16       with him after the record was closed and

17       the deposition that he did not show up

18       for.

19           He indicated that he would be

20       available today at 1:00, Thursday, April

21       1st, to continue or to perform the

22       subpoenaed deposition to aid and enforce

23       our federal court judgments.  And I

4

**[Proceedings]**

1
2          provided him with a new Zoom link via

3          Federal Express letter, via e-mail and

4          also via text message.

5              Again, I called him this morning to

6          remind him.  His voicemail was full.  I

7          also texted him again on his phone number

8          that he has given me, which I will read

9          into the record so we have it,

10         (301)824-3903.  And, again, I've called

11         him while we've been waiting for 20

12         minutes here.  He has not answered his

13         phone nor responded to the text messages

14         that I sent to him.  So, we will be

15         making a motion for contempt, to hold him

16         in contempt at the same time try and get

17         his compliance and aid, his compliance

18         not only for sitting for a deposition but

19         to producing the documents that we've

20         demanded that be produced that also

21         hadn't been produced.

22             So, with that we'll close the

23         record.

5

1

2          (Whereupon, the proceedings were

3       concluded.)

4

5       C E R T I F I C A T I O N

6

7          I, SUSAN FLORIO, Registered Professional

8   Reporter and Notary Public in and for the State of

9   New York, do hereby certify that the foregoing is a

10  true, complete and accurate transcript to the best

11  of my knowledge, skill and ability on the date and

12  place hereinbefore set forth.

13          I FURTHER CERTIFY that I am not related

14  to or employed by any of the parties to the action

15  in which the proceedings were taken, or any

16  attorney or counsel employed in this action, nor am

17  I financially interested in the case.

18          IN WITNESS WHEREOF, I have hereunto set

19  my hand this 1st day of April, 2021.

20              /Susan Florio, RPR/

21              SUSAN FLORIO, RPR

22              (The foregoing certification of
            this transcript does not apply to any
23          reproduction of the same by any means
            unless under the direct control and/or
24          supervision of the certifying reporter.)