EXHIBIT "G"

# E. Stewart Jones Hacker Murphy LLP
## ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

May 11, 2021

**VIA E-MAIL TO:**
chet@chetminingco.com
Chet Stojanovich
105 Duane Street, Apt. 20F
New York, New York 10007

RE: Alex Holmes, et al. v. Chet Stojanovich, et al. Case No.: 7:20cv04448 and
Andrew Schwartzberg v. Chet Stjanovich, et al. Case No.: 1:20cv01880

Dear Chet:

We need to schedule your Article 52 deposition within the next 30-days or else we will be making a motion to hold you in contempt of court.

Pursuant to the subpoena, please provide my offices with electronic copies of documents in your possession, custody or control at least 10-days before the agreed upon date for your deposition.

Currently, I am available to meet on May 24th, May 27th (any time), June 1st, any time). Please acknowledge your receipt of this correspondence via e-mail.

Very truly yours,

E. STEWART JONES HACKER MURPHY LLP

*/s/ John F. Harwick*
John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

JFH:dmd

cc: Clients

## Deanna Dudley

| | |
|---|---|
| **From:** | Deanna Dudley |
| **Sent:** | Thursday, May 13, 2021 1:46 PM |
| **To:** | chet@chetminingco.com |
| **Cc:** | John Harwick; Alex Holmes; Josh Navarro; Lars Eller; Nico Tramontana; Brad Yasar; Andrew Schwartzberg |
| **Subject:** | Holmes v. Chet Mining, et al./Schwartzberg v. Chet Mining, et al |
| **Attachments:** | 5-11-2021 LTR TO CHET RE DEPS.pdf |

On behalf of John Harwick, please find the attached correspondence with regard to the above referenced matters. Kindly confirm receipt of the same.

Thank you

**Deanna M. Dudley**
Paralegal



200 Harborside Drive, Suite 300
Schenectady, New York 12305
ddudley@joneshacker.com
www.joneshacker.com
D: (518) 213-0125
O: (518) 274-5820
F: (518) 274-5875

CONFIDENTIALITY – PRIVILEGE NOTICE: Information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, this serves as notice to you that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please delete the original message and any attachments thereto and immediately notify the sender via e-mail or by telephone at (518) 274-5820. Thank you.