EXHIBIT "I"

1

```
 1
 2
    UNITED STATES DISTRICT COURT
 3  SOUTHERN DISTRICT OF NEW YORK
    ------------------------------------------X
 4  ALEX HOLMES, et al.,

 5              Plaintiffs,

 6  -against-              Case No.:
                                   7:20-CV-0448-UA
 7  CHET MINING CO., LLC, et al.,

 8              Defendants.
    ------------------------------------------X
 9  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
10  ------------------------------------------X
    ANDREW SCHWARTZBERG,
11
                Plaintiff,
12
    -against-              Case No.:
13                                 1:20-CV-01880
    CHET MINING CO., LLC, et al.,
14
                Defendants.
15  ------------------------------------------X

16     DEPOSITION in the above-entitled actions,
    taken before Susan Florio, a Registered
17  Professional Reporter and Notary
    Public in and for the State of New York by
18  Zoom.

19  WITNESS:       CHET STOJANOVICH, DEFENDANT

20  PURSUANT TO:   Subpoena

21  DATE:          June 10, 2021

22  TIME:          1:00 p.m.-1:25 p.m.

23  HELD: Videoconference (Zoom)
```

*Susan Florio, RPR - Professional Reporting Service - (518)887-2733*

```
 1
 2   APPEARANCES:
 3
           E. STEWART JONES HACKER MURPHY, LLP
 4         Attorneys for Plaintiffs
           200 Harborside Drive, Suite 300
 5         Schenectady, New York 12305
           BY:  JOHN F. HARWICK, ESQ.
 6              (518)213-0113
                jharwick@joneshacker.com
 7
```

1
2          CHET STOJANOVICH,
3  having been first duly sworn remotely by the
4  notary public, was examined and testified as
5  follows:
6
7  BY MR. HARWICK:
8       Q.   Mr. Stojanovich, am I pronouncing your
9  name correctly?
10      A.   Close enough.
11      Q.   Okay.  Do you go by Chet?
12      A.   Chet is fine.
13      Q.   Chet, as you know, my name is John
14  Harwick and I represent Alex Holmes and other
15  related plaintiffs in a federal court action
16  where you've defaulted and they've obtained
17  default judgments against you regarding a series
18  of crypto currency transactions.
19           Are you aware of that default judgment?
20      A.   I'm aware of the default judgment with
21  Alex Holmes.
22      Q.   You are?
23      A.   Yeah.

                                                                  4

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    And you are not being represented by

3    counsel today.  Is that correct?

4        A.    I don't have counsel today.  I couldn't

5    arrange for counsel.

6        Q.    Do you want to have counsel present for

7    this deposition?

8        A.    It would have been ideal, but this is the

9    day you had available, correct?

10       Q.    I can't hear you, Chet.

11       A.    It would have been ideal, but this is the

12   day you had available, correct?

13       Q.    Well, are you represented by counsel in

14   this case?

15       A.    Not right now.  I didn't have counsel for

16   this meeting.

17       Q.    Okay.  But you knew about it and you had

18   the opportunity to have counsel present if you so

19   desired; is that correct?  I didn't get the

20   response.

21       A.    I wish I had a little more time to

22   arrange for counsel, but that's here nor there

23   because I'm here now.

5

1  **[CHET STOJANOVICH - By Mr. Harwick]**

2  Q. All right. Do you want me to adjourn

3  this deposition so you can get an attorney?

4  A. Do you want to adjourn the deposition? I

5  don't know if it's what's supposed to be done.

6  Q. No. I don't want to adjourn the

7  deposition, but I'm giving you the opportunity

8  now to tell me that you want counsel present and

9  we can adjourn this deposition for a week to

10 allow you to get counsel. But you can proceed on

11 your own. But it's your choice.

12 A. Let me reach -- if it's okay with you,

13 can I reach out to see if I can get counsel

14 present before we proceed today?

15 Q. Yes. Yes. That's your right. I'll

16 grant you that. I'll grant you that courtesy

17 with the understanding, Chet, that we will not

18 adjourn the deposition again and if you don't

19 show up at the adjourned deposition with counsel

20 at the rescheduled date we will be proceeding.

21 And if you don't show up at all, we will be

22 moving for an order of contempt against you to

23 hold you in contempt.

6

1  [CHET STOJANOVICH - By Mr. Harwick]

2      A.    Okay.

3      Q.    I also want to note for the record that
4  we are here pursuant to a subpoena, Sue, and this
5  is in Southern District of New York for the
6  United States District Court.  Civil Case No.
7  7:20-CV-0448.

8            And I'll also note, Chet, that there were
9  61 items that were requested of you pursuant to
10 the subpoena and all that you sent me was your
11 Chase account statement for Chet Mining, LLC.

12     A.    There's other accounts as well.  I also
13 sent over my insurance as it was, but we are
14 still trying to get the rest of that right now
15 from --

16     Q.    Well, before we proceed and before we
17 conclude with any deposition I'll need a complete
18 response to our subpoena.

19     A.    Okay.

20     Q.    And you can have your attorney contact
21 me.  We're going to set an adjourned date for
22 this right now.

23     A.    All right.

7

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Chet, how is a week from today?
3    Thursday, June 17th, at 10 a.m.?
4        A.    I have to check to see if I have an
5    appointment that morning with a doctor.
6        Q.    Well, can you pull up your calendar?
7        A.    Yeah. I have it up right now. I have it
8    open right now.
9        Q.    All right. Why don't we pick a different
10   date.
11       A.    Yeah.
12       Q.    I'm looking at that.
13       A.    If that's okay.
14       Q.    Um-hmm. How about Wednesday, June 23rd,
15   at 1:00 p.m.?
16       A.    That seems like it will work.
17       Q.    Okay. So, for the record, we are going
18   to adjourn this deposition until Thursday
19   (sic) -- June 23rd at 1:00 p.m. I would ask you
20   to try to get some better equipment next time
21   because we are having difficulty hearing you.
22   Dsometimes a phone is easiest to use. Do you
23   have an iPhone?

```
                                                                    8
 1    [CHET STOJANOVICH - By Mr. Harwick]
 2        A.    I have a smartphone.  So, yeah, I can use
 3    that.  I wasn't sure if, because we were on the
 4    phone if I could call in on it.
 5        Q.    Yeah.  So, next time why don't we plan on
 6    you and I can log on 15 minutes before at 12:45
 7    and we can work that out.
 8        A.    That'll work.  Work through any technical
 9    difficulties.
10        Q.    To work through technical difficulties.
11    Okay.  And I'm going to ask you in the interim to
12    have your attorney contact me or if you decide
13    not to have an attorney to send me an e-mail to
14    that effect and also to comply fully with the
15    subpoena because that's what's required for the
16    law.  But I'll let your attorney and you review
17    and respond.  Okay?
18        A.    All right.  I appreciate the -- I
19    appreciate your time.
20        Q.    Why don't you just confirm -- just before
21    we go, I want to make sure -- Chet, just before
22    we go, speak clearly and why don't you confirm
23    all of your contact information for me so I know
```

1  [CHET STOJANOVICH - By Mr. Harwick]

2  I have it correct?

3     A.   All right.  You have my cell phone number

4  of (310)824-3903.  And we have the date scheduled

5  of Wednesday, the 23rd, at 1 p.m.  We are going

6  to meet 15 minutes before to work through any

7  technical difficulties.  I have

8  Chet@Chetminingco.com for my e-mail.

9     Q.   I have it, Chet.  So, is your e-mail

10  still Chet@ChetMiningCo.com?

11     A.   That's correct.

12     Q.   And is your address still 105 Duane

13  Street, Apartment 20-F, New York, New York 10007?

14     A.   That's still my address.

15     Q.   Okay.  So, we are going to adjourn this

16  until the 23rd and if you get counsel have them

17  contact me.  If you decide not to get counsel,

18  you can contact me directly and let me know that.

19  Okay?

20     A.   Okay.  Thank you very much for your time

21  and taking the time today and providing time to

22  reach out to counsel.  I appreciate making that

23  concession and I look forward to conversing with

10

1  **[CHET STOJANOVICH - By Mr. Harwick]**

2  you and hopefully I can resubmit some documents

3  over to you so you have the full list that you

4  were looking for.  Some of the stuff doesn't

5  apply as I've explained before, but most of the

6  stuff I'm able to get over to you.

7      Q.   Okay.  Good.  Thank you very much.  Okay.

8  We'll see you in a week or two.  Okay?

9      A.   Yeah.  The 23rd of -- Wednesday, right?

10     Q.   Right.

11              (Whereupon, the testimony of CHET

12          STOJANOVICH adjourned at 1:25 p.m.)

13

14

15

16

17

18

19

20

21

22

23

```
STATE OF NEW YORK

COUNTY OF _____
```

I have read the foregoing record of my testimony taken at the time and place noted in the heading hereof, and I do hereby acknowledge it to be a true and correct transcript of same.

_____
CHET STOJANOVICH

Sworn to before me this
_____ day of _____, 20__.

_____
NOTARY PUBLIC

12

DEPOSITION TRANSCRIPT ERRATA SHEET
ERRATA SHEET FOR TRANSCRIPT OF:
CHET STOJANOVICH - June 10, 2021

PAGE/LINE                    CORRECTION

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

___  ___    _____

13

C E R T I F I C A T I O N

I, SUSAN FLORIO, Registered Professional Reporter and Notary Public in and for the State of New York, do hereby certify that the foregoing is a true, complete and accurate transcript to the best of my knowledge, skill and ability on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am not related to or employed by any of the parties to the action in which the proceedings were taken, or any attorney or counsel employed in this action, nor am I financially interested in the case.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of June, 2021.

_____

SUSAN FLORIO, RPR

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)

| 1 | accurate [1] - 13:7 | 3:13, 4:10, 5:17, 6:8, 6:11, 7:2, 8:21, 9:9 | 7:18 | G |
|---|---|---|---|---|
| 1 [1] - 9:5 | acknowledge [1] - 11:9 | Chet@ Chetminingco.com [2] - 9:8, 9:10 | DEPOSITION [2] - 1:16, 12:2 | grant [2] - 5:16 |
| 10 [3] - 1:21, 7:3, 12:3 | action [3] - 3:15, 13:11, 13:13 | choice [1] - 5:11 | desired [1] - 4:19 | |
| 10007 [1] - 9:13 | actions [1] - 1:16 | civil [1] - 6:6 | different [1] - 7:9 | H |
| 105 [1] - 9:12 | address [2] - 9:12, 9:14 | clearly [1] - 8:22 | difficulties [3] - 8:9, 8:10, 9:7 | |
| 10th [1] - 13:16 | adjourn [7] - 5:2, 5:4, 5:6, 5:9, 5:18, 7:18, 9:15 | close [1] - 3:10 | difficulty [1] - 7:21 | HACKER [1] - 2:3 |
| 12305 [1] - 2:5 | | CO [2] - 1:7, 1:13 | direct [1] - 13:22 | hand [1] - 13:16 |
| 12:45 [1] - 8:6 | | complete [2] - 6:17, 13:7 | directly [1] - 9:18 | Harborside [1] - 2:4 |
| 15 [2] - 8:6, 9:6 | adjourned [3] - 5:19, 6:21, 10:12 | comply [1] - 8:14 | District [2] - 6:5, 6:6 | HARWICK [2] - 2:5, 3:7 |
| 17th [1] - 7:3 | al [3] - 1:4, 1:7, 1:13 | concession [1] - 9:23 | DISTRICT [4] - 1:2, 1:3, 1:9, 1:9 | Harwick [1] - 3:14 |
| 1:00 [3] - 1:22, 7:15, 7:19 | Alex [2] - 3:14, 3:21 | conclude [1] - 6:17 | doctor [1] - 7:5 | heading [1] - 11:9 |
| 1:20-CV-01880 [1] - 1:13 | ALEX [1] - 1:4 | confirm [2] - 8:20, 8:22 | documents [1] - 10:2 | hear [1] - 4:10 |
| 1:25 [1] - 10:12 | allow [1] - 5:10 | contact [5] - 6:20, 8:12, 8:23, 9:17, 9:18 | done [1] - 5:5 | hearing [1] - 7:21 |
| | ANDREW [1] - 1:10 | | Drive [1] - 2:4 | HELD [1] - 1:23 |
| 2 | Apartment [1] - 9:13 | contempt [2] - 5:22, 5:23 | dsometimes [1] - 7:22 | hereby [2] - 11:9, 13:6 |
| 20-F [1] - 9:13 | APPEARANCES [1] - 2:2 | control [1] - 13:22 | Duane [1] - 9:12 | hereinbefore [1] - 13:9 |
| 200 [1] - 2:4 | apply [2] - 10:5, 13:21 | conversing [1] - 9:23 | duly [1] - 3:3 | hereof [1] - 11:9 |
| 2021 [3] - 1:21, 12:3, 13:16 | appointment [1] - 7:5 | correct [7] - 4:3, 4:9, 4:12, 4:19, 9:2, 9:11, 11:10 | E | hereunto [1] - 13:15 |
| 20__ [1] - 11:19 | appreciate [3] - 8:18, 8:19, 9:22 | | | hmm [1] - 7:14 |
| 23rd [5] - 7:14, 7:19, 9:5, 9:16, 10:9 | arrange [2] - 4:5, 4:22 | CORRECTION [1] - 12:4 | e-mail [3] - 8:13, 9:8, 9:9 | hold [1] - 5:23 |
| | attorney [6] - 5:3, 6:20, 8:12, 8:13, 8:16, 13:13 | correctly [1] - 3:9 | easiest [1] - 7:22 | HOLMES [1] - 1:4 |
| 3 | | counsel [16] - 4:3, 4:4, 4:5, 4:6, 4:13, 4:15, 4:18, 4:22, 5:8, 5:10, 5:13, 5:19, 9:16, 9:17, 9:22, 13:13 | effect [1] - 8:14 | Holmes [2] - 3:14, 3:21 |
| 300 [1] - 2:4 | Attorneys [1] - 2:4 | | employed [2] - 13:11, 13:13 | hopefully [1] - 10:2 |
| 310)824-3903 [1] - 9:4 | available [2] - 4:9, 4:12 | | entitled [1] - 1:16 | |
| | aware [2] - 3:19, 3:20 | | equipment [1] - 7:20 | I |
| 5 | B | COUNTY [1] - 11:4 | ERRATA [2] - 12:2, 12:2 | ideal [2] - 4:8, 4:11 |
| 518)213-0113 [1] - 2:6 | best [1] - 13:7 | COURT [2] - 1:2, 1:9 | ESQ [1] - 2:5 | IN [1] - 13:15 |
| | better [1] - 7:20 | court [1] - 3:15 | et [3] - 1:4, 1:7, 1:13 | information [1] - 8:23 |
| 6 | BY [2] - 2:5, 3:7 | Court [1] - 6:6 | examined [1] - 3:4 | insurance [1] - 6:13 |
| 61 [1] - 6:9 | | courtesy [1] - 5:16 | explained [1] - 10:5 | interested [1] - 13:14 |
| | C | crypto [1] - 3:18 | | interim [1] - 8:11 |
| 7 | calendar [1] - 7:6 | currency [1] - 3:18 | F | iPhone [1] - 7:23 |
| | case [2] - 4:14, 13:14 | | federal [1] - 3:15 | items [1] - 6:9 |
| 7:20-CV-0448 [1] - 6:7 | Case [3] - 1:6, 1:12, 6:6 | D | financially [1] - 13:14 | |
| 7:20-CV-0448-UA [1] - 1:6 | cell [1] - 9:3 | DATE [1] - 1:21 | fine [1] - 3:12 | J |
| | certification [1] - 13:21 | date [5] - 5:20, 6:21, 7:10, 9:4, 13:8 | first [1] - 3:3 | jharwick@ joneshacker.com [1] - 2:6 |
| A | certify [1] - 13:6 | decide [2] - 8:12, 9:17 | Florio [1] - 1:16 | |
| a.m [1] - 7:3 | CERTIFY [1] - 13:10 | default [3] - 3:17, 3:19, 3:20 | FLORIO [2] - 13:4, 13:20 | JOHN [1] - 2:5 |
| ability [1] - 13:8 | certifying [1] - 13:23 | defaulted [1] - 3:16 | follows [1] - 3:5 | John [1] - 3:13 |
| able [1] - 10:6 | Chase [1] - 6:11 | DEFENDANT [1] - 1:19 | FOR [1] - 12:2 | JONES [1] - 2:3 |
| above-entitled [1] - 1:16 | check [1] - 7:4 | Defendants [2] - 1:8, 1:14 | foregoing [3] - 11:7, 13:6, 13:21 | judgment [2] - 3:19, 3:20 |
| account [1] - 6:11 | CHET [7] - 1:7, 1:13, 1:19, 3:2, 10:11, 11:15, 12:3 | deposition [9] - 4:7, 5:3, 5:4, 5:7, 5:9, 5:18, 5:19, 6:17, | forth [1] - 13:9 | judgments [1] - 3:17 |
| accounts [1] - 6:12 | Chet [10] - 3:11, 3:12, | | forward [1] - 9:23 | June [6] - 1:21, 7:3, 7:14, 7:19, 12:3, 13:16 |
| | | | full [1] - 10:3 | |
| | | | fully [1] - 8:14 | |
| | | | FURTHER [1] - 13:10 | |

| K | own [1] - 5:11 | rescheduled [1] - 5:20 | T | 6:5, 9:13, 13:6 |
|---|---|---|---|---|
| knowledge [1] - 13:8 | P | respond [1] - 8:17 | technical [3] - 8:8, 8:10, 9:7 | Z |
| L | p.m [5] - 1:22, 7:15, 7:19, 9:5, 10:12 | response [2] - 4:20, 6:18 | testified [1] - 3:4 | Zoom [2] - 1:18, 1:23 |
| law [1] - 8:16 | p.m.-1:25 [1] - 1:22 | rest [1] - 6:14 | testimony [2] - 10:11, 11:8 | |
| list [1] - 10:3 | PAGE/LINE [1] - 12:4 | resubmit [1] - 10:2 | that'll [1] - 8:8 | |
| LLC [3] - 1:7, 1:13, 6:11 | parties [1] - 13:11 | review [1] - 8:16 | they've [1] - 3:16 | |
| LLP [1] - 2:3 | phone [3] - 7:22, 8:4, 9:3 | RPR [1] - 13:20 | Thursday [2] - 7:3, 7:18 | |
| log [1] - 8:6 | pick [1] - 7:9 | S | TIME [1] - 1:22 | |
| look [1] - 9:23 | place [2] - 11:8, 13:9 | scheduled [1] - 9:4 | TO [1] - 1:20 | |
| looking [2] - 7:12, 10:4 | Plaintiff [1] - 1:11 | Schenectady [1] - 2:5 | today [5] - 4:3, 4:4, 5:14, 7:2, 9:21 | |
| M | plaintiffs [1] - 3:15 | SCHWARTZBERG [1] - 1:10 | transactions [1] - 3:18 | |
| mail [3] - 8:13, 9:8, 9:9 | Plaintiffs [2] - 1:5, 2:4 | see [3] - 5:13, 7:4, 10:8 | transcript [3] - 11:10, 13:7, 13:21 | |
| means [1] - 13:22 | plan [1] - 8:5 | send [1] - 8:13 | TRANSCRIPT [2] - 12:2, 12:2 | |
| meet [1] - 9:6 | present [4] - 4:6, 4:18, 5:8, 5:14 | sent [2] - 6:10, 6:13 | true [2] - 11:10, 13:7 | |
| meeting [1] - 4:16 | proceed [3] - 5:10, 5:14, 6:16 | series [1] - 3:17 | try [1] - 7:20 | |
| Mining [1] - 6:11 | proceeding [1] - 5:20 | set [3] - 6:21, 13:9, 13:15 | trying [1] - 6:14 | |
| MINING [2] - 1:7, 1:13 | proceedings [1] - 13:12 | SHEET [2] - 12:2, 12:2 | two [1] - 10:8 | |
| minutes [2] - 8:6, 9:6 | Professional [2] - 1:17, 13:4 | show [2] - 5:19, 5:21 | U | |
| morning [1] - 7:5 | pronouncing [1] - 3:8 | sic [1] - 7:19 | um-hmm [1] - 7:14 | |
| most [1] - 10:5 | providing [1] - 9:21 | skill [1] - 13:8 | under [1] - 13:22 | |
| moving [1] - 5:22 | Public [2] - 1:17, 13:5 | smartphone [1] - 8:2 | United [1] - 6:6 | |
| MR [1] - 3:7 | PUBLIC [1] - 11:21 | SOUTHERN [2] - 1:3, 1:9 | UNITED [2] - 1:2, 1:9 | |
| MURPHY [1] - 2:3 | public [1] - 3:4 | Southern [1] - 6:5 | unless [1] - 13:22 | |
| N | pull [1] - 7:6 | STATE [1] - 11:3 | up [4] - 5:19, 5:21, 7:6, 7:7 | |
| name [2] - 3:9, 3:13 | PURSUANT [1] - 1:20 | State [2] - 1:17, 13:5 | V | |
| need [1] - 6:17 | pursuant [2] - 6:4, 6:9 | statement [1] - 6:11 | Videoconference [1] - 1:23 | |
| NEW [3] - 1:3, 1:9, 11:3 | R | STATES [2] - 1:2, 1:9 | W | |
| New [6] - 1:17, 2:5, 6:5, 9:13, 13:6 | reach [3] - 5:12, 5:13, 9:22 | States [1] - 6:6 | Wednesday [3] - 7:14, 9:5, 10:9 | |
| next [2] - 7:20, 8:5 | read [1] - 11:7 | STEWART [1] - 2:3 | week [3] - 5:9, 7:2, 10:8 | |
| NOTARY [1] - 11:21 | record [3] - 6:3, 7:17, 11:7 | still [4] - 6:14, 9:10, 9:12, 9:14 | WHEREOF [1] - 13:15 | |
| notary [1] - 3:4 | regarding [1] - 3:17 | Stojanovich [1] - 3:8 | wish [1] - 4:21 | |
| Notary [2] - 1:17, 13:5 | Registered [2] - 1:16, 13:4 | STOJANOVICH [5] - 1:19, 3:2, 10:12, 11:15, 12:3 | WITNESS [2] - 1:19, 13:15 | |
| note [2] - 6:3, 6:8 | related [2] - 3:15, 13:10 | Street [1] - 9:13 | Y | |
| noted [1] - 11:8 | remotely [1] - 3:3 | stuff [2] - 10:4, 10:6 | YORK [3] - 1:3, 1:9, 11:3 | |
| number [1] - 9:3 | reporter [1] - 13:23 | subpoena [5] - 1:20, 6:4, 6:10, 6:18, 8:15 | York [6] - 1:17, 2:5, | |
| O | Reporter [2] - 1:17, 13:5 | Sue [1] - 6:4 | | |
| obtained [1] - 3:16 | represent [1] - 3:14 | Suite [1] - 2:4 | | |
| OF [5] - 1:3, 1:9, 11:3, 11:4, 12:2 | represented [2] - 4:2, 4:13 | supervision [1] - 13:23 | | |
| open [1] - 7:8 | reproduction [1] - 13:22 | supposed [1] - 5:5 | | |
| opportunity [2] - 4:18, 5:7 | requested [1] - 6:9 | Susan [1] - 1:16 | | |
| order [1] - 5:22 | required [1] - 8:15 | SUSAN [2] - 13:4, 13:20 | | |
| | | sworn [1] - 3:3 | | |
| | | Sworn [1] - 11:18 | | |