EXHIBIT "J"

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ALEX HOLMES, et al.,

                Plaintiffs,

-against-              Case No.: 1:20-CV-04448-UA

CHET MINING CO., LLC, et al.,

                Defendants.
-----------------------------------------------X
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ANDREW SCHWARTZBERG,

                Plaintiff,

-against-              Case No.: 1:20-CV-01880

CHET MINING CO., LLC, et al.,

                Defendants.
-----------------------------------------------X

    **DEPOSITION** in the above-entitled actions,
taken before Susan Florio, a Registered
Professional Reporter and Notary Public in and for
the State of New York by Zoom.

WITNESS:        **CHET STOJANOVICH**, DEFENDANT

PURSUANT TO:    Subpoena

DATE:           June 23, 2021

TIME:           1:00 p.m.-4:30 p.m.

HELD:           Videoconference (Zoom)

                                                              2

1

2
    APPEARANCES:
3

4            E. STEWART JONES HACKER MURPHY, LLP
             Attorneys for Plaintiffs
5            200 Harborside Drive, Suite 300
             Schenectady, New York 12305
6            BY:  JOHN F. HARWICK, ESQ.
                  (518)213-0113
7                 Jharwick@joneshacker.com

8
    ALSO PRESENT:
9
             NICO TRAMONTANA
10           LARS ELLER
             ALEX HOLMES
11

12

13

14

15

16

17

18

19

20

21

22

23  Indexes........................... Pgs. 117-118

3

```
1
2                    CHET STOJANOVICH,
3    having been first duly sworn remotely by the
4    notary public, was examined and testified as
5    follows:
6
7    BY MR. HARWICK:
8        Q.    Mr. Stojanovich, as you know, my name is
9    John Harwick and I represent Alex Holmes and a
10   bunch of other judgment creditors who obtained
11   default judgments against you in a federal court
12   action and we've subpoenaed you for a collection
13   deposition today.  I note, for the record, that
14   the deposition has been adjourned a few times and
15   this was the final adjourned date so I appreciate
16   you appearing on today's date.
17            Did you receive a copy of our subpoena
18   that we had served on you?
19       A.    No.  I didn't.
20       Q.    Okay.  Well, what's your e-mail?  I'm
21   going to e-mail a copy of it to you right now.
22   Do you have access to e-mail?
23       A.    I have access to e-mail.  Yeah.  Go
```

4

**[CHET STOJANOVICH - By Mr. Harwick]**

ahead.

    Q.    Well, if you didn't get --

    A.    I know you made requests for --

    Q.    Yeah.  Chet, let me give you some instructions for today's deposition.  This is my deposition.  All right?  So, I'm going to be looking for answers to specific questions that I'm asking you.  So, I don't need lengthy colloquies from you.  I just need answers to the questions I'm asking.  Okay?

    A.    All right.

    Q.    So, some of these will be yes, no.  If you don't know, tell me.  You know, this is testimony under oath.  It can be submitted to any assigned judge, federal or state court judge that's assigned to this case for any further proceedings so it's important you tell the truth. And I'm going to ask you again.  Did you get a copy of the subpoena that required your attendance at a deposition?

    A.    To the best of my knowledge I don't know if I got it, but I'm -- if you are asking me, I

5

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    really don't know.  I --

3        Q.    You don't know.  Okay.  So, the answer

4    would be "I don't know."  But you are here today

5    pursuant to a subpoena.  Is that correct?

6        A.    To the best of my knowledge.  I got the

7    request to come here to -- from the e-mail.

8        Q.    Right.  And you got the list of documents

9    that you were supposed to produce today, because

10   you've been sending me?

11       A.    To the best of my ability.  A lot of

12   those items don't apply to me --

13       Q.    Right.  The other instruction I can give

14   you, Chet, which is going to make this go faster,

15   which is I'm sure something you want, is just

16   wait until I'm done talking before you start

17   talking because Sue has to take everything we

18   both say down.  Okay?  All right?

19       A.    All right.

20       Q.    I'd like for you to state your name and

21   address for the record, please.

22       A.    My name is Chet Stojanovich.

23       Q.    Is your legal name Chester James --

**[CHET STOJANOVICH - By Mr. Harwick]**

1

2      A.    No.

3      Q.    -- Stojanovich?

4      A.    It's Chet.

5      Q.    Your legal name is Chet?

6      A.    Yeah.

7      Q.    Okay.  And what's your current address?

8      A.    105 Duane Street, New York, New York

9  10007.

10     Q.    Do you lease that apartment?

11     A.    No.  It's a rental.

12     Q.    Okay.  How much is your rent?

13     A.    I have to check.  I don't know.

14     Q.    Approximately how much is your rent?

15     A.    Well, we're in negotiations over it, so I

16  don't actually know what the figure is.

17     Q.    Is your rent approximately 6- to $7,000

18  per month?

19     A.    That's where it started, yeah, and then

20  they dropped it during COVID because we got stuck

21  here.

22     Q.    Is your date of birth 9/18/1984?

23     A.    That's correct.

7

1    [CHET STOJANOVICH - By Mr. Harwick]

2    Q.    Is your Social Security number

3    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?

4    A.    That's correct.

5    Q.    Okay.  Is your brother's name Paul?

6    A.    My brother's name is Paul.

7    Q.    Is your uncle's name David?

8    A.    I have an uncle named David.

9    Q.    And your mother's name is Sue or Susan?

10    A.    My mother's name is Suzanne.

11    Q.    Suzanne.  Where does Suzanne live?

12    A.    Suzanne lives in California.

13    Q.    Do you know her address?

14    A.    I don't have her physical address.

15    Q.    Okay.  Is her last name Nelson?

16    A.    No.

17    Q.    Does she live at 1606 Esplanade?

18    A.    I don't know the address.

19    Q.    Okay.  Who's Tim LoBello?

20    A.    He's my mom's cousin, I think.

21    Q.    And what about Robert Ballantyne?

22    A.    My dad's brother-in-law.

23    Q.    Was he also a trustee for a trust that

8

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    you were a beneficiary of?

3        A.    I don't know how it was specifically

4    Singer and Burke Capital Management structured,

5    so I can't really speak to that.

6        Q.    Were you a beneficiary in a trust set up

7    by someone on your behalf?

8        A.    I was for a period of time.

9        Q.    Was there a payout at some period of

10   time, a lump sum?

11       A.    No.   It just was depleted?

12       Q.    When was it depleted?

13       A.    I don't know the exact date, but a few

14   years ago.

15       Q.    Now, you got the Exhibit A, the document

16   of lists of things that you were supposed to

17   produce.   That's why you sent me some bank

18   account records.   Is that correct?

19       A.    I sent you the bank account records that

20   I have.

21       Q.    And you sent me some information you have

22   on your lease; is that correct?

23       A.    Yeah.   That was my original signed

9

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    agreement with my lease.  The lease is up.

3        Q.   Is the landlord trying to evict you?

4        A.   I honestly don't know what to make of the

5    landlord.  They've tried a lot of strange things

6    here.

7        Q.   Has the landlord commenced a proceeding

8    to evict you from the apartment or to collect

9    background?

10       A.   I think he's trying to get some back rent

11   right now, but I don't know if he's going to

12   settle.  It's a complicated thing.  It's

13   difficult dealing with my landlord because they

14   don't know the New York State laws.

15       Q.   Do you have the contact information for

16   your landlord?

17       A.   I don't.  They call me from Greece.

18       Q.   Do you know the name of your landlord?

19       A.   It's Blueground Company.

20       Q.   All right.  Who lives with you at that

21   apartment?

22       A.   I live here with my girlfriend.

23       Q.   What's her name?

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    A.    Tamsin.

3    Q.    I'm sorry?

4    A.    Tamsin.

5    Q.    Can you spell that?

6    A.    T-a-m-s-i-n.

7    Q.    What's her last name?

8    A.    Measroch.

9    Q.    Can you spell that?

10    A.    M-e-a-s-r-o-c-h.

11    Q.    How old is she?

12    A.    She's 31.

13    Q.    What does she do for a living?

14    A.    She works in the healthcare field, but

15    she's not working right now because of health

16    reasons.

17    Q.    Does she pay rent or do you pay rent?

18    A.    Right now we are trying to sort that out.

19    She doesn't.  She, nor I are paying rent right

20    now so.

21    Q.    Do you have a bank account right now at

22    Capital One?

23    A.    That's correct.

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        Q.    In fact, you sent me --

3        A.    Three months I had a bank account there.

4        Q.    Three months you've had a bank account

5    there.  What is the source of the funds in that

6    account?

7        A.    Some of it was savings.  Right now it's

8    cash savings.

9        Q.    Do you have any other accounts?

10       A.    The ones I sent over to you were the

11   previous accounts that I had that you requested.

12   Those accounts are no longer open.

13            This is my primary active account.  I

14   have -- I may have another account.  I'm not

15   sure.  I have to look, over at Robinhood, but

16   it's been a long time since I've used that now.

17       Q.    What's Robinhood?

18       A.    It's like an investment app or like an

19   investment account where you have trade free, you

20   can trade stocks for free.

21       Q.    Do you own stocks or bonds?

22       A.    I don't know what I have in Robinhood.

23   I'd have to go through the app.

12

1    [CHET STOJANOVICH - By Mr. Harwick]

2    Q.    All right.  Is your phone fired up yet?

3    A.    I'm still waiting for it to connect.

4    There's no connectivity right now.

5            MR. HARWICK:  Okay.  Well, we'd

6        request the account information, account

7        statements for the Robinhood account,

8        which was part of Exhibit A that we sent

9        you.

10

11    *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

12

13            THE WITNESS:  Yeah.  I don't know

14        if I have a functional Robinhood account,

15        if it's open or not.  I haven't been able

16        to access it in some time.

17            MR. HARWICK:  All right.  Sue, I

18        want to note for the record I have Nico

19        and Lars, I think are also listening in

20        as they are entitled to, to Article 52

21        collection deposition.

22            THE WITNESS:  Yeah.  I don't think

23        I have any of those.

13

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        Q.    What are your sources of income?

3        A.    My source of income usually is from doing

4    business like self-employed.

5        Q.    Okay.  So, who does your tax returns?

6        A.    I just got a new CPA that's helping me

7    out and I have to look up his name.

8        Q.    Okay.  Go ahead and take a look for his

9    name.  I'll wait.

10       A.    I don't know them.  Hang on a second.

11   Let me find it.  I think it's Michael Goldfine.

12       Q.    Okay.  Do you have his contact in your

13   phone?

14       A.    You'll have to give me a second.

15       Q.    Sure.  Go ahead.

16       A.    This is the best of my knowledge.  I've

17   only met the guy once and there wasn't much to

18   report during COVID.

19       Q.    Are you looking?

20       A.    Yeah.  I am.  I'm trying to find the

21   details.  I found an address of 40 Exchange

22   Place, Suite 1602.

23       Q.    Can you spell his last name?

14

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2       A.    Goldfine, G-o-l-d-f-i-n-e.

3       Q.    And who did you use before that?

4       A.    I used -- this was Icon.  Icon Business

5    Management and her name was Sally.

6       Q.    Can you spell that name?

7       A.    Icon?  I-k-o-n (sic) I believe.

8       Q.    Where are they located?

9       A.    I think they are out of Century City in

10   Los Angeles.

11      Q.    Do you have a contact for them, number?

12      A.    Sally.  I have to check my e-mail.  Hold

13   on.

14      Q.    What are your sources of income now?

15   When was the last time you earned money and where

16   did it come from?

17      A.    Like I said before, it was -- it's Sally,

18   if you want me to answer the previous question.

19      Q.    Sure.

20      A.    Sally Velazquez, V-e-l-a-z-q-u-e-z.

21      Q.    And what about a phone number or e-mail

22   or address?

23      A.    Sally@icon-bm.com.

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        Q.    What does that business do for you?

3        A.    Tax filings.

4        Q.    Do you owe the IRS money?

5        A.    Not to my knowledge.

6        Q.    Okay.  When was the last time -- did you

7    have to pay quarterlies at all last year?

8        A.    Not to my knowledge.

9        Q.    You know what quarterlies are, right?

10       A.    Yeah.

11       Q.    Had you ever had to pay quarterlies?

12       A.    Honestly, my taxes were very, very

13   complicated so I can't really speak to how they

14   are paid.  I mean, someone else always sends my

15   taxes.

16       Q.    Do you have copies of your tax returns?

17       A.    What?

18       Q.    Do you have copies of your tax returns?

19       A.    I don't.

20       Q.    All right.  Have you ever been married,

21   Chet?

22       A.    No.

23       Q.    Do you have any children?

1    [CHET STOJANOVICH - By Mr. Harwick]

2       A.    No.

3       Q.    Okay.

4       A.    Not to the best of my knowledge.  I hope

5    I don't.

6       Q.    Have you made any loans to other people?

7       A.    Can you clarify a little bit?  What do

8    you mean by that?

9       Q.    Have you loaned anybody money within the

10   last six years?

11      A.    No.  Nothing like substantial, not like a

12   formalized loan agreement, but I loaned to a

13   friend here or there over the last six years.

14      Q.    Who have you loaned money to, how much,

15   and when?

16      A.    I'm just saying in the last six years at

17   some point in time I probably let somebody borrow

18   money, but nothing like formalized, like 20 bucks

19   here, 100 bucks there, whatever.

20      Q.    Do you own any certificates of deposit?

21      A.    What?

22      Q.    Do you own any certificates of deposit,

23   CDs within the last six years?

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    I don't.

3        Q.    All these questions relate to the last

4    six years.  Okay?

5        A.    All right.  I don't know all the -- these

6    kinds of answers because I never set up these

7    kinds of things.

8        Q.    Have you ever filed for bankruptcy?

9        A.    Unh-unh.

10       Q.    You've got to say yes or no.

11       A.    No.

12       Q.    Does anybody owe you money?

13       A.    Not directly.

14       Q.    What do you mean by that?

15       A.    Chet Mining Co. for services not

16    rendered, which we are trying to get that.

17       Q.    How are you trying to get that money?

18       A.    The company is out the Canada that owes

19    the money and they filed Chapter 11, but we also

20    paid the individual owners, so we are trying to

21    pursue that how we can because they owe us quite

22    a bit of services.

23       Q.    What's the name of the company?

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    Great North Data.

3        Q.    Did they file bankruptcy in Canada?

4        A.    They did.  To the best of my knowledge.

5    I don't understand bankruptcy so I don't know how

6    to explain it.

7        Q.    Who are the individual owners that you

8    think are liable for that debt?

9        A.    I know that it's James Goodwin, is one of

10   them, but I have to go through the list of

11   people.  I know that there's six partners there.

12       Q.    What list would you look at?

13       A.    What?

14       Q.    You said you'd have to look at the list.

15   What list?

16       A.    I'd have to look at the list of contacts

17   at Great North Data.  I don't want to speak to

18   who's on the partners list.

19       Q.    What transaction did you have with Great

20   North Data that gave rise to a debt owing?

21       A.    We had a few transactions where we paid a

22   few hundred thousand dollars for services and

23   they never rendered those services.

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Did you commence a lawsuit?

3        A.    I haven't commenced a lawsuit.

4        Q.    Did you commence a lawsuit with regard to

5    that transaction, you or your companies?

6        A.    No.  We haven't commenced a lawsuit yet.

7    We are trying to work this out.

8        Q.    Do you have a lawyer for that matter?

9        A.    I've been talking to lawyers, but it's

10   hard to find somebody that's in Labrador.

11       Q.    Now, are you the sole owner of Chet

12   Mining Co., LLC?

13       A.    Yes.  I believe so.

14       Q.    Are you the sole owner of Chet Mining Co

15   Canada, LTD?

16       A.    I have no idea about LTDs.  I know that

17   we tried to file some of these LTDs, some of them

18   went through and some didn't.  So, I have been

19   trying to get to the bottom of that.

20       Q.    What company do you own an interest in?

21       A.    Chet Mining Co., LLC.

22       Q.    Anything else?

23       A.    I have a couple others, but I have to

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    look to see if we still have those open or if

3    they are closed.

4         Q.    Within the last six years I want you to

5    list the companies you had an ownership interest

6    in.

7         A.    There was CSD and Accelerant Media in the

8    last six years, I believe.  And that's Chet

9    Stojanovich Distributions and we had productions,

10   and Accelerant Media were the three that I had

11   filed.

12        Q.    And what jurisdictions were those filed

13   in?  Why don't you go through again and list them

14   and tell me each jurisdiction.

15        A.    I think they were all Delaware Corps that

16   were operated out of New York.

17        Q.    Are they still in business?

18        A.    No.

19        Q.    Do they have any assets?

20        A.    Not to my knowledge.  All the accounts

21   have been shut down.

22        Q.    Did you used to have a banking account at

23   Chase Bank as well?

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    I did.

3        Q.    When did that close?

4        A.    I don't know the exact date, but it was

5    2019, is when my Chase accounts were closed.

6        Q.    Have you ever had a financial statement

7    prepared, ever?

8        A.    I'm sure that I had one prepared at some

9    point in time in the last 20 years, but I don't

10   have documentation.  During the relocation that I

11   had I lost most of my paper copies where I keep

12   most of my stuff, the hard copies.

13       Q.    Well, do you have electronic copies?

14       A.    I can check to see if there's any

15   electronic copies.

16       Q.    Well, the subpoena that we served on you

17   required you to produce financial statements and

18   so we need you to search for your financial

19   statements, whether paper or electronic, or if

20   you have access to them by contacting an

21   accountant that can get those to you, you have to

22   get those to me.

23       A.    Yeah.  Unfortunately I'm new to this

1    [CHET STOJANOVICH - By Mr. Harwick]

2    accountant.  My other accountant was supposed to

3    transfer over.  I don't know if he passed away or

4    the circumstances, but he was somebody that I

5    couldn't reach that was passed over from Sally to

6    help me with my taxes.  I don't know if he passed

7    away or what the circumstances were, but he

8    basically disappeared.  With that I don't know if

9    the business was shut down.  I've done a lot to

10    get ahold of him, but I really don't know what it

11    was.

12        Q.    Okay.  Do you own any real property?

13    Have you owned any real property within the last

14    six years?

15        A.    Can you explain what you mean by real

16    property?

17        Q.    You've got to speak up.

18        A.    Can you explain what you mean by real

19    property?

20        Q.    Real estate, land, buildings.

21        A.    No.  I don't have any land holdings if

22    that's what you are asking.  I don't own any

23    land.  And I don't own any real estate.

23

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Do you own any interest in other business

3    entities other than those you already talked

4    about or any partnerships, LLCs, corporations,

5    LTDs, anything like that?

6        A.    I would have to look to see if I have any

7    interest in any other companies.

8        Q.    What would you have to look at?

9        A.    I would have to look at my e-mails

10   because I don't typically file that stuff.  So,

11   I'd have to look to see if they created a

12   company.  For a period of time I had a business

13   manager firm that did a lot of filings without

14   notifying me.  So, I have no idea what they did

15   on my behalf.

16       Q.    What was the name of that company?

17       A.    Singer Burke Capital.

18       Q.    You've got to speak up.

19       A.    Singer Burke Capital Management.

20       Q.    Can you spell that for the stenographer?

21       A.    S-i-n-g-e-r B-u-r-k-e Capital Management.

22       Q.    And where are they located?

23       A.    Encino, California.

24

**[CHET STOJANOVICH - By Mr. Harwick]**

Q.   Where do you hold driver's licenses?

A.   I only have a driver's license in New York.

Q.   Did you ever have one in Washington?

A.   Not to my knowledge.  I didn't have one in Washington.  I think I had one in Oregon for a while.  That's where I learned to drive, where I got my first driver's license.

Q.   Okay.

A.   But not Washington.

Q.   In Portland, Oregon?

A.   Yeah.

Q.   So, I'm just curious.  The name that appears on the birth certificate, is it Chester or is it Chet?

A.   Chet, C-h-e-t.

Q.   Okay.  What was your father's name?

A.   Paul.

Q.   Did he pass away?

A.   Yeah.  He passed away.

Q.   When?

A.   2003.

25

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Did he leave you an inheritance?

3        A.    He did leave a trust behind that we

4    talked about before.

5        Q.    How much money was in the trust?

6        A.    I don't know.  I honestly don't know to

7    this day.

8        Q.    How much did you get out of the trust?

9        A.    I really don't know to this day.  It's

10   been a difficult thing.  Trusts rarely are

11   handled properly from my -- and they are usually

12   very difficult things to deal with.

13       Q.    Is the trust open or closed to your

14   knowledge?

15       A.    To the best of my knowledge it's closed.

16       Q.    What was the name of the trust?

17       A.    I honestly don't know what they refiled

18   it to.  I think it was called the Paul Stojanovich

19   Trust 2000.

20       Q.    Okay.

21       A.    But it's --

22       Q.    You answered my question.

23       A.    This is an area that's always a gray area

26

1  **[CHET STOJANOVICH - By Mr. Harwick]**

2  when it comes for me.  It's -- so, if I can

3  answer it better just let me know.  I just don't

4  know.

5      Q.    Yeah.  No.  Shorter answers are better.

6            Do you own a business by the name of Chet

7  Stojanovich Productions, LLC?

8      A.    Yeah.  That's what I was just -- I was

9  listing before.  Chet Stojanovich Productions.

10     Q.    Is that in business or out of business?

11     A.    Yeah.

12     Q.    In business or out of business?

13     A.    Out of business.

14     Q.    How about Chet Stojanovich Distributions,

15  LLC?

16     A.    That's out of business, too.

17     Q.    What about Port Chester Productions, LLC?

18     A.    I -- see that's exactly kind of what I'm

19  bringing up.  I don't know.  That could have been

20  filed on my behalf.

21     Q.    What about the World Humanitarian

22  Organization, Inc.?

23     A.    That was a long time ago.  That was

27

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    supposed to be a -- we did some humanitarian work

3    in Africa.

4         Q.    What about Lightning Assassin Corp.?

5         A.    I have no idea.

6         Q.    Do you have a security deposit on file

7    with your landlord?

8         A.    I did.  My landlord is intent on keeping

9    it.

10        Q.    How much is that deposit?

11        A.    I think it was 10,000 or something like

12   that, or 7,000.  It's right in that range.  I

13   made two different deposits.

14        Q.    Has your landlord commenced an action

15   against you in the New York State Supreme Court

16   for the County of New York for any reason?

17        A.    I don't know.  They may have.  They are

18   very difficult to deal with apparently.

19        Q.    You don't know if they have or not?

20        A.    I don't know if they have or not.  They

21   said they weren't going to, but I don't trust

22   what they say so.

23        Q.    Do any other entities or individuals have

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    judgments against you?

3         A.    Not to my knowledge.  Outside of what we

4    discussed.

5         Q.    What about an entity called Tribeca

6    Green, LLC?

7         A.    That's a different entity.  That was one

8    of my old landlords.

9         Q.    Did they file a judgment against you for

10   $8,106?

11        A.    Perhaps.  I'm sure that's paid off.  I

12   don't know why they would file any judgment.

13        Q.    Did they evict you from 325 N. End

14   Avenue, Apartment 3H?

15        A.    They tried to I think.  They tried to

16   take me to court.  It's a common now they want to

17   clear people out that were there for a long time.

18        Q.    Were any of your other business entities

19   sued for anything?

20        A.    What?

21        Q.    Were any of your other business entities

22   sued for anything?

23        A.    Not to my knowledge.

29

1    [CHET STOJANOVICH - By Mr. Harwick]

2    Q.    Okay.  Do you own any aircraft?

3    A.    No.

4    Q.    Boats?

5    A.    No.

6    Q.    Vehicles?

7    A.    My car I had last year got stolen so.

8    Q.    What kind of car was it?

9    A.    GMC Yukon.

10    Q.    And where did it get stolen?

11    A.    In Buffalo, like in that area.

12    Q.    Did you own that vehicle?

13    A.    I did.  I paid cash for it.

14    Q.    Did you report that to the police?

15    A.    I did.

16    Q.    And what police department?

17    A.    The Niagara and Buffalo police.

18    Q.    Did you get an insurance settlement

19    because of that?

20    A.    No.  I didn't.  Still fighting the

21    insurance company.

22    Q.    I'm sorry?

23    A.    I'm still fighting with the insurance

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    company on that.

3        Q.    What's the name of the insurance company?

4        A.    Progressive.

5        Q.    Is that in your name?

6        A.    Yes.

7        Q.    Do you know the policy number?

8        A.    I think I sent it over to you, but give

9    me a moment.

10       Q.    Why don't you get me the policy number on

11   that.

12       A.    Yes.   Just give me a moment and I'll give

13   you the policy number.   It's 935153574.

14       Q.    One more time so we have it.

15       A.    935153574.

16       Q.    Who's the claim adjuster handling the

17   claim?

18       A.    I think her name was Heather.

19       Q.    I'm sorry.   Can you say that again?

20       A.    I think her name was Heather.

21       Q.    Do you have a phone number for her?

22       A.    You'll have to give me a moment.

23       Q.    Sure.

31

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    I just have the Progressive phone number,

3    the 800 number.

4        Q.    Go ahead.

5        A.    (800)776-4737.

6        Q.    Have you ever been audited?

7        A.    5 -- sorry?

8        Q.    Go ahead.  What were you saying?

9        A.    (855)347-3949.

10       Q.    Have you ever been audited?

11       A.    Not to my knowledge.

12       Q.    Do you receive a paycheck from any

13   regular source?

14       A.    Not regular.

15       Q.    How much money do you have in the bank

16   total today?

17       A.    My account balance right now is a few

18   thousand.  I don't know the exact balance without

19   logging in.

20       Q.    Do you have any credit cards?

21       A.    My credit cards were closed.  I have to

22   see if one of them is still open, but that's one

23   of those things I'm not certain about.

32

1      [CHET STOJANOVICH - By Mr. Harwick]

2          Q.   Where do you have credit cards, what

3      banks or institutions?

4          A.   Chase.  The ones I sent over to you.

5          Q.   Do you have --

6          A.   And I had the American Express as well.

7          Q.   Okay.  You have an AmEx.  Do you know the

8      number for AmEx?

9          A.   No.  I don't.  It's been a long time.

10     It's been closed for a while.

11         Q.   Do you have a will?

12         A.   I have a will, I think.  I have to find

13     it but it needs to be updated.

14         Q.   Who's in the will?

15         A.   Just family, I guess.  Family, and I

16     think just has my wishes and stuff like that.

17              MR. HARWICK:  We'll request a copy

18              of your will.  I'm going to send you

19              Exhibit A again.

20

21         *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

22

23              THE WITNESS:  Let me see if I can

1    [CHET STOJANOVICH - By Mr. Harwick]

2         find it.  I don't know if I have a copy

3         of it.  That's the issue.

4    Q.   Do you have a safety deposit box?

5    A.   No.  I don't.

6    Q.   Do you have a safe?

7    A.   No.

8    Q.   Do you have any retirement accounts,

9    401k?

10   A.   No.

11   Q.   403?  All right.  Do you have any stock

12   options?

13   A.   We went over that before.  I don't know

14   what I have and I -- to the best of my knowledge

15   I don't have anything right now.

16   Q.   What about commodity accounts, do you own

17   any commodity accounts?

18   A.   No.  Not that I know of.  That's a hard

19   thing for me to tell, but I don't trade in

20   commodities other than a case by case basis.

21   Q.   Have you made any loan applications or

22   credit card applications within the last six

23   years?

34

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    I'm sure I have, but I'd have to check my

3    credit to see what that is.

4        Q.    Have you run your credit report?

5        A.    I haven't recently.

6        Q.    All right.  Do you know you can get your

7    free credit report every year?

8        A.    Yeah.

9              MR. HARWICK:  I'm going to ask you

10             to run your credit report and send it to

11             me.

12

13    *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

14

15        Q.    Do you have any mortgages?

16        A.    No mortgages because I don't have any

17    real estate.

18        Q.    Did you ever do a statement of net worth?

19        A.    No.  I have never done that.

20        Q.    Are you a party to any other lawsuits

21    other than the ones we are here to talk about

22    today?

23        A.    To the best of my knowledge I think

35

1    [CHET STOJANOVICH - By Mr. Harwick]

2    there's only one other lawsuit that I've had to

3    deal with.

4        Q.    What's that?

5        A.    That was with JP Barrett Minor Stores, or

6    something, or I forgot what the actual business

7    entity is.

8        Q.    Have you ever met an attorney named

9    Edward Williams or Trocan Williams?

10       A.    I'm really bad with names so I have no

11   idea.  I don't know.

12       Q.    Have you ever met an attorney that deals

13   with cryptocurrency named Williams, an African-

14   American maybe in his 30s?

15       A.    It's not striking a bell.  I may have.  I

16   don't know.  I've dealt with attorneys.

17       Q.    How about a dealer of crypto mining

18   equipment named Hash Deploy or Doug Shook, had

19   you ever met him in New York City?

20       A.    I met Doug before.

21       Q.    How do you know Doug?

22       A.    Doug reached out to me a few years back

23   and I got to meet -- I met him, I guess, just

36

1    [CHET STOJANOVICH - By Mr. Harwick]

2    through a phone call.

3        Q.    All right.  Was it business or?

4        A.    Yeah.  We were in the same kind of

5    business and he had reached out to me to do

6    business at Hash Deploy and I was doing business

7    over at my business.

8        Q.    Did he discuss with you another crypto

9    dealer named Michael Miranda or Northway Mining

10   or anything like that?  Do you remember that?

11       A.    He complained about the guy a lot.

12       Q.    I'm sorry.  I didn't --

13       A.    He complained about the guy a lot.  The

14   guy threatened him a lot from what he told me.

15       Q.    Okay.

16       A.    I guess he was a pretty scary guy.

17       Q.    Did you facilitate the transfer of some

18   money from Doug Shook to a third party?

19       A.    I can't really speak to that.  I don't

20   know what went on with Michael Miranda so.

21       Q.    Well, if Doug Shook gave a federal

22   deposition in a case and claimed that you had

23   taken some money that Michael Miranda paid him

1    [CHET STOJANOVICH - By Mr. Harwick]

2    and then kept that money would he be lying?

3        A.    If I took the money and kept the money?

4        Q.    Yeah.

5        A.    For like?  Can you be specific on it,

6    like kept the money for myself?

7        Q.    Kept the money or had it transferred to a

8    third party?

9        A.    I honestly don't know.  I mean, I helped

10   him out with a few things.  I really don't know.

11   I helped him out over the years with a few

12   things, got him in touch with people.  The mining

13   industry does a lot of forwarding stuff.  So, we

14   forward one person to another person in the

15   resales market.  So, that's the same.  What I do

16   know is that that ended up being a very difficult

17   thing for Doug.  I mean, put through a lot of

18   hell as a result of that.

19       Q.    Well, if Doug Shook testified under oath

20   that he had a deal with Mike Miranda to sell

21   Miranda some equipment and you interjected and

22   claimed that Mike Miranda was essentially a crook

23   and Doug should take that money and give it to

1    [CHET STOJANOVICH - By Mr. Harwick]

2    someone named Daniel Kim at Mind Map, okay, would

3    that be something you recall?

4        A.    I told him to not do business with

5    anybody that's -- are as a rule of thumb under

6    investigation with the FBI and that's what he

7    told me, he was under investigation with the FBI.

8    And that's where I just said to him, I go look,

9    you can't do business with people like that.  I'm

10    not going to do business with people like that.

11    And he had a, I guess a long history of dodging

12    out.  This is all -- all of it's rumor, some of

13    it is online.  I don't know the specifics.  I

14    don't talk to any of the officers.

15        Q.    Did you instruct Douglas Shook or Hash

16    Deploy to take Mike Miranda's money and transfer

17    it either to yourself or to a company named Mind

18    Map or Serenity Alpha or their principals, Daniel

19    Kim being one of them?

20        A.    I don't know who Daniel Kim is.  That was

21    a long time ago.  But I told him to return the

22    money -- I said if he does run into any money he

23    should do the right thing and send it back to the

39

1  [CHET STOJANOVICH - By Mr. Harwick]

2  people it was from, take the lawful steps and

3  make sure it's done properly and that's the

4  advice that I gave him.

5      Q.    Did you receive any of that money?

6      A.    I don't know.  I don't know what was

7  what.  I can't speak to that.  Like I was saying

8  before, a lot of the stuff that would be

9  forwarded on to deals and Doug has brought, you

10  know, basically purchased stuff to -- Doug has

11  brought stuff to the table, where he's brought

12  like a purchase agreement deal and I'm not always

13  privy to who that is and I usually forward it on

14  or refer to someone else, when I don't know who

15  it is I'll refer him to somebody that can help

16  him out with those deals.  I try not to get into

17  business with his clients so it's a complicated

18  thing.  Because I don't know what deals were

19  involved with Miranda to this day and I don't

20  know what the deals were, but I do know that, you

21  know, Doug ended up getting stuck in a deal with

22  Miranda and I tried to stay as far away from it

23  as possible.

40

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Have you heard of an entity named

3    Serenity Alpha?

4        A.    It sounds familiar.  You said it three

5    times, but I don't know.

6        Q.    What about Mind Map?

7        A.    It sounds familiar, but all those

8    companies do.  It's been a few years since I've

9    had talks with Doug about Mike Miranda or

10   anything else.  I think the last time I talked to

11   Doug was about --

12       Q.    Who is your cell service provider?

13       A.    I have Verizon, I think.

14       Q.    What's your phone number?

15       A.    824-3903.

16       Q.    What kind of computers do you have?  What

17   kind of computers do you own?

18       A.    I have a Mac and a PC.

19       Q.    Are those your computers?

20       A.    They are my computers that I work on at

21   home so.

22       Q.    Do you have a regular job?  Do you go to

23   work or what do you do on a daily basis?

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    I'm self-employed.

3        Q.    Doing what?

4        A.    I'm just self-employed.  I mean, I do

5    basically my own business within my own

6    structure.

7        Q.    Yeah.  What do you do?

8        A.    Sales, retail sales is what we typically

9    do.  We've been shut down for a while since COVID

10   and the retail has been shut down.  We weren't

11   part of the essential service industry.

12       Q.    Retail sales of what?

13       A.    Computers, turnkey solutions, stuff like

14   that.

15       Q.    What's the name of your business?

16       A.    Chet Mining, LLC, is my business.

17       Q.    Is that still your business?

18       A.    It's still my business.  I still own it.

19       Q.    Where does Chet Mining, LLC, have its

20   bank account?

21       A.    Its bank account has been closed so.

22       Q.    Well, you are currently in business still

23   doing retail sales, correct?

42

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    No.

3        Q.    All right.  Well, how do you support

4    yourself?

5        A.    When we got -- once we lost our account

6    last year they made it very difficult for us to

7    do business.  So, that's been really challenging,

8    but during COVID because we were mandatorily

9    required to shut down in 2019.  Well, 2020, we

10   got our account shut down.  The bank shut down

11   around here.  So, we weren't really able to

12   operate.  And we tried to get an operating

13   location going and -- in the states because we

14   were in Canada before that, but the company ended

15   up just not being reliable and ended up having to

16   shut back down.

17       Q.    Chet, here's my question.  Right?  You

18   are living in New York City in a relatively

19   expensive apartment.  You have to eat and you

20   have to entertain yourself.  How do you get money

21   to do that?

22       A.    To entertain myself?

23       Q.    Yeah.

43

**[CHET STOJANOVICH - By Mr. Harwick]**

A.    I don't really do things to entertain

myself.  I spend -- most of my time last year I

was sick.  So, I don't like go out, party, or do

anything like you would normally think that I

would do.

Q.    Does your girlfriend live with you in

your apartment?

A.    She does live here.

Q.    How long have you been together?

A.    We've been together for, on and off for

about seven years now.

Q.    Okay.  And what are her current sources

of income, if any?

A.    I don't really know.  I mean, she's got

her savings, but I don't really know.  I know

she's been sick and off work so.  But I don't ask

her about that stuff.

Q.    I'm going to put you on notice now that

we are going to take her deposition to see what

she knows about your personal assets.

A.    Yeah.  We just keep our stuff separate so

she doesn't really know.

44

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        Q.    Well, I'll ask her that under oath.    I'm

3    giving you notice that we are also going to

4    depose Robert Ballantyne.    We are going to depose

5    John -- or Paul John Stojanovich, Luca

6    Schnetzler, S-c-h-n-e-t-z-l-e-r, Sue Elizabeth

7    Nelson.

8        A.    Who's Sue Elizabeth Nelson?

9        Q.    I believe that's your mother.

10            Tim LoBello and David Alan Kaiser.    Who's

11    David Alan Kaiser again?

12        A.    My mom's brother.    But, yeah, I don't

13    know him very well.

14        Q.    When was the last time you traveled

15    outside of New York City?

16        A.    I don't know.    It's been some time.

17    We've been locked down for the most part out

18    here.    I haven't like flown anywhere for over a

19    year.

20        Q.    All right.    I'm going to ask you a few

21    questions.    Remember you are under oath.    Okay?

22    And if I find out that you are not being

23    truthful, I'm going to report you to the court.

45

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    I have done some driving but that's it.

3        Q.    Did you hear what I just said, Chet?

4        A.    Yeah.

5        Q.    Okay.  Do you own any cryptocurrency?

6        A.    I have some miscellaneous wallets with

7    like a little bit of crypto I found recently, but

8    I liquidated most of that out.

9            I don't know if I have any wallets that

10   are sitting, but I know all of my wallets are

11   being shut down.

12       Q.    All right.  When you say you liquidated

13   it, when did you liquidate your cryptocurrency?

14       A.    Sometime in the last few months.

15       Q.    Okay.

16       A.    I've been just trying to find whatever I

17   have in cryptocurrency from before.

18       Q.    So, you liquidated your cryptocurrency in

19   the last few months.  Is that correct?

20       A.    Yeah.  That's correct.

21       Q.    Where were your cryptocurrency accounts

22   or wallets?  Where was your cryptocurrency?

23       A.    I had one at Gemini.

1  [CHET STOJANOVICH - By Mr. Harwick]

2     Q.    Okay.  And do you have an account number

3  associated with that or anything?

4     A.    Gemini is not set up to have account

5  numbers.  I don't think any of the exchanges are.

6     Q.    Did you have an account at Coinbase?

7     A.    I had a Coinbase account, but I got it

8  closed in September 2019.

9     Q.    Where did that money go?

10    A.    I'm still trying to figure that out to be

11 honest with you.

12    Q.    What about Kraken, did you have one at

13 Kraken?

14    A.    I have no idea.  I think I tried to sign

15 up for most of the exchanges at one point in

16 time.  But New York has different blog license

17 difficulties.  So, if Kraken doesn't have a New

18 York blog license there's only ten to the best of

19 my knowledge.  So, there were very few providers

20 that were able to sell cryptocurrency in the New

21 York area.

22    Q.    How would I access your cryptocurrency

23 account data?  Is that on your hard drive?

47

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    Honestly, I have no idea.  I've got -- I

3    would love to get that information myself right

4    now but it's been difficult to do.  And with all

5    the stuff with Coinbase going public with my old

6    accounts it's been even more difficult to pull up

7    that transaction history.  I was able to download

8    some of it from 2019 today, but it was from -- it

9    was in my cloud that I found the transaction

10   history.

11       Q.    Okay.  Do you have that handy?  Can you

12   e-mail that to me now, please?

13       A.    Yeah.  I'll send it over to you.

14       Q.    All right.  Why don't we take a short

15   break, stay online, and why don't you go e-mail

16   that crypto account information.  Okay?

17       A.    Yeah.  You'll have to give me a little

18   bit of time to pull it all together so.

19       Q.    Yeah.  Well, we'll take a break.  We'll

20   need to take a break anyway.  So you can get that

21   together and send it to me by e-mail and then

22   we'll go back on the record.  Okay?

23       A.    All right.  I'll try to put this together

48

1   [CHET STOJANOVICH - By Mr. Harwick]

2   on e-mail for you.  I don't know how well-defined

3   it's going to be.  It may be just Excel sheets.

4   I'll try to find a PDF but.

5       Q.   Well, what do you have, a Gemini app or

6   something?  How do you access your Gemini

7   account?

8       A.   I think my Gemini account got shut down

9   recently.  I can't get access to it so the only

10  way --

11      Q.   Do you have a password and log-on

12  information stored somewhere obviously?

13      A.   It's a two-factor system so if you can't

14  get through on the app, you have to use a

15  two-factor password which changes every six

16  seconds to log in.  So, it's a little bit more

17  complicated than your typical log in for any

18  other kind of like investment account, like if

19  you were looking at like TD Ameritrade or

20  something like that.  I don't know.  Any kind of

21  investment banking that you go to it's not the

22  same log-in procedure where they use voice

23  identifiers, call online, something like that.

49

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    They don't actually do that stuff and at Gemini

3    or any of the other places.  It's --

4        Q.    Well, Chet, how do you pay your bills?

5        A.    I pay my bills through my checking

6    account.

7        Q.    Okay.  And do you also have a debit card

8    on that account as well?

9        A.    I believe I do.  Yeah.  I do.

10       Q.    Okay.  Did you file tax returns for 2020

11   yet?

12       A.    No.  That's in October.  To the best of

13   my knowledge.  Again, I don't handle my taxes so

14   I don't know.  So, I don't know what they've done

15   so far, but to the best of my knowledge it's

16   supposed to be October 15th or something like

17   that so.

18       Q.    All right.  Why don't we take a short

19   break.  Stay on the call, get together your

20   crypto.

21       A.    Yeah.  I'm going to see what I can do.

22                    (Recess taken at 1:52 p.m.;

23                    proceedings resumed at 2:15 p.m.)

50

1   [CHET STOJANOVICH - By Mr. Harwick]

2                 MR. HARWICK:  Back on the record.

3       Q.   Chet, you are still under oath.

4       A.   Yes.  I understand that.

5       Q.   All right.  So, hang on for a second.

6            So, Chet, we just took a 20-minute break

7   from the record.  We are back on the record.  You

8   are still under oath.

9            You were kind enough to send me a

10  spreadsheet.

11      A.   Yeah.  It's what I found earlier today.

12  I found that earlier today.

13      Q.   And that's an e-mail to me dated 6/23/21

14  at 2:13 p.m. with an attached Excel spreadsheet.

15  If you are looking at it can you just tell me

16  what it means and where you got this spreadsheet

17  from?

18      A.   I found it on the cloud basically in my

19  storage, like a Google Drive kind of thing, and

20  it's just a document that I found that was

21  entitled 2019 or something.

22      Q.   So, this is just your internal document;

23  is that right?

51

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    No.   It's one that they issued to you,

3    because it looks like it has transactional data

4    on it so.

5        Q.    What's the most amount of crypto you've

6    ever owned in US dollars?

7        A.    I have no idea.

8        Q.    More than a million dollars?

9        A.    I honestly don't want to speculate on

10   that.   I would have to look.

11       Q.    More than ten thousand dollars?

12       A.    I don't want to speculate on that.   I'd

13   rather not --

14       Q.    You've got to speak up.

15       A.    I'd like to have a really good

16   understanding first before speaking to that.   I

17   don't want to speculate.   I can only answer like

18   what I know for sure and I have to look that up.

19   I don't know what.   I want to check that.

20       Q.    Where would you look it up?

21       A.    I'd have to look up, I'd have to check

22   with a former accounting company is probably the

23   best place to start.   If they don't have the

52

1   **[CHET STOJANOVICH - By Mr. Harwick]**

2   records, I'm going to have to go skim through

3   what I have and look in the cloud for additional

4   history.

5       Q.   Okay.  Do you have an iCloud account?

6       A.   Probably.

7       Q.   Well, you just said you found this on the

8   cloud today?

9       A.   Yeah.  It was Google Drive.

10      Q.   Google Drive.  Okay.  What's your Google

11  password?

12      A.   My password to my cloud?

13      Q.   Yeah.

14      A.   I don't know.  It's saved in here.  I can

15  look it up.

16      Q.   Yeah.  Go ahead and look it up.

17      A.   I think it's happy dog, but I have to

18  double-check.

19      Q.   You'll have to spell any names.  And what

20  would be your ID?

21      A.   I have to see.

22      Q.   While you are looking that up what

23  e-mails do you use?

53

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    I've been using the Chet@ChetMiningCo.com

3    for communications.

4        Q.    Do you have any other e-mails like a

5    Gmail or anything?

6        A.    I have a bunch of old ones I don't use.

7        Q.    What are your old ones?

8        A.    I had a WWPV2012 a while back, but I had

9    a bunch of different e-mails that I used for

10   different kinds of, I guess, different kind of

11   purposes.  Like if you have a Google Drive or

12   whatever you have like your personal versus your

13   professional and I always kept those two

14   separate.

15       Q.    What did you think your password was?

16   Good dog you said.

17       A.    Happy dog I think is what my password is.

18       Q.    No.  That's wrong.  Why don't you look up

19   your Google?  I assume your login is your e-mail,

20   right, Chet@ChetMiningCo.com?

21       A.    No.  It's not always linked that way.

22       Q.    Well, give me your -- would it be under

23   your phone number do you think?

54

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    No.   E-mails aren't set up that way, like

3    Google Drive and One Drive and stuff like that

4    aren't set up that way.   They don't attach to

5    your phone number unless you have only like, only

6    like e-mail account with your phone number

7    attached to it like your phone number is your

8    e-mail, which I know some people use it that way

9    but it's --

10        Q.    What I want you to do is find for me your

11    Google sign in, your ID and your password and

12    give them to me.

13        A.    I don't think it will do any good though.

14    I won't be able to log in without administrative

15    access or two factor, my e-mail account without

16    two-factor identification.   I'll have to look at

17    and see, verify user.   So, it won't work that

18    way.   You can't just login to it.

19        You have to use two-factor identification

20    to get into Google Drive and it also has to be

21    verified because it's also the e-mail password.

22        Q.    Well, you can verify it with your phone

23    right there, right?   It's two factored with your

55

1    [CHET STOJANOVICH - By Mr. Harwick]

2    phone number?  They'll send a text, right?

3        A.    No.  It's not a text based.  It's a

4    revolving application.  It's not going to set up

5    on some other devices that I have.

6        Q.    Well, why don't you just give me the -- I

7    could send a subpoena to Google, too, but give me

8    your e-mail or phone number associated with the

9    account and the password.

10       A.    That's what I'm trying to do right now.

11       Q.    Sorry?

12       A.    That's what I'm trying to do right now,

13   but it's not listing my e-mail account next to

14   the -- so you'll have to give me a moment.

15       Q.    Sure.  Go ahead.

16       A.    It's just set up.  I don't use it so.

17       Q.    It looks like Chet@ChetMiningCo.com is

18   your ID.  So, I just need your password and it's

19   not happy.

20       A.    I know it's not that one because that's

21   an enterprise e-mail.  The way it's set up is

22   differently.  It's not the traditional ESP of

23   apps.

56

1    [CHET STOJANOVICH - By Mr. Harwick]

2           You're going to have to give me time to

3    do this.  I'm trying to log in and out with my

4    e-mail and it's not working so.

5    Q.    Well, don't you have the password saved

6    on your phone?

7    A.    It's not.

8    Q.    Well, you just logged in today, this

9    Google Drive, right?

10   A.    I was already logged in to it.

11   Q.    Yeah.  Okay.

12   A.    It was already on the laptop so.

13   Q.    So, have you found your ID yet or

14   anything?  What's your ID for Google Drive?

15   A.    I had to log myself out so.  Yeah.  I

16   definitely locked myself out.  I have to create a

17   new password.  Hold on.

18   Q.    Are you waiting for something, Chet?

19   What are you doing?

20   A.    I locked myself out.  So, I'm trying to

21   get back in and it's taking a bit of --

22   Q.    Okay.  So, when you log yourself back in

23   what ID did you use?

57

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    A.    That's what I'm trying to do right now.

3    I'm trying to use my WWPV2013.

4    Q.    Can you spell that for Sue?

5    A.    It's WWPV2013@Gmail.com.

6    Q.    Any progress, Chet?

7    A.    I'm trying everything but it's not easy.

8    Q.    Well, what's your Gmail account e-mail?

9    A.    That's what I just gave you.

10    Q.    Can you answer questions while you are

11    working on that still?

12    A.    Absolutely.

13    Q.    Let's proceed.  I want you to still work

14    on resetting your password.  You don't have to

15    reset your ID.  You just have to reset your

16    password, right?

17    A.    I really hope I don't need to reset my

18    ID.  That will be a real problem.

19    Q.    No.  You don't have reset your ID.  You

20    just have to reset your password.  So, what is

21    your ID that you are using in an attempt to reset

22    your password?

23    A.    WWPV2013.

58

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    Q.    Okay.  P as in Peter, B as in Boy?

3    A.    Victor.  William, William, Paul, Victor

4    2013@Gmail.

5    Q.    Okay.  Is that your only Gmail e-mail?

6    A.    It's the only active one.

7    Q.    Okay.  All right.  You keep working on

8    that.  I'm going to ask you some questions about

9    the claims that my clients brought in this case.

10   Okay?

11          So, I'm going to focus your attention on

12   the allegations that were made against you in

13   Alex Holmes versus Chet Mining Co., LLC, et al.

14   Southern District of New York, Index No.

15   20-CV-04448.  Okay?

16          You've defaulted in that action.  Are you

17   aware of that?

18          Chet, can you hear me?

19   A.    Yeah.  I said no.

20   Q.    You weren't aware that you've defaulted?

21   A.    I wasn't aware of that.  If you are

22   saying I am.

23   Q.    Okay.

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    I wasn't aware.

3        Q.    I'm telling you now we have default

4    judgments entered against you for a substantial

5    amount of money on behalf of Alex Holmes, Josh

6    Navarro, Nico Tramontana, I probably got that

7    name wrong, but you know Nico, Bitcoin Ventures

8    2020, LLC, Yasar Corporation and OnePurpose, LTD.

9    Okay?

10       A.    OnePurpose, LTD did you say?

11       Q.    It's an entity that invested with you.

12   Do you recognize those other names though?

13       A.    Some of them I do.

14       Q.    Do you recognize Alex Holmes' name?

15       A.    Yeah.

16       Q.    Did you have some business dealings with

17   Alex Holmes?

18       A.    Yeah.

19       Q.    Were some of those business dealings

20   conducted over the internet and by phone?

21       A.    We talked on the phone all the time.

22       Q.    Did you e-mail him?

23       A.    Yeah.  We had e-mails.

60

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Okay.  And did you offer to sell him

3    mining equipment?

4        A.    That's what he asked --

5        Q.    Is the answer yes?

6        A.    That's what he asked me for.

7        Q.    He asked you to sell him mining

8    equipment; is that correct?

9        A.    That's correct.

10       Q.    Bitcoin mining equipment or crypto mining

11   equipment?

12       A.    Just all-around mining equipment.

13       Q.    But not -- for crypto mining equipment,

14   right?

15       A.    Well, crypto and Bitcoin.  Bitcoin is a

16   part of crypto.

17       Q.    Right.  But we are not talking about

18   mining for gold equipment, correct?

19       A.    Oh, I don't -- he never asked me to do

20   that.  He may have asked but.

21       Q.    And did you offer to sell him a number of

22   cryptocurrency mining computers?

23       A.    He asked me for, to find someone and I

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    did.

3        Q.    So, Alex Holmes asked you to find some

4    Bitcoin miners to sell to him and you attempted

5    to do that; is that correct?

6        A.    That's what we did, yeah.

7        Q.    And --

8        A.    It wasn't just Bitcoin.  It was Bitcoin

9    and other, other ASIC miners.

10       Q.    Other cryptocurrency.  So, we'll call it

11   cryptocurrency mining equipment.  You know what I

12   mean by that; is that correct?

13       A.    That's correct.  That's the accurate

14   description.

15       Q.    And so, for example, there's something

16   called an S9 Miner, correct?

17       A.    S9 by Bitmain.

18       Q.    Right.  And an AntMiner L3+ miner; is

19   that correct?

20       A.    Yeah.  That's a Bitmain miner as well.

21       Q.    Okay.  And so there are a number of

22   different types of miners that you offered to

23   sell Alex Holmes; is that correct?

62

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        A.    That he sourced through me.  He came to

3    me to source them.

4        Q.    And you agreed to source them?

5        A.    Yes.

6        Q.    And did he wire you --

7        A.    We worked together on it.

8        Q.    And was that transaction made over the

9    internet?

10       A.    The transaction for the miners?

11       Q.    Yes.

12       A.    I honestly don't know what you mean by

13   that.  I think all transactions are done through

14   using the internet.

15       Q.    So, for example, you would communicate

16   with Mr. Holmes over the telephone and also by

17   e-mail on the internet.  Is that correct?

18       A.    Yeah.  We communicated through e-mail and

19   text message and cell phones.

20       Q.    Okay.  And a lot of these are yes, no

21   questions because I'm just going to ask you some

22   pretty simple straightforward questions.  Okay?

23            And you would send invoices by e-mail

63

1    [CHET STOJANOVICH - By Mr. Harwick]

2    over the internet to Mr. Holmes; is that correct?

3        A.    We did structure some of them through

4    e-mail, by invoicing but it was an invoicing

5    platform that issued the e-mails.

6        Q.    Did you use US Mail for any of these

7    transactions?

8        A.    No.  I don't believe we did.  I mean,

9    it's been a couple of years so I doubt it.  We

10   don't really use US Mail.  I think we used FedEx

11   a couple of times to ship things, but that was

12   basically it.

13       Q.    And Mr. Holmes transferred you, to you

14   certain funds via wire or by, you know, crypto-

15   currency transaction?

16       A.    I'd have to look and see how he

17   transferred things over.  I don't know how he

18   transferred anything over.

19       Q.    Well, he didn't send you a check; did he?

20   You weren't dealing with checks; were you?

21       A.    I don't believe we used checks but we may

22   have.  It depends.  There are a lot of stuff that

23   we sourced together and --

64

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Hey, Chet, let me just ask you a couple

3    pointed questions.   Remember what I said at the

4    beginning that this is my deposition and I get to

5    ask you questions.

6        A.    Absolutely.

7        Q.    And I can ask you leading questions and

8    if you don't agree with me, you don't have to

9    agree with me.

10            But did Alex Holmes pay you money over

11   the internet for cryptocurrency mining equipment;

12   yes or no?

13       A.    I don't know how to answer that in a yes

14   or no fashion because it's not that simple.   It's

15   not like we did it just this way or just that way

16   or it was done through the internet.   I don't

17   know what that's entailing.   Honestly I think

18   everything uses the internet for transactions to

19   verify.   So, it's how it's done.

20       Q.    So the answer is you don't know, Chet?

21   Is that right?   You don't know?

22       A.    It's not how we did all of our

23   transactions.

**[CHET STOJANOVICH - By Mr. Harwick]**

Q.   Well, did he ever give you cash?

A.   We talked on the phone.  I know we e-mailed.

Q.   Did he ever give you cash?

A.   Bought stuff.  Sometimes I bought stuff.

Q.   Did he ever give you cash?

A.   I don't believe he did.  I don't know.

Q.   Do you know if he ever gave you a check?

A.   I don't know.  He may have.

Q.   Do you know if he ever gave you a money order?

A.   I don't think we ever used a money order.

Q.   Okay.  On May 7th, 2019, did Alex Holmes wire you $60,000?

A.   I'd have to check.  I can't --

Q.   What would you have to check?

A.   I'd have to check the bank records to verify that date.

Q.   Where were you receiving funds back then?

A.   On 20- when?

Q.   May 7th, 2019.

A.   I think that was at Chase.

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Right.    JP Morgan Chase account?

3        A.    Yeah.    JP Morgan Chase account.

4        Q.    Would that have been account number

5    351530560?

6        A.    I have to check.    I think that's -- that

7    seems right, but I have to double-check the

8    account number.

9        Q.    Would that have been in the name of Chet

10   Mining, LLC?

11       A.    It should be under Chet Mining, LLC.

12       Q.    All right.

13       A.    Or Chet Mining.

14       Q.    And back then did you have an address at

15   50 West Street, Suite 29A, New York, New York?

16       A.    I did.

17       Q.    And how much was rent there?

18       A.    I don't remember.

19       Q.    Was it more or less than 10,000 a month?

20       A.    It was less than 10,000, I believe.

21       Q.    Okay.

22       A.    There's utilities.

23       Q.    Did you ever use an address of

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    WWPV2025@Gmail.com?

3        A.    I may have.  I don't know.

4        Q.    What does WWPV stand for?

5        A.    It's just WWPV.  It's something I've used

6    for a long time.

7        Q.    What does it stand for?

8        A.    WWPV.

9        Q.    Okay.  On May 17th, 2019, did Alex Holmes

10   wire to you or your company $19,292.75?

11       A.    I'd have to look at the banking records

12   to verify the exact amount, but I assume that's

13   what he wired if you are looking at transaction

14   records.

15       Q.    On June 3rd, 2019, did Alex Holmes wire

16   you or your company $225,000?

17       A.    I would have to check to see the records.

18   I can't, again, do that without -- I'm assuming

19   if you are looking at the wire records that's

20   what it is, but I can't assume you're right.

21       Q.    You have no reason to dispute the

22   records, correct?

23       A.    I would have to look at the records to

68

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    verify any of this stuff so.  If I don't have the

3    records in front of me I can't say that it

4    happened.  You are talking about something that

5    happened several years ago.  There's no way I

6    could possibly know that.

7        Q.    So, the answer is I don't know; is that

8    right?

9        A.    Essentially.

10       Q.    Okay.  You can just say that.

11       A.    I can verify it, but I have to verify it

12   against the records.

13       Q.    Well, where would you get the records?

14       A.    I'd have to look at the electronic

15   statements that I shared with you and the ones

16   that I have.  So, whatever I have digitally.

17               MR. HARWICK:  Well, we'd request

18           again that you comply fully with the

19           subpoena that I will e-mail you again

20           today, Exhibit A, that does require you

21           to produce all banking account records

22           for the last six years for you personally

23           and for any of your companies.

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2

3        *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

4

5        Q.    Did Alex Holmes wire you an additional

6    $10,000 or your company on June 24th, 2019?

7        A.    I'd have to check the records.  I don't

8    know.

9        Q.    According to the allegations in the

10   complaint Alex Holmes wired you a total of

11   $314,293.75 in May and June of 2019.  Does that

12   sound about right?

13       A.    I don't know until I look at the records.

14       Q.    Where did that money go?

15       A.    I don't know until I look at the records.

16   I don't know what to say.  I don't know.

17       Q.    Did you ever send him any equipment in

18   exchange for that money?

19       A.    I sent him some equipment to Washington.

20   I know that.  And he had a location there that I

21   sent some equipment to.  The rest of the

22   equipment I think was in Canada.

23       Q.    So, did you fulfill your promise to

1    [CHET STOJANOVICH - By Mr. Harwick]

2    Mr. Holmes in exchange for the money that he

3    wired?

4        A.    I honestly -- there's no way to actually

5    say that yes or no, because his perspective and

6    my perspective are going to be totally different.

7        Q.    How so?

8        A.    How I feel about something is totally

9    different from what actually transpired when you

10   talk about feelings versus fact.  I can only

11   speak to fact and, you know, I tried to do as

12   right by him as I would anybody else.

13       Q.    Well, he essentially agreed to buy some

14   mining equipment from you.  Is that correct?

15       A.    Yeah.  He sourced me to buy, to get

16   mining equipment and try to find deals and stuff

17   like that through mutual friends.

18       Q.    And he sent you some money to do that,

19   right?

20       A.    I know that he did send me some money.

21       Q.    Okay.

22       A.    But I just don't know how much it was.

23       Q.    Okay.  And you were supposed to

1    [CHET STOJANOVICH - By Mr. Harwick]

2    essentially procure mining equipment for

3    Mr. Holmes in exchange for that money; is that

4    correct?

5         A.    That's, that's what the retail side was

6    for.  Yes.

7         Q.    Yes.  Okay.

8         A.    That's what I was supposed to do.

9         Q.    Did you fulfill those obligations or not?

10        A.    That's the same question you asked me

11   before.  My answer won't change on that.  It's a

12   matter of opinion on that.

13        Q.    I'm sorry?

14        A.    It's a matter of opinion on that.

15        Q.    Well, did you buy equipment and transfer

16   it to --

17        A.    Yes.

18        Q.    -- Mr. Holmes?

19        A.    I did.  I did actually send some

20   equipment out to him directly.  He asked me to

21   hold on to a lot of the equipment though.

22        Q.    Okay.  And you have records for that, to

23   support that?

1  [CHET STOJANOVICH - By Mr. Harwick]

2      A.    That I sent out equipment to him?

3      Q.    Yes.

4      A.    Yeah.

5      Q.    Where did you buy the equipment from?

6      A.    Various sources like I said before.

7      Q.    Okay.  Well, why don't you name them.

8      A.    There's a lot of different people that we

9  went through so it's kind of hard to go back.  I

10 have to go verify exactly who was where for which

11 transaction.

12             MR. HARWICK:  Well, we are going to

13         request that you supply any documentation

14         that you can --

15             THE WITNESS:  Any documentation I

16         can produce I will produce and I have

17         sent over.

18             MR. HARWICK:  Well, I want to put

19         something on the record again because

20         this is my deposition.

21             We are going to request that you

22         produce in response to the subpoena any

23         and all documents showing that you or

1   [CHET STOJANOVICH - By Mr. Harwick]

2            your companies actually purchased the

3            equipment that you had promised the

4            plaintiffs in this case instead of just

5            stealing their money and absconding with

6            it.

7

8        *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

9

10       Q.    Do you understand that's the allegation

11   in this case, that you basically took the money

12   from my clients and absconded with it and did not

13   provide them with the equipment that you had

14   promised?  Do you understand that's the

15   allegation at least?

16       A.    I understand that's what you are saying.

17       Q.    Yeah.  Do you disagree with that

18   allegation?

19       A.    I disagree with it fundamentally.

20       Q.    Why?

21       A.    Because I did get equipment for my

22   clients.

23       Q.    Okay.  And so explain that to me.  When

1  [CHET STOJANOVICH - By Mr. Harwick]

2  you got equipment for your clients how did that

3  work?  Would you send the equipment to them or

4  would it be hosted at a separate facility?

5     A.  It depends on the client.  Sometimes the

6  client asks us to hold on to it for hosting

7  purposes.  Sometimes they ask for us to get them

8  in touch with somebody, like to go ahead and

9  source it.  A lot of these machines are hard to

10  get ahold of so it depends on the circumstances.

11     Q.  Let's talk about Alex Holmes.  Was the

12  deal that you were going to send him the

13  equipment or were you going to host it for him or

14  have a third-party host it for him or a

15  combination of the three or something else?  Tell

16  me what the deal was with Mr. Holmes.

17     A.  I have to review his agreements, but I do

18  know that he asked me to send stuff out directly

19  to him through third-parties and otherwise,

20  through people that he set up as well and we

21  worked together on that so.

22     Q.  Hey, Chet, is it your position that you

23  fulfilled all your contractual obligations with

75

1    [CHET STOJANOVICH - By Mr. Harwick]

2    the plaintiffs in this case?

3        A.    I wouldn't say -- I wouldn't -- I mean, I

4    wouldn't go down that road of as far as that goes

5    and I wouldn't go ahead and say that that's my

6    position as you say it.  My position is

7    different.

8        Q.    What's your position?

9        A.    It's a difficult industry.  I did what I

10   was asked to do and not always has it been in my

11   ability to go ahead and see that through.  When

12   you are doing deals where you are working hand in

13   hand with somebody and they go ahead -- a lot of

14   times the stuff gets held up because of

15   manufacturing, sometimes the third-party --

16   there's a lot of things that can go wrong when

17   you are trying to purchase equipment.  And

18   sometimes it's manufacturing delays by the

19   manufacturer.  If it's third-party equipment

20   sometimes it can be burned out if you are doing

21   purchases or it can get damaged in shipping.

22   There's -- if you are buying it secondhand as

23   well or used equipment, which sometimes is the

1  **[CHET STOJANOVICH - By Mr. Harwick]**

2  only way to get equipment, they can end up being

3  defective.  I mean mass manufacturing to my

4  knowledge, to the best of my understanding, is 3

5  percent of all mass manufacturing, whether you

6  are buying iPhones or whatever is defective.  So,

7  there's a lot of things that can go wrong in that

8  process and because a lot of the stuff is

9  manufactured in China, a lot of people found

10  themselves in difficult positions as far as

11  getting them to pull warranties and the contracts

12  and a lot of that stuff --

13  Q.    Okay.  So you are telling me that you

14  took, for example, Alex's money and you may have

15  had some problems with your suppliers?  Is that

16  fair to say?

17  A.    No.  That's not what I'm saying right

18  now.  What I'm saying is exactly what I'm saying.

19  What I'm saying is that the industry is such that

20  where you run into certain suppliers that aren't

21  great sometimes.  Sometimes you run into an

22  effortless supplier that gives you a really fair

23  deal.  But you definitely run into, regardless of

1    [CHET STOJANOVICH - By Mr. Harwick]

2    who you are, you run into issues purchasing

3    equipment at some point in time, whether it's

4    delays in exports, some are over in Asia, so you

5    have stuff that can get tied up in customs and

6    there's regulatory bodies that are outside of

7    your control that you have to just go ahead and

8    wait with.  And that's the challenge with a lot

9    of this industry.  So, you try to, you know, you

10    try to do your best within the current

11    environment.

12        Q.    What did you use Alex Holmes' money for?

13        A.    To buy equipment, what he asked me to do.

14        Q.    Okay.  You used all of his money to

15    buy --

16        A.    Buy equipment, pay for hosting.

17        Q.    Hold on.  I got a question for you.  And

18    it's a yes or a no question.  You can answer it

19    either way.  I don't really care.

20            Did you use all of Alex Holmes' money to

21    either buy equipment or pay for hosting?

22        A.    I can't speak to that.  We had employees

23    as well.  We have operating costs.

78

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2        Q.    How much of that money was profit?

3        A.    I can't speak to that.  I don't --

4        Q.    Who were your employees in 2019?

5        A.    I'd have to pull up a list of the people

6    that we had on as independent contractors.

7        Q.    What would we call that list?

8        A.    I'd have to pull up a list of people that

9    were independent contractors and I'd have to go

10   through and see who was an independent contractor

11   for us.

12       Q.    Where is that list stored?  You've got to

13   speak up.

14       A.    I don't think anyone was fully in 2019.

15       Q.    Where is that list kept?  Is that on the

16   cloud, is that on a hard drive, is it somewhere

17   else?

18       A.    I have to check my hard drive.  I have

19   most of my stuff on an external hard drive right

20   now.

21       Q.    Where's your external hard drive?

22       A.    I honestly don't know.  It may be down in

23   the car.

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    It may be down where?

3        A.    It may be down in my car.  In my backpack

4    in the car.  I don't know where it is right now.

5        Q.    What kind of car do you have?

6        A.    I have a rental car right now.  I think

7    it's like a Kia or something.

8        Q.    So you think your hard drive is in your

9    backpack in your car?

10       A.    Yeah.

11       Q.    Okay.  Why don't we take a short break

12   and you can go get it.  Okay?

13       A.    All right.

14       Q.    So why don't we take a fifteen -- how

15   long will it take you to get down?  What floor

16   are you on, by the way?

17       A.    I'm on the 20th floor.

18       Q.    Is there a doorman or someone in the

19   building?

20       A.    There's a doorman in the building, yeah.

21   I mean, they don't really do anything besides

22   hand you packages but.

23       Q.    Yeah.  Why don't you go down and get your

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    hard drive and then come back on and we'll stay

3    on the record.  Okay?

4        A.    Okay.  That may take me some time to find

5    my hard drive quick.

6        Q.    Okay.  It might be in your car you think?

7        A.    I think it's in my car.  I don't know.  I

8    mean, I have to go find it.

9        Q.    You know we subpoenaed your hard drive

10   for today, correct?

11       A.    My hard drive?

12       Q.    Yeah.

13       A.    I had no idea that you subpoenaed my hard

14   drive today.

15       Q.    Yup.  So, why don't you run down and get

16   it and come back when you are --

17       A.    You have a subpoena for the hard drive?

18       Q.    Yeah.

19       A.    Can you e-mail it over to me, please?

20       Q.    Yup.  We served you with a subpoena.

21   That's why you are here today.  We had a process

22   server serve you and then I separately e-mailed

23   you.

81

1   [CHET STOJANOVICH - By Mr. Harwick]

2           So, go down and get your hard drive and

3   come on back up.  Okay?

4       A.   Okay.  Yeah.  Just if you could forward

5   that over to me I'd appreciate it.

6       Q.   You already have it, Chet.  I'm not going

7   to send it again.

8           Go down and get your hard drive and come

9   on back up.  Okay?  We'll wait.  Why don't we

10  reconvene at 3:20.  Okay?

11      A.   What time is it now?

12      Q.   3:00.

13      A.   All right.  It might take me a little

14  time to find my hard drive, but I'll try to find

15  it real quick.

16      Q.   We'll be standing by.  Okay?

17      A.   I'll be here at 3:20 though.

18      Q.   All right.  Good.

19              (Recess taken at 3:00; proceedings

20          resumed at 3:25 p.m.)

21              MR. HARWICK:  Back on the record.

22      Q.   So, you went down to your car?

23      A.   Yeah.  I went down to the rental.  I

82

1    **[CHET STOJANOVICH - By Mr. Harwick]**

don't know if I have the drive or not but.

3    Q.    Did you find the hard drive?

4    A.    I don't know if I have it or not.  I just

5    grabbed my bag.

6    Q.    Why don't you open your bag and let us

7    know.

8          Are you looking in your bag?

9    A.    Yeah.

10   Q.    All right.  Do you see your hard drive?

11   A.    I'm looking for it.

12   Q.    Well, in any event, you have a hard drive

13   with some information on there, correct?

14   A.    It's a hard drive.  I keep my backup

15   documents on.

16   Q.    Okay.  And there's some information about

17   some of the contractors that you use, some of

18   your vendors and possibly some information about

19   the transactions that you had with the plaintiffs

20   in this case.  Is that fair to say?

21   A.    No.

22   Q.    I'm sorry.  Did you say yes?

23   A.    No.

83

1    [CHET STOJANOVICH - By Mr. Harwick]

2    Q.    I'm sorry.  What did you say?

3    A.    No.

4    Q.    Okay.

5    A.    If you add all those things together, no.

6    But if you simply put that there's my backup

7    documents on there, yeah.  That's where I keep my

8    backup documents.  I can't tell you what's on

9    there until I get into the drive.

10    Q.    Well, we are going to request that you

11    make a copy of the hard drive and we're also

12    going to reserve the right to --

13    A.    Okay.  I can send you over a copy of

14    that.  That's not the issue, but I have to find

15    it first.

16            MR. HARWICK:  Okay.  So, for the

17            record, you are agreeing to provide us

18            with a full, complete and accurate copy

19            of the information on your hard drive

20            that you are going to locate.  Is that

21            correct?

22            THE WITNESS:  If I can locate it,

23            yeah.

84

1    [CHET STOJANOVICH - By Mr. Harwick]

2

3        *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

4

5        Q.    So, going back to Alex Holmes.  Was part

6    of your deal with Alex that you were going to

7    host some of these crypto miners for him and send

8    him the profits from hosting the miners, is that,

9    was that part of the deal?

10       A.    Hosting is something that we do

11   complimentary sometimes with sales.  It depends

12   on what the deal is, but we don't handle the

13   profits directly.

14       Q.    Was part of the scheme that you were

15   engaged in telling your customers that they were

16   making money on these Bitcoin mining machines --

17       A.    No.

18       Q.    -- when, in fact, they weren't and you

19   were just trying to get more money out of them

20   for your own --

21       A.    No.

22       Q.    No?

23       A.    No, to that sentence after the first

**[CHET STOJANOVICH - By Mr. Harwick]**

word.

Q.    Did you steal their money?

A.    No.  I didn't take anyone's money from them.  I didn't force them to send me money when they were purchasing stuff.

Q.    Did you use any of the money that Alex Holmes sent to you for your own personal use?

A.    I can't really speak to that because I don't know what that would have entailed.  The --

Q.    All right.  Is it true that in addition to the $314,000 that Alex Holmes wired to you in May and June of 2019 that he wired an additional $182,798.96 to you after you had represented to him that his miners that you allegedly purchased for him were making a profit?

A.    I don't know how to answer that question. You asked me four different questions in the same sentence.

Q.    All right.  Well, let's break it down.

After you entered into a transaction with Alex Holmes to provide him with miners or source them as you would say did he wire you additional

86

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    funds in July of 2019 based on the --

3        A.    I'm unclear still.  Sourcing is different

4    from providing, as you would say, and sources is

5    when you work together to buy something or you

6    find something independently and it can be used

7    both in context with -- the context is incorrect.

8        Q.    So, let me use your term source.  Okay?

9    We'll use your term source.

10       A.    Buy the equipment -- whether you do it

11   together or you do it apart it's when you find

12   the equipment, you source the equipment, and then

13   you do a transaction and decide whether to keep

14   that equipment or not depending on what the price

15   range was.

16       Q.    So, what was your deal with Alex Holmes,

17   did you source it or find it or sell it to him?

18       A.    That's what I was saying.  With Alex I

19   have to review each one of the transactions to

20   say for sure.

21       Q.    Well, what documents would you have to

22   review and where are those documents?

23       A.    Well, I would have to see, I would have

1  [CHET STOJANOVICH - By Mr. Harwick]

2  to look through the bank transactions first to

3  verify that those amounts are correct and those

4  are the ones that I provided to you already.  And

5  I can't speak without seeing those bank documents

6  like I said before.  I can't say, ascertain

7  that -- I can't say that for sure because I don't

8  know the exact dollar figures.  It was three

9  years ago.  If I go through the bank

10 statements --

11     Q.   Chet, I'm going to stop you again.  This

12 is my deposition and I get to ask you questions

13 and you are rambling a little bit.

14          I want to know do you recall what the

15 agreement you had was with Alex Holmes.  Was it

16 to sell him miners, was it to be in a partnership

17 where you would both purchase miners, was it to

18 broker the sale of miners, what was -- or you

19 don't know or you don't remember?  But what do

20 you remember the agreement was that you and your

21 company had with Alex Holmes?

22     A.   Well, the agreement wasn't written in a

23 contract that we had together.  So, it wasn't set

88

1    [CHET STOJANOVICH - By Mr. Harwick]

2    one way or another.

3        Q.    Tell me your understanding of the

4    agreement that you and your company had with Alex

5    Holmes.

6        A.    It depended on each one of the

7    circumstances.  We didn't have a written contract

8    in place for how we conducted each one of our

9    deals or each one of our transactions.  So, it's

10   not like we had a set in stone way of doing

11   things.  It was basically, primarily at his

12   leisure how he want to do it, come to me to do

13   something.

14       Q.    Did you ever send any money back to Alex

15   Holmes after he wired you --

16       A.    What was that?

17       Q.    Did you ever send any money or Bitcoin

18   back to Alex Holmes after he had wired you close

19   to half a million dollars?

20       A.    I'm sure that I've sent him Bitcoins in

21   the past.

22       Q.    By the way, Chet, have you been contacted

23   by the FBI yet?

89

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    No.   Never.

3        Q.    Have you talked to an agent name Blair

4    Deal, who's investigating you?

5        A.    Never heard of him.

6        Q.    Do you know if you are under criminal

7    investigation?

8        A.    No.   I have no -- just hearsay.

9        Q.    What hearsay have you heard?

10       A.    Just what you've told me.

11       Q.    Oh, okay.   And you haven't been contacted

12   by any type of law enforcement yet regarding

13   these transactions?

14       A.    Never.

15       Q.    Okay.   All right.   You know the

16   allegations in this case is essentially that you

17   stole money from the plaintiffs using the rouse

18   of selling them Bitcoin mining equipment as a

19   scam.   Do you understand that's the allegation in

20   this case?

21       A.    I didn't understand that as that's what

22   it was.   What I understood was this was a dispute

23   on purchases.

90

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    Q.    Dispute on purchases that your company

3    agreed to sell the plaintiffs, correct?

4    A.    No.  Just a dispute on purchases in

5    general but that's what the setup was supposed to

6    be so.

7    Q.    It's my understanding from the review of

8    the documents and transactions in this case that

9    essentially your company and you agreed to sell

10   some equipment to the plaintiffs, they paid you

11   the money, and they never got anything in return.

12   Do you dispute that?

13   A.    I -- I don't know how else to say this,

14   but you are saying a bunch of different things at

15   once and I can't answer one without the other

16   because they are all leading into something else.

17   Q.    I'm allowed to ask you leading questions.

18   You don't have to agree with me.  But I'm telling

19   you that the allegations in this case against you

20   are that you engaged in quasi criminal conduct by

21   taking the plaintiffs' money and not giving them

22   anything in return.  Do you dispute that?

23   A.    I would say that's inaccurate.

1    [CHET STOJANOVICH - By Mr. Harwick]

2       Q.    Okay.

3       A.    I would say it's inaccurate.  I wouldn't

4    say that they -- to say that they got nothing in

5    return would be obviously wrong.

6       Q.    What did Alex Holmes get in return for

7    his nearly half a million dollars that he sent to

8    you via wire and --

9       A.    It depends on -- I'd have to go through

10   the transactions like I said before.  I have to

11   go through each one of the transactions to tell

12   you what that is.

13      Q.    And so what would you have to look at,

14   the bank account statements?  Have you done that

15   before today?

16            Have you done that before today, Chet?

17   You knew you were giving a deposition today.

18   Right?

19      A.    Yes.  I didn't hear what you said before

20   that.

21      Q.    Oh, I'm sorry.  How long would it take

22   you to go through those records and give us, you

23   know, your impression of what happened on each

92

1    [CHET STOJANOVICH - By Mr. Harwick]

one of these transactions?

3    A.   I would have to go through each one,

4    probably talk to Alex a little bit, too, just to

5    confirm each one of the transactions and go from

6    there, because Alex and I worked hand-in-hand on

7    this so it was.

8    Q.   Well, we talked about Alex.  And

9    understand the other plaintiffs in this case have

10   similar allegations against you and have signed

11   sworn statements in federal court attesting to

12   the fraud that you perpetrated against them.

13        Have you seen those affidavits?

14   A.   I haven't.

15   Q.   Okay.  Do you think all the plaintiffs

16   are lying?

17   A.   I wouldn't call the plaintiffs liars no

18   more than I would call Alex or you a liar.  I

19   think it's rude to do.  But, you know, the bottom

20   line is, is that I can't really -- I can't really

21   get into that without, you know, stepping on

22   someone's toes or going into a direct

23   confrontation standpoint about it but to say my

93

1    [CHET STOJANOVICH - By Mr. Harwick]

2    intent was never to disrespect my clients and I'm

3    not going to do that now, but at the same time,

4    you know, there was a lot that I had done and

5    there's a lot of material that I had presented

6    forward, which Alex is aware of and some of your

7    other clients are aware of, too, where they are

8    able to see some of the stuff themselves so.

9        Q.    But if you wanted to, you could go

10   through your own banking records and your own

11   personal records, by the way, which I've

12   subpoenaed and haven't been produced, and you

13   could show to me what my clients got in exchange

14   for sending you wire funds and Bitcoin?  Is that

15   fair to say?  Can you support your position with

16   records do you think?

17       A.    What position are you referring to?

18       Q.    Your position that you didn't defraud my

19   clients.

20       A.    Of course that's my position, but the

21   bottom line is what someone will see or what will

22   see in a court is totally different from what I

23   can go ahead and materially put together.  It's

1    [CHET STOJANOVICH - By Mr. Harwick]

2    been three years since that date.  So, it's a bit

3    difficult to pull certain records, especially --

4        Q.    What I'm going to do is I'm going to

5    adjourn this deposition one more time and give

6    you an opportunity to collect any and all records

7    that you can send to me in advance of the next

8    deposition where you can show evidence that you

9    did not defraud my client by committing a

10   criminal act involving the use of the internet,

11   telephone, texting.  And I also want you to

12   produce a complete copy of your hard drive by the

13   next deposition.  And I want to, before we

14   adjourn for today's deposition, I want to go back

15   and have you log in to your Google account and

16   share access to your cloud with your reset

17   password and let me know what the reset password

18   is.  And you can stand by for the two-factor

19   authentication, if needed.  Okay?

20

21       *COUNSEL REQUESTS INFORMATION TO BE SUPPLIED*

22

23       Q.    So, why don't we --

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    A.    I haven't been able to reset or get back

3    in yet.  So, I can go ahead and try to contact

4    Google and get through that, but I have to --

5    Q.    Chet, you understand you are under oath,

6    right?

7    A.    I know, but I have to go through the

8    troubleshooting steps, when you are locked out of

9    the account it's hugely on you.  So, that's my

10   mistake.

11   Q.    I just want to make a record here, Chet.

12   Okay.  This is a federal court deposition.  You

13   are under oath.  Okay?

14   A.    Yes.

15   Q.    And you are under the penalties of

16   perjury, okay?

17   A.    Yes.

18   Q.    Which are criminal sanctions, civil

19   sanctions, we can bring you in front of the

20   federal court judge or the state court judge.  Is

21   it your testimony under oath today that you are

22   not able to reset your Google password to log in?

23   A.    No.  I just haven't got through yet.  I

96

1    [CHET STOJANOVICH - By Mr. Harwick]

2    know I can reset my password.  It's going to take

3    some time to do.

4        Q.    Okay.  We'll take a break and we'll come

5    back in 20 minutes and see if you can do that in

6    20 minutes.  I'll ask you to --

7        A.    That's what I'm saying.  It takes a

8    little bit of time.  We've been going over a

9    couple of other things.  I had to go downstairs.

10   I wasn't in front of my computer.  It's not, not

11   willing to complying with the information that

12   you need.  It's --

13       Q.    That's fine.  Go ahead.  We'll take

14   another break and we will try this one more time

15   before we, you know, have to contact the court.

16   Okay?

17       A.    Okay.

18                (Recess taken at 3:45 p.m.;

19            proceedings resumed at 4:00 p.m.)

20       Q.    Chet, we are back on the record and you

21   are going to try to get us in to your Google

22   cloud account.  While you are doing that, what's

23   Light Asset Management, LLC?

97

1    [CHET STOJANOVICH - By Mr. Harwick]

2        A.    It was a company that we opened a while

3    back and did a closing shortly thereafter.    It

4    was just an old company we ended up closing out.

5        Q.    Do you have any dealings with Mr. Paul

6    Wu, W-u?

7        A.    Not with Light Asset Management.

8        Q.    With anything else?

9        A.    No.    We are friends, but right now we are

10   not doing anything else.

11       Q.    What's his address?

12       A.    I don't have his address.    I'm sorry.

13   I'd have to go ahead and give him a call and ask

14   him what it is.

15       Q.    Okay.    What's his phone number?    I'll

16   call.

17       A.    Can we do this first, the password and

18   everything else?

19       Q.    Go ahead.

20       A.    Yeah.    It's a lot for me to juggle.

21       Q.    Hey, Chet, do you own any miners?

22       A.    I had a few, but they are kind of busted

23   out right now.

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2         Give me just a moment.  Okay?  There we

3    go.  All right.

4         Q.   Chet, how are we doing?

5         A.   All right so far, but I'm trying to --

6    security issue.  I should be able to work around

7    it.

8         Q.   Well, while you are working on that I

9    don't want to keep the court reporter waiting her

10   all day.

11        A.   I understand that.

12        Q.   Have you moved machines to Data Center

13   Hawk?

14        A.   I have no idea what that means.

15        Q.   Have you ever heard of Data Center Hawk?

16        A.   I don't know what Data Center Hawk is.

17        Q.   Had you ever moved machines to the State

18   of Virginia?

19        A.   I've tried to.

20        Q.   Okay.

21        A.   Didn't go over very well.  I told you

22   that at the beginning of the call.

23        Q.   What town in Virginia did you try to move

99

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    machines to?

3        A.    I think it was Manassas, I believe.

4        Q.    All right.  And do you remember the name

5    of the facility down in Manassas that you tried

6    to move machines to?

7        A.    I don't.

8        Q.    When did that happen?

9        A.    This was last year at the start of the

10   year.

11       Q.    2020?

12       A.    Yeah.

13       Q.    And whose machines were you moving?

14       A.    I was trying to get client machines up

15   and running.

16       Q.    Do you have other clients?  Who are your

17   other clients?

18       A.    Like Alexes and stuff like that, that's

19   what I was referring to.

20       Q.    Oh, okay.

21       A.    Yeah.

22       Q.    And did you ever enter into any type of

23   hosting agreement or leases with the facility in

100

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    Manassas, Virginia?

3    A.    We didn't get to that point.  There was

4    an issue with them.  They were just very

5    difficult to deal with.  We basically tried to

6    move in and it didn't work the way it was

7    supposed to.

8    Q.    Do you own any interest in mining hosting

9    facilities or do you have any leases at mining

10   hosting facilities or hosting agreements?

11   A.    I don't have any interest in real estate

12   like I told you before.

13   Q.    Well, not real estate, but just the

14   facility itself, or any interest in mining

15   hosting operations or leases for hosting or --

16   A.    I don't have any leases.  I don't have

17   any leases to speak of.

18   Q.    Are you a party to any hosting

19   agreements?

20   A.    Just the ones that are outstanding that

21   haven't been executed.

22   Q.    What ones are outstanding?

23   A.    The stuff with Great North Data.

101

1    [CHET STOJANOVICH - By Mr. Harwick]

2        Q.    Where's that?

3        A.    That was Canada.  We talked about that

4    earlier in the conversation.

5        Q.    Who's Shamim Ahmed?  S-h-a-m-i-m A-h-m-e-d?

6        A.    He's a -- somebody that wanted to do

7    business and in the crypto-verse and just kind of

8    didn't really pan out.

9        Q.    Was he your lawyer at any point in time?

10       A.    I wouldn't say he was my lawyer.  He is a

11   lawyer but.

12       Q.    All right.  I'm going to give you notice

13   that I'm going to subpoena Paul Wu and Shamim

14   Ahmed as well for a collection deposition.

15            Can you give me Paul Wu's number from

16   your --

17       A.    I have a password for you I think.

18       Q.    Oh, great.  Go ahead.

19       A.    It's HappyDog with the H and D

20   capitalized.

21       Q.    Is that it?

22       A.    01.  Or HappyDog1!  I think is what it

23   ended up having to be when I reset it.  01.

102

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    Sorry.  01!  So, H and D capitalized 01!.

3         Q.    And we are using WWPV2013 Gmail account?

4         A.    Yeah.  I'll have to reconnect it to the

5    Drive now.

6         Q.    So, I just sent you a verification code.

7         A.    I'm not in yet.  So you'll have to give

8    me a minute.

9         Q.    Is your cell phone on, Chet?

10        A.    No.

11        Q.    You can turn it on for me.  You've got to

12   turn your phone on so they can send.

13        A.    Doing that right now.  Sorry.  I've got a

14   security alert again.

15        Q.    You'll have to log out so I can log in I

16   think, you know.

17        A.    I was logging in when you --

18        Q.    Are you logged out, Chet?

19        A.    I'm trying to right now.  You'll have to

20   attempt to log in again.

21        Q.    No.  I don't want you to log in.  I want

22   to log in for you.

23        A.    That's what I'm saying.

103

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    Q.    Me?  You want me to try to log in?

3    A.    Yeah.  Try.  If you can.

4    Q.    Okay.

5    A.    I have a bad internet connection.  Let's

6    see if we can get you logged into the Google

7    Drive.

8    Q.    Is your phone on?

9    A.    My phone is booting up right now.  So, go

10   ahead and try to log in.

11   Q.    I got to call your phone to send you the

12   security code.

13   A.    What's the security code?

14   Q.    It's going to be sent to your phone once

15   you boot your phone up.

16   A.    Go ahead and log in.  I don't think

17   that's how it's set up.

18   Q.    All right.  Turn your ringer on so we can

19   hear it.

20   A.    I didn't get anything on my end.  Let me

21   just pull it up on my computer.

22   Q.    It's got to -- it wants to text you.

23   A.    I still get my text messages here.  All

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    right.  G127 --

3        Q.    Hold on.  T as in Tom?

4        A.    T127925.

5        Q.    Hold on for a second, Chet.  T as in Tom

6    or P as in Peter?

7        A.    T as in Tom.  No.  G.  It starts with a

8    G.  Every one starts with a G.  The numeric

9    afterwards is 127925.

10       Q.    Right.  So, mine has a G in front of it

11   and then it says 127925?

12       A.    Yeah.

13       Q.    127925?

14       A.    Yeah.

15       Q.    Just so you know your recovery e-mail is

16   Chet@ChetMiningCo.com and the recovery phone

17   number is 310-824-3903.

18       A.    Yeah.  Which I have to go now and re-pair

19   it with the Drive.  So, are you logged into the

20   Drive?

21       Q.    Yeah.

22       A.    All right.  So, I have to re-pair it with

23   the Drive for the files to go ahead and connect.

105

1   **[CHET STOJANOVICH - By Mr. Harwick]**

2   So, I have to reset the whole -- let's see.

3       Q.    Where's your Mastercard that ends in

4   88 -- 1881, by the way?

5       A.    That's a Capital One account.

6       Q.    That's the Capital One.  For the record,

7   I'm in your Google Drive account with that log in

8   password and I don't see anything.

9       A.    Yeah.  The Google Drive has been

10  disconnected from its terminal, is what it says

11  here.  So, I need to get it reconnected to the

12  terminal.  I tried to log in earlier and it said

13  that it disconnected.

14      Q.    If you had to get $100,000 if your life

15  depended on it, how would you get that money?

16      A.    What do you mean?

17      Q.    Where's your assets?  Where's your money?

18      A.    If my life depended on it?

19      Q.    Yeah.  Where's your money?

20      A.    The bank.

21      Q.    Okay.  Your bank account the last I saw

22  had a couple thousand dollars in it.  Where's the

23  rest of your money?

106

**[CHET STOJANOVICH - By Mr. Harwick]**

A.    It's -- the rest of my money is, it

depends.  It depends on what's coming in.  I

mean, it hasn't been like a real great quarter,

if that's what you are asking.

Q.    Well, who brings you money on a regular

basis.  Do you have any outstanding debts that

are owed to you or your companies?

A.    We've already been over that.  No.  We

don't.  The only thing we have that's outstanding

is from -- what is it -- Great North Data and

that's what we are trying to work out right now.

Q.    And so is it your testimony, Chet, that

you only have a few thousand dollars in liquid

assets, including cryptocurrency, is that your

testimony today under oath?

A.    No.  That's not what I'm saying.  It's

not that simple.  I, as I said before, it depends

on, it depends on if you are asking two questions

or you are asking a leading question it's going

to be complicated for me to answer that

effectively.

Q.    Here's a non-leading question.  Okay?  I

107

**[CHET STOJANOVICH - By Mr. Harwick]**

1    want you to describe for me under oath the

2    location and amount of your assets.

3        A.    Simply put that's what I keep in my bank

4    account.  When things -- when I get revenue in or

5    money from any company I put it in any back

6    account.  My bank account rises and falls based

7    on what bills are.  It's no different than anyone

8    else's banking.

9        Q.    What's your net worth?

10        A.    I don't know.

11        Q.    Is it less than 100,000 or more than

12    100,000?

13        A.    I don't know.  I really don't know.

14        Q.    How do you not know your net worth?

15        A.    I don't think of things like that.

16        Q.    What bank account did you use before you

17    opened the Capital One account a few months ago?

18        A.    I was using TD Ameritrade and I closed

19    that account out.  But TD Ameritrade I haven't

20    been able to get my statements from them.  I

21    requested them, but I can't get my statements.

22        Q.    Did you ever have an account at Charles

108

1    [CHET STOJANOVICH - By Mr. Harwick]

2    Schwab?

3        A.    Yeah.  I was at Charles Schwab before

4    that.  Charles Schwab is the bank I was at

5    before.

6        Q.    How much money did you have in your TD

7    Ameritrade?

8        A.    It's the same bank now so.

9        Q.    Okay.  How much did you have in --

10       A.    And Charles Schwab.

11       Q.    How much did you have in that account

12   when you closed it out?

13       A.    I don't know.  I have to look.

14       Q.    What would you have to look at?

15       A.    I'd have to look at what my closing

16   balance was.  I don't know what my balance was.

17       Q.    We've also subpoenaed your brokerage

18   account statements.  You have access to those

19   online, correct?

20       A.    No.  That's not correct.  I don't have an

21   online log in over at Charles Schwab.

22       Q.    All right.  Well, we're going to ask that

23   you produce the TD Ameritrade, Charles Schwab

109

1    [CHET STOJANOVICH - By Mr. Harwick]

2    brokerage account records, produce the data on

3    the hard drive, produce the data on your Google

4    cloud account.  We are reserving the right to

5    send a forensic computer engineer down to take a

6    look at the hard drive if need be and your phone

7    and your laptop.  So, I'm asking you to preserve

8    those documents electronically, that equipment.

9    You are under subpoena still.

10            We are going to adjourn this deposition

11   until a later date.  And I'm going to ask you to

12   prepare for the next deposition by going through

13   the documents that you've referenced today where

14   you can better explain --

15        A.    I'm going to have to get these documents,

16   retrieve from the bank.

17        Q.    Hold on.  I was still talking.

18        A.    Okay.

19        Q.    To better explain as you indicate you can

20   the transactions with the various plaintiffs in

21   this case.  And as I told you I've given you

22   notice that we are going to be subpoenaing your

23   family members, too.  So you may want to give

110

1    **[CHET STOJANOVICH - By Mr. Harwick]**

2    them a heads up as to a process server coming to

3    their door with papers.  Same thing with your

4    former business associates.  We are going to be

5    subpoenaing them.  I will provide you with

6    courtesy copies of those subpoenas and you might

7    want to talk to your family members or business

8    associates about accepting service so I don't

9    have to send a process server or the local

10   constable or sheriff to serve them.  Okay?

11       A.    All right.

12       Q.    But I'll do the subpoenas.  I'll

13   follow-up with a letter indicating you are still

14   under subpoena.  We're going to pick a new date,

15   30 days out.  I'll give you a little more time to

16   compile the information to comply with the

17   subpoena, because it's our position you haven't

18   fully complied with the subpoena that has been

19   served on you.  And I will mail you another copy

20   of that and I will e-mail you another copy of

21   that, but I do believe you have it, Chet.

22       A.    Can you send it over?  Because it wasn't

23   enough time for any counselor to go through

111

1    [CHET STOJANOVICH - By Mr. Harwick]

2    everything to get up to speed.  So, that was one

3    of the difficulties we ran into.  Any of the

4    counsel that I tried to engage didn't have enough

5    time to review the documentation to get up to

6    speed.  So, if you can send that over that would

7    be really helpful so I can go ahead and have a

8    counselor review it properly and we can acquire

9    whatever documentation you say is missing.

10       Q.    Certainly if you want to hire an

11   attorney, I told you all along you have the right

12   to do that.  And, again, if you want to --

13       A.    Well, that's why there was no attorney

14   today is because they didn't have enough time

15   to --

16       Q.    Well, that's not true at all.  At the

17   last deposition I adjourned it because you didn't

18   have an attorney and you haven't had an attorney

19   because the last attorney you had quit twice

20   because of nonpayment.  So, I take issue with

21   that.  The last deposition we had we adjourned it

22   to give you one final --

23       A.    That's not -- that's what they told me.

112

**[CHET STOJANOVICH - By Mr. Harwick]**

1    I'm not just saying that.  They are saying

3    that --

4        Q.    If you want the opportunity to have an

5    attorney present, certainly you are entitled to

6    do that.  You know, you do have the right to take

7    the Fifth Amendment at any of these depositions

8    because there are criminal charges I think being

9    investigated and quite --

10       A.    I haven't seen that yet, so I really

11   would like to have that really cleared up.

12       Q.    Yeah.  Yeah.  I can give you the agent's

13   number and contact information, if you want that,

14   and you can clear it up with him.  I'm sure he'd

15   be happy to take a statement from you.

16       A.    Yeah.

17       Q.    So, right now we are going to adjourn

18   this to -- sounds like you are not that busy

19   these days, huh?

20       A.    No.  I'm trying to stay busy but it's

21   difficult, you know.  Last year was a difficult

22   year and it's really kind of this year quite the

23   same.  My health has really been --

113

1    [CHET STOJANOVICH - By Mr. Harwick]

2              MR. HARWICK:  We're going to

3         adjourn this to Wednesday, July 28th, at

4         10 a.m.  I'm going to ask you to try to

5         get your camera working by then or do it

6         by phone.

7              Sue, can you send out a Zoom link

8         to everybody for that date, please, and

9         copy Deanna?

10             And we'll diary that for your

11        continued deposition.  You are still

12        under subpoena.  And I don't have

13        anything further for you today but,

14        again, this deposition is not closed and

15        we are going to continue on and get to

16        the bottom of this.  Okay?  So, with that

17        thank you, I'm logging off.  Thanks, Sue.

18             (Whereupon, the testimony of CHET

19        STOJANOVICH adjourned at 4:26 p.m.)

20

21

22

23

114

1

2

3      STATE OF NEW YORK

4      COUNTY OF _____

5

6

7          I have read the foregoing record of my

8   testimony taken at the time and place noted in the

9   heading hereof, and I do hereby acknowledge it to

10  be a true and correct transcript of same.

11

12

13

14      _____

15              CHET STOJANOVICH

16

17

18      Sworn to before me this

19      _____ day of _____, 20__.

20  _____

21  NOTARY PUBLIC

22

23

115

1

2          DEPOSITION TRANSCRIPT ERRATA SHEET
           ERRATA SHEET FOR TRANSCRIPT OF:
3          CHET STOJANOVICH - June 23, 2021

4    PAGE/LINE                   CORRECTION

5

6    ___  ___   _____

7    ___  ___   _____

8    ___  ___   _____

9    ___  ___   _____

10   ___  ___   _____

11   ___  ___   _____

12   ___  ___   _____

13   ___  ___   _____

14   ___  ___   _____

15   ___  ___   _____

16   ___  ___   _____

17   ___  ___   _____

18   ___  ___   _____

19   ___  ___   _____

20   ___  ___   _____

21   ___  ___   _____

22   ___  ___   _____

23   ___  ___   _____

116

1

2                    C E R T I F I C A T I O N

3

4          I, SUSAN FLORIO, Registered Professional

5    Reporter and Notary Public in and for the State of

6    New York, do hereby certify that the foregoing is a

7    true, complete and accurate transcript to the best

8    of my knowledge, skill and ability on the date and

9    place hereinbefore set forth.

10          I FURTHER CERTIFY that I am not related

11    to or employed by any of the parties to the action

12    in which the proceedings were taken, or any

13    attorney or counsel employed in this action, nor am

14    I financially interested in the case.

15          IN WITNESS WHEREOF, I have hereunto set

16    my hand this 13th day of July, 2021.

17

18

19          _____

20                    SUSAN FLORIO, RPR

21               (The foregoing certification of
               this transcript does not apply to any
22             reproduction of the same by any means
               unless under the direct control and/or
23             supervision of the certifying reporter.)

117

1

2  INDEX TO EXAMINATION:                        PAGE
   ----------------------------------------------------
3
   BY MR. HARWICK:                                 3
4

5

6

7

8  INDEX TO EXHIBITS:                           PAGE
   ----------------------------------------------------
9
   (None)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

118

1

2    INDEX TO COUNSEL REQUESTS:                           PAGE
     ----------------------------------------------------
3

     Account information, account statements for    12
4    the Robinhood account

5    Request a copy of your will                      32

6    Run your credit report and send it to me         34

7    Produce all banking account records for the     69
     last six years for you personally and for
8    any of your companies

9    Request that you produce in response to the     73
     subpoena any and all documents showing that
10   you or your companies actually purchased the
     equipment that you had promised the plaintiffs
11   in this case instead of just stealing their
     money and absconding with it
12
     Full, complete and accurate copy of the         83
13   information on your hard drive that you
     are going to locate
14
     Collect any and all records that you can send 94
15   to me in advance of the next deposition where
     you can show evidence that you did not defraud
16   my clients by committing a criminal act involving
     the use of the internet, telephone, texting.
17
     Produce a complete copy of your hard drive by 94
18   the next deposition

19   Before we adjourn for today's deposition, I     94
     want to go back and have you log in to your
20   Google account and share access to your cloud
     with your reset password and let me know what
21   the reset password is.  And you can stand by
     for the two-factor authentication, if needed
22

23

## $

**$10,000** [1] - 69:6
**$100,000** [1] - 105:14
**$182,798.96** [1] - 85:14
**$19,292.75** [1] - 67:10
**$225,000** [1] - 67:16
**$314,000** [1] - 85:12
**$314,293.75** [1] - 69:11
**$60,000** [1] - 65:15
**$7,000** [1] - 6:17
**$8,106** [1] - 28:10

## 0

**01** [3] - 101:22, 101:23, 102:2
**01l** [1] - 102:2

## 1

**10** [1] - 113:4
**10,000** [3] - 27:11, 66:19, 66:20
**100** [1] - 16:19
**100,000** [2] - 107:12, 107:13
**10007** [1] - 6:9
**105** [1] - 6:8
**11** [1] - 17:19
**117-118** [1] - 2:23
**12** [1] - 118:3
**12305** [1] - 2:5
**127925** [3] - 104:9, 104:11, 104:13
**13th** [1] - 116:16
**15th** [1] - 49:16
**1602** [1] - 13:22
**1606** [1] - 7:17
**17th** [1] - 67:9
**1881** [1] - 105:4
**1:00** [1] - 1:21
**1:20-CV-01880** [1] - 1:12
**1:20-CV-04448-UA** [1] - 1:6
**1:52** [1] - 49:22

## 2

**20** [5] - 16:18, 21:9, 65:21, 96:5, 96:6
**20-CV-04448** [1] - 58:15
**20-minute** [1] - 50:6

**200** [1] - 2:5
**2000** [1] - 25:19
**2003** [1] - 24:23
**2013@Gmail** [1] - 58:4
**2019** [15] - 21:5, 42:9, 46:8, 47:8, 50:21, 65:14, 65:22, 67:9, 67:15, 69:6, 69:11, 78:4, 78:14, 85:13, 86:2
**2020** [4] - 42:9, 49:10, 59:8, 99:11
**2021** [3] - 1:20, 115:3, 116:16
**20__** [1] - 114:19
**20th** [1] - 79:17
**23** [2] - 1:20, 115:3
**24th** [1] - 69:6
**28th** [1] - 113:3
**29A** [1] - 66:15
**2:13** [1] - 50:14
**2:15** [1] - 49:23

## 3

**3** [2] - 76:4, 117:3
**30** [1] - 110:15
**300** [1] - 2:5
**30s** [1] - 35:14
**31** [1] - 10:12
**310-824-3903** [1] - 104:17
**32** [1] - 118:5
**325** [1] - 28:13
**34** [1] - 118:6
**351530560** [1] - 66:5
**3:00** [2] - 81:12, 81:19
**3:20** [2] - 81:10, 81:17
**3:25** [1] - 81:20
**3:45** [1] - 96:18
**3H** [1] - 28:14
**3rd** [1] - 67:15

## 4

**40** [1] - 13:21
**401k** [1] - 33:9
**403** [1] - 33:11
**4:00** [1] - 96:19
**4:26** [1] - 113:19

## 5

**5** [1] - 31:7
**50** [1] - 66:15
**518)213-0113** [1] - 2:6
**52** [1] - 12:20

## 6

**6** [1] - 6:17
**6/23/21** [1] - 50:13
**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** [1] - 7:3
**69** [1] - 118:7

## 7

**7,000** [1] - 27:12
**73** [1] - 118:9
**7th** [2] - 65:14, 65:22

## 8

**800** [1] - 31:3
**800)776-4737** [1] - 31:5
**824-3903** [1] - 40:15
**83** [1] - 118:12
**855)347-3949** [1] - 31:9
**88** [1] - 105:4

## 9

**9/18/1984** [1] - 6:22
**935153574** [2] - 30:13, 30:15
**94** [3] - 118:14, 118:17, 118:19

## A

**a.m** [1] - 113:4
**ability** [3] - 5:11, 75:11, 116:8
**able** [10] - 12:15, 42:11, 46:20, 47:7, 54:14, 93:8, 95:2, 95:22, 98:6, 107:21
**above-entitled** [1] - 1:16
**absconded** [1] - 73:12
**absconding** [2] - 73:5, 118:11
**absolutely** [2] - 57:12, 64:6
**Accelerant** [2] - 20:7, 20:10
**accepting** [1] - 110:8
**access** [11] - 3:22, 3:23, 12:16, 21:20, 46:22, 48:6, 48:9, 54:15, 94:16, 108:18, 118:20

**according** [1] - 69:9
**account** [85] - 8:18, 8:19, 10:21, 11:3, 11:4, 11:6, 11:13, 11:14, 11:19, 12:6, 12:7, 12:14, 20:22, 31:17, 41:20, 41:21, 42:5, 42:10, 46:2, 46:4, 46:6, 46:7, 46:23, 47:16, 48:7, 48:8, 48:18, 49:6, 49:8, 52:5, 54:6, 54:15, 55:9, 55:13, 57:8, 66:2, 66:3, 66:4, 66:8, 68:21, 91:14, 94:15, 95:9, 96:22, 102:3, 105:5, 105:7, 105:21, 107:5, 107:7, 107:17, 107:18, 107:20, 107:23, 108:11, 108:18, 109:2, 109:4, 118:3, 118:4, 118:7, 118:20
**accountant** [3] - 21:21, 22:2
**accounting** [1] - 51:22
**accounts** [10] - 11:9, 11:11, 11:12, 20:20, 21:5, 33:8, 33:16, 33:17, 45:21, 47:6
**accurate** [4] - 61:13, 83:18, 116:7, 118:12
**acknowledge** [1] - 114:9
**acquire** [1] - 111:8
**act** [2] - 94:10, 118:16
**action** [5] - 3:12, 27:14, 58:16, 116:11, 116:13
**actions** [1] - 1:16
**active** [2] - 11:13, 58:6
**actual** [1] - 35:6
**add** [1] - 83:5
**addition** [1] - 85:11
**additional** [4] - 52:3, 69:5, 85:13, 85:23
**address** [11] - 5:21, 6:7, 7:13, 7:14, 7:18, 13:21, 14:22, 66:14, 66:23, 97:11, 97:12
**adjourn** [6] - 94:5, 94:14, 109:10, 112:17, 113:3, 118:19
**adjourned** [5] - 3:14, 3:15, 111:17, 111:21, 113:19
**adjuster** [1] - 30:16
**administrative** [1] -

**54:14**
**advance** [2] - 94:7, 118:15
**advice** [1] - 39:4
**affidavits** [1] - 92:13
**Africa** [1] - 27:3
**African** [1] - 35:13
**afterwards** [1] - 104:9
**agent** [1] - 89:3
**agent's** [1] - 112:12
**ago** [6] - 8:14, 26:23, 38:21, 68:5, 87:9, 107:18
**agree** [3] - 64:8, 64:9, 90:18
**agreed** [4] - 62:4, 70:13, 90:3, 90:9
**agreeing** [1] - 83:17
**agreement** [9] - 9:2, 16:12, 39:12, 87:15, 87:20, 87:22, 88:4, 99:23
**agreements** [3] - 74:17, 100:10, 100:19
**ahead** [22] - 4:2, 13:8, 13:15, 31:4, 31:8, 52:16, 55:15, 74:8, 75:5, 75:11, 75:13, 77:7, 93:23, 95:3, 96:13, 97:13, 97:19, 101:18, 103:10, 103:16, 104:23, 111:7
**Ahmed** [2] - 101:5, 101:14
**AHMED** [1] - 101:5
**ahold** [2] - 22:10, 74:10
**aircraft** [1] - 29:2
**al** [4] - 1:4, 1:7, 1:13, 58:13
**Alan** [2] - 44:10, 44:11
**alert** [1] - 102:14
**Alex** [34] - 3:9, 58:13, 59:5, 59:14, 59:17, 61:3, 61:23, 64:10, 65:14, 67:9, 67:15, 69:5, 69:10, 74:11, 77:12, 77:20, 84:5, 84:6, 85:7, 85:12, 85:22, 86:16, 86:18, 87:15, 87:21, 88:4, 88:14, 88:18, 91:6, 92:4, 92:6, 92:8, 92:18, 93:6
**ALEX** [2] - 1:4, 2:10
**Alex's** [1] - 76:14
**Alexes** [1] - 99:18
**all-around** [1] - 60:12

**A**

allegation [4] - 73:10, 73:15, 73:18, 89:19
allegations [5] - 58:12, 69:9, 89:16, 90:19, 92:10
allegedly [1] - 85:15
allowed [1] - 90:17
Alpha [2] - 38:18, 40:3
ALSO [1] - 2:8
Amendment [1] - 112:7
American [2] - 32:6, 35:14
Ameritrade [5] - 48:19, 107:19, 107:20, 108:7, 108:23
AmEx [2] - 32:7, 32:8
amount [4] - 51:5, 59:5, 67:12, 107:3
amounts [1] - 87:3
ANDREW [1] - 1:10
Angeles [1] - 14:10
answer [14] - 5:3, 14:18, 26:3, 51:17, 57:10, 60:5, 64:13, 64:20, 68:7, 71:11, 77:18, 85:17, 90:15, 106:21
answered [1] - 25:22
answers [4] - 4:8, 4:10, 17:6, 26:5
AntMiner [1] - 61:18
anyway [1] - 47:20
apart [1] - 86:11
apartment [5] - 6:10, 9:8, 9:21, 42:19, 43:8
Apartment [1] - 28:14
app [4] - 11:18, 11:23, 48:5, 48:14
APPEARANCES [1] - 2:2
appearing [1] - 3:16
application [1] - 55:4
applications [2] - 33:21, 33:22
apply [2] - 5:12, 116:21
appreciate [2] - 3:15, 81:5
apps [1] - 55:23
area [4] - 25:23, 29:11, 46:21
Article [1] - 12:20
ascertain [1] - 87:6
Asia [1] - 77:4
ASIC [1] - 61:9
Assassin [1] - 27:4
Asset [2] - 96:23, 97:7

assets [5] - 20:19, 43:21, 105:17, 106:15, 107:3
assigned [2] - 4:16, 4:17
associated [2] - 46:3, 55:8
associates [2] - 110:4, 110:8
assume [3] - 53:19, 67:12, 67:20
assuming [1] - 67:18
attach [1] - 54:4
attached [2] - 50:14, 54:7
attempt [2] - 57:21, 102:20
attempted [1] - 61:4
attendance [1] - 4:21
attention [1] - 58:11
attesting [1] - 92:11
attorney [9] - 35:8, 35:12, 111:11, 111:13, 111:18, 111:19, 112:5, 116:13
attorneys [1] - 35:16
Attorneys [1] - 2:4
audited [2] - 31:6, 31:10
authentication [2] - 94:19, 118:21
Avenue [1] - 28:14
aware [6] - 58:17, 58:20, 58:21, 59:2, 93:6, 93:7

**B**

background [1] - 9:9
backpack [2] - 79:3, 79:9
backup [3] - 82:14, 83:6, 83:8
bad [2] - 35:10, 103:5
bag [3] - 82:5, 82:6, 82:8
balance [4] - 31:17, 31:18, 108:16
Ballantyne [2] - 7:21, 44:4
bank [8] - 8:17, 8:19, 10:21, 11:3, 11:4, 31:15, 41:20, 41:21, 42:10, 65:18, 87:2, 87:5, 87:9, 91:14, 105:20, 105:21, 107:4, 107:7, 107:17, 108:4,

108:8, 109:16
Bank [1] - 20:23
banking [7] - 20:22, 48:21, 67:11, 68:21, 93:10, 107:9, 118:7
bankruptcy [3] - 17:8, 18:3, 18:5
banks [1] - 32:3
Barrett [1] - 35:5
based [3] - 55:3, 86:2, 107:7
basis [3] - 33:20, 40:23, 106:7
BE [7] - 12:11, 32:21, 34:13, 69:3, 73:8, 84:3, 94:21
beginning [2] - 64:4, 98:22
behalf [4] - 8:7, 23:15, 26:20, 59:5
behind [1] - 25:3
bell [1] - 35:15
beneficiary [2] - 8:2, 8:6
best [16] - 4:22, 5:6, 5:11, 13:16, 16:4, 18:4, 25:15, 33:14, 34:23, 46:18, 49:12, 49:15, 51:23, 76:4, 77:10, 116:7
better [4] - 26:3, 26:5, 109:14, 109:19
bills [3] - 49:4, 49:5, 107:8
birth [2] - 6:22, 24:15
bit [10] - 16:7, 17:22, 45:7, 47:18, 48:16, 56:21, 87:13, 92:4, 94:2, 96:8
Bitcoin [10] - 59:7, 60:15, 61:4, 61:8, 84:16, 88:17, 89:18, 93:14
bitcoin [1] - 60:10
Bitcoins [1] - 88:20
Bitmain [2] - 61:17, 61:20
Blair [1] - 89:3
blog [2] - 46:16, 46:18
Blueground [1] - 9:19
bm.com [1] - 14:23
boats [1] - 29:4
bodies [1] - 77:6
bonds [1] - 11:21
boot [1] - 103:15
booting [1] - 103:9
borrow [1] - 16:17
bottom [4] - 19:19, 92:19, 93:21, 113:16
bought [2] - 65:6

box [1] - 33:4
Boy [1] - 58:2
break [9] - 47:15, 47:19, 47:20, 49:19, 50:6, 79:11, 85:20, 96:4, 96:14
bring [1] - 95:19
bringing [1] - 26:19
brings [1] - 106:6
broker [1] - 87:18
brokerage [2] - 108:17, 109:2
brother [2] - 7:22, 44:12
brother's [2] - 7:5, 7:6
brother-in-law [1] - 7:22
brought [4] - 39:9, 39:11, 58:9
bucks [2] - 16:18, 16:19
Buffalo [2] - 29:11, 29:17
building [2] - 79:19, 79:20
buildings [1] - 22:20
bunch [4] - 3:10, 53:6, 53:9, 90:14
Burke [3] - 8:4, 23:17, 23:19
BURKE [1] - 23:21
burned [1] - 75:20
business [37] - 13:4, 15:2, 20:17, 22:9, 23:2, 23:12, 26:6, 26:10, 26:12, 26:13, 26:16, 28:18, 28:21, 35:6, 36:3, 36:5, 36:6, 36:7, 38:4, 38:9, 38:10, 39:17, 41:5, 41:15, 41:16, 41:17, 41:18, 41:22, 42:7, 59:16, 59:19, 101:7, 110:4, 110:7
Business [1] - 14:4
busted [1] - 97:22
busy [2] - 112:18, 112:20
buy [10] - 70:13, 70:15, 71:15, 72:5, 77:13, 77:15, 77:16, 77:21, 86:5, 86:10
buying [2] - 75:22, 76:6
BY [3] - 2:6, 3:7, 117:3

**C**

C-h-e-t [1] - 24:17

California [2] - 7:12, 23:23
camera [1] - 113:5
Canada [6] - 17:18, 18:3, 19:15, 42:14, 69:22, 101:3
Capital [8] - 8:4, 10:22, 23:17, 23:19, 23:21, 105:5, 105:6, 107:18
capitalized [2] - 101:20, 102:2
car [11] - 29:7, 29:8, 78:23, 79:3, 79:4, 79:5, 79:6, 79:9, 80:6, 80:7, 81:22
card [2] - 33:22, 49:7
cards [3] - 31:20, 31:21, 32:2
care [1] - 77:19
Case [2] - 1:6, 1:12
case [17] - 4:17, 33:20, 36:22, 58:9, 73:4, 73:11, 75:2, 82:20, 89:16, 89:20, 90:8, 90:19, 92:9, 109:21, 116:14, 118:11
cash [6] - 11:8, 29:13, 65:2, 65:5, 65:7
CDs [1] - 16:23
cell [3] - 40:12, 62:19, 102:9
Center [3] - 98:12, 98:15, 98:16
Century [1] - 14:9
certain [4] - 31:23, 63:14, 76:20, 94:3
certainly [2] - 111:10, 112:5
certificate [1] - 24:15
certificates [2] - 16:20, 16:22
certification [1] - 116:21
certify [1] - 116:6
CERTIFY [1] - 116:10
certifying [1] - 116:23
challenge [1] - 77:8
challenging [1] - 42:7
change [1] - 71:11
changes [1] - 48:15
Chapter [1] - 17:19
charges [1] - 112:8
Charles [6] - 107:23, 108:3, 108:4, 108:10, 108:21, 108:23
Chase [6] - 20:23, 21:5, 32:4, 65:23, 66:2, 66:3

3

check [17] - 6:13, 14:12, 21:14, 34:2, 51:19, 51:21, 52:18, 63:19, 65:9, 65:16, 65:17, 65:18, 66:6, 66:7, 67:17, 69:7, 78:18
checking [1] - 49:5
checks [2] - 63:20, 63:21
Chester [3] - 5:23, 24:15, 26:17
CHET [7] - 1:7, 1:13, 1:18, 3:2, 113:18, 114:15, 115:3
Chet [47] - 4:5, 5:14, 5:22, 6:4, 6:5, 15:21, 17:15, 19:11, 19:14, 19:21, 20:8, 24:16, 24:17, 26:6, 26:9, 26:14, 41:16, 41:19, 42:17, 45:3, 49:4, 50:3, 50:6, 56:18, 57:6, 58:13, 58:18, 64:2, 64:20, 66:9, 66:11, 66:13, 74:22, 81:6, 87:11, 88:22, 91:16, 95:5, 95:11, 96:20, 97:21, 98:4, 102:9, 102:18, 104:5, 106:13, 110:21
Chet@ChetMiningCo.com [4] - 53:2, 53:20, 55:17, 104:16
children [1] - 15:23
China [1] - 76:9
circumstances [4] - 22:4, 22:7, 74:10, 88:7
City [4] - 14:9, 35:19, 42:18, 44:15
civil [1] - 95:18
claim [2] - 30:16, 30:17
claimed [2] - 36:22, 37:22
claims [1] - 58:9
clarify [1] - 16:7
clear [2] - 28:17, 112:14
cleared [1] - 112:11
client [4] - 74:5, 74:6, 94:9, 99:14
clients [12] - 39:17, 58:9, 73:12, 73:22, 74:2, 93:2, 93:7, 93:13, 93:19, 99:16, 99:17, 118:16

close [2] - 21:3, 88:18
closed [11] - 20:3, 21:5, 25:13, 25:15, 31:21, 32:10, 41:21, 46:8, 107:19, 108:12, 113:14
closing [1] - 97:3, 97:4, 108:15
cloud [10] - 47:9, 50:18, 52:3, 52:8, 52:12, 78:16, 94:16, 96:22, 109:4, 118:20
Co [5] - 17:15, 19:12, 19:14, 19:21, 58:13
CO [2] - 1:7, 1:13
code [3] - 102:6, 103:12, 103:13
Coinbase [3] - 46:6, 46:7, 47:5
collect [2] - 9:8, 94:6
Collect [1] - 118:14
collection [3] - 3:12, 12:21, 101:14
colloquies [1] - 4:10
combination [1] - 74:15
coming [2] - 106:3, 110:2
commence [2] - 19:2, 19:4
commenced [4] - 9:7, 19:3, 19:6, 27:14
committing [2] - 94:9, 118:16
commodities [1] - 33:20
commodity [2] - 33:16, 33:17
common [1] - 28:16
communicate [1] - 62:15
communicated [1] - 62:18
communications [1] - 53:3
companies [9] - 19:5, 20:5, 23:7, 40:8, 68:23, 73:2, 106:8, 118:8, 118:10
company [21] - 17:18, 17:23, 19:20, 23:12, 23:16, 29:21, 30:2, 30:3, 38:17, 42:14, 51:22, 67:10, 67:16, 69:6, 87:21, 88:4, 90:2, 90:9, 97:2, 97:4, 107:6
Company [1] - 9:19
compile [1] - 110:16
complained [2] -

36:11, 36:13
complaint [1] - 69:10
complete [5] - 83:18, 94:12, 116:7, 118:12, 118:17
complicated [5] - 9:12, 15:13, 39:17, 48:17, 106:21
complied [1] - 110:18
complimentary [1] - 84:11
comply [2] - 68:18, 110:16
complying [1] - 96:11
computer [3] - 96:10, 103:21, 109:5
computers [6] - 40:16, 40:17, 40:19, 40:20, 41:13, 60:22
conduct [1] - 90:20
conducted [2] - 59:20, 88:8
confirm [1] - 92:5
confrontation [1] - 92:23
connect [2] - 12:3, 104:23
connection [1] - 103:5
connectivity [1] - 12:4
constable [1] - 110:10
contact [6] - 9:15, 13:12, 14:11, 95:3, 96:15, 112:13
contacted [2] - 88:22, 89:11
contacting [1] - 21:20
contacts [1] - 18:16
context [1] - 86:7
continue [1] - 113:15
continued [1] - 113:11
contract [2] - 87:23, 88:7
contractor [1] - 78:10
contractors [3] - 78:6, 78:9, 82:17
contracts [1] - 76:11
contractual [1] - 74:23
control [2] - 77:7, 116:22
conversation [1] - 101:4
copies [7] - 15:16, 15:18, 21:11, 21:12, 21:13, 21:15, 110:16
copy [15] - 3:17, 3:21, 4:20, 32:17, 33:2, 83:11, 83:13, 83:18, 94:12, 110:19, 110:20, 113:9, 118:5, 118:12,

118:17
Corp [1] - 27:4
Corporation [1] - 59:8
corporations [1] - 23:4
Corps [1] - 20:15
correct [31] - 5:5, 6:23, 7:4, 8:18, 8:22, 10:23, 41:23, 45:19, 45:20, 60:8, 60:9, 60:18, 61:5, 61:12, 61:13, 61:16, 61:19, 61:23, 62:17, 63:2, 67:22, 70:14, 71:4, 80:10, 82:13, 83:21, 87:3, 90:3, 108:19, 108:20, 114:10
CORRECTION [1] - 115:4
costs [1] - 77:23
COUNSEL [8] - 12:11, 32:21, 34:13, 69:3, 73:8, 84:3, 94:21, 118:2
counsel [2] - 111:4, 116:13
counselor [2] - 110:23, 111:8
County [1] - 27:16
COUNTY [1] - 114:4
couple [6] - 19:23, 63:9, 63:11, 64:2, 96:9, 105:22
course [1] - 93:20
Court [1] - 27:15
COURT [2] - 1:2, 1:9
court [11] - 3:11, 4:16, 28:16, 44:23, 92:11, 93:22, 95:12, 95:20, 96:15, 98:9
courtesy [1] - 110:6
cousin [1] - 7:20
COVID [4] - 6:20, 13:18, 41:9, 42:8
CPA [1] - 13:6
create [1] - 56:16
created [1] - 23:11
credit [9] - 31:20, 31:21, 32:2, 33:22, 34:3, 34:4, 34:7, 34:10, 118:6
creditors [1] - 3:10
criminal [6] - 89:6, 90:20, 94:10, 95:18, 112:8, 118:16
crook [1] - 37:22
crypto [13] - 35:17, 36:8, 45:7, 47:16, 49:20, 51:5, 60:10, 60:13, 60:15, 60:16,

63:14, 84:7, 101:7
crypto-verse [1] - 101:7
cryptocurrency [14] - 35:13, 45:5, 45:13, 45:17, 45:18, 45:21, 45:22, 46:20, 46:22, 60:22, 61:10, 61:11, 64:11, 106:15
CSD [1] - 20:7
curious [1] - 24:14
currency [1] - 63:15
current [3] - 6:7, 43:13, 77:10
customers [1] - 84:15
customs [1] - 77:5

**D**

dad's [1] - 7:22
daily [1] - 40:23
damaged [1] - 75:21
Daniel [3] - 38:2, 38:18, 38:20
data [4] - 46:23, 51:3, 109:2, 109:3
Data [8] - 18:2, 18:17, 18:20, 98:12, 98:15, 98:16, 100:23, 106:11
date [11] - 3:15, 3:16, 6:22, 8:13, 21:4, 65:19, 94:2, 109:11, 110:14, 113:8, 116:8
DATE [1] - 1:20
dated [1] - 50:13
David [4] - 7:7, 7:8, 44:10, 44:11
days [2] - 110:15, 112:19
deal [14] - 25:12, 27:18, 35:3, 37:20, 39:12, 39:21, 74:12, 74:16, 76:23, 84:6, 84:9, 84:12, 86:16, 100:5
Deal [1] - 89:4
dealer [2] - 35:17, 36:9
dealing [2] - 9:13, 63:20
dealings [3] - 59:16, 59:19, 97:5
deals [8] - 35:12, 39:9, 39:16, 39:18, 39:20, 70:16, 75:12, 88:9
dealt [1] - 35:16
Deanna [1] - 113:9
debit [1] - 49:7

debt [2] - 18:8, 18:20
debts [1] - 106:7
decide [1] - 86:13
default [2] - 3:11, 59:3
defaulted [2] - 58:16, 58:20
defective [2] - 76:3, 76:6
DEFENDANT [1] - 1:18
Defendants [2] - 1:8, 1:14
defined [1] - 48:2
definitely [2] - 56:16, 76:23
defraud [3] - 93:18, 94:9, 118:15
Delaware [1] - 20:15
delays [2] - 75:18, 77:4
department [1] - 29:16
depended [3] - 88:6, 105:15, 105:18
depleted [2] - 8:11, 8:12
Deploy [3] - 35:18, 36:6, 38:16
depose [2] - 44:4
deposit [5] - 16:20, 16:22, 27:6, 27:10, 33:4
DEPOSITION [2] - 1:16, 115:2
deposition [27] - 3:13, 3:14, 4:6, 4:7, 4:21, 12:21, 36:22, 43:20, 64:4, 72:20, 87:12, 91:17, 94:5, 94:8, 94:13, 94:14, 95:12, 101:14, 109:10, 109:12, 111:17, 111:21, 113:11, 113:14, 118:15, 118:18, 118:19
depositions [1] - 112:7
deposits [1] - 27:13
describe [1] - 107:2
description [1] - 61:14
details [1] - 13:21
devices [1] - 55:5
diary [1] - 113:10
different [16] - 27:13, 28:7, 46:16, 53:9, 53:10, 61:22, 70:6, 70:9, 72:8, 75:7, 85:18, 86:3, 90:14, 93:22, 107:8
differently [1] - 55:22
difficult [14] - 9:13,

25:10, 25:12, 27:18, 37:16, 42:6, 47:4, 47:6, 75:9, 76:10, 94:3, 100:5, 112:21
difficulties [2] - 46:17, 111:3
digitally [1] - 68:16
direct [2] - 92:22, 116:22
directly [4] - 17:13, 71:20, 74:18, 84:13
disagree [2] - 73:17, 73:19
disappeared [1] - 22:8
disconnected [2] - 105:10, 105:13
discuss [1] - 36:8
discussed [1] - 28:4
dispute [6] - 67:21, 89:22, 90:2, 90:4, 90:12, 90:22
disrespect [1] - 93:2
Distributions [2] - 20:9, 26:14
DISTRICT [4] - 1:2, 1:3, 1:9, 1:9
District [1] - 58:14
document [3] - 8:15, 50:20, 50:22
documentation [5] - 21:10, 72:13, 72:15, 111:5, 111:9
documents [13] - 5:8, 72:23, 82:15, 83:7, 83:8, 86:21, 86:22, 87:5, 90:8, 109:8, 109:13, 109:15, 118:9
dodging [1] - 38:11
dog [3] - 52:17, 53:16, 53:17
dollar [1] - 87:8
dollars [8] - 18:22, 51:6, 51:8, 51:11, 88:19, 91:7, 105:22, 106:14
done [12] - 5:16, 22:9, 34:19, 39:3, 45:2, 49:14, 62:13, 64:16, 64:19, 91:14, 91:16, 93:4
door [1] - 110:3
doorman [2] - 79:18, 79:20
double [2] - 52:18, 66:7
double-check [2] - 52:18, 66:7
doubt [1] - 63:9
Doug [1] - 35:18,

35:20, 35:21, 35:22, 36:18, 36:21, 37:17, 37:19, 37:23, 39:9, 39:10, 39:21, 40:9, 40:11
Douglas [1] - 38:15
down [26] - 5:18, 20:21, 22:9, 41:9, 41:10, 42:9, 42:10, 42:16, 44:17, 45:11, 48:8, 75:4, 78:22, 79:2, 79:3, 79:15, 79:23, 80:15, 81:2, 81:8, 81:22, 81:23, 85:20, 99:5, 109:5
download [1] - 47:7
downstairs [1] - 96:9
Drive [17] - 2:5, 50:19, 52:9, 52:10, 53:11, 54:3, 54:20, 56:9, 56:14, 102:5, 103:7, 104:19, 104:20, 104:23, 105:7, 105:9
drive [29] - 24:8, 46:23, 78:16, 78:18, 78:19, 78:21, 79:8, 80:2, 80:5, 80:9, 80:11, 80:14, 80:17, 81:2, 81:8, 81:14, 82:2, 82:3, 82:10, 82:12, 82:14, 83:9, 83:11, 83:19, 94:12, 109:3, 109:6, 118:13, 118:17
driver's [2] - 24:2, 24:3, 24:9
driving [1] - 45:2
dropped [1] - 6:20
Duane [1] - 6:8
duly [1] - 3:3
during [4] - 6:20, 13:18, 21:10, 42:8

**E**

e-mail [32] - 3:20, 3:21, 3:22, 3:23, 5:7, 14:12, 14:21, 47:12, 47:15, 47:21, 48:2, 50:13, 53:19, 54:6, 54:8, 54:15, 54:21, 55:8, 55:13, 55:21, 56:4, 57:8, 58:5, 59:22, 62:17, 62:18, 62:23, 63:4, 68:19, 80:19, 104:15, 110:20
e-mailed [2] - 65:4, 80:22
e-mails [7] - 23:9,

52:23, 53:4, 53:9, 54:2, 59:23, 63:5
earned [1] - 14:15
easy [1] - 57:7
eat [1] - 42:19
Edward [1] - 35:9
effectively [1] - 106:22
effortless [1] - 76:22
either [3] - 38:17, 77:19, 77:21
electronic [4] - 21:13, 21:15, 21:19, 68:14
electronically [1] - 109:8
Elizabeth [2] - 44:6, 44:8
ELLER [1] - 2:10
employed [5] - 13:4, 41:2, 41:4, 116:11, 116:13
employees [2] - 77:22, 78:4
Encino [1] - 23:23
End [1] - 28:13
end [2] - 76:2, 103:20
ended [6] - 37:16, 39:21, 42:14, 42:15, 97:4, 101:23
ends [1] - 105:3
enforcement [1] - 89:12
engage [1] - 111:4
engaged [2] - 84:15, 90:20
engineer [1] - 109:5
entailed [1] - 85:10
entailing [1] - 64:17
enter [1] - 99:22
entered [2] - 59:4, 85:21
enterprise [1] - 55:21
entertain [3] - 42:20, 42:22, 43:2
entities [4] - 23:3, 27:23, 28:18, 28:21
entitled [4] - 1:16, 12:20, 50:21, 112:5
entity [5] - 28:5, 28:7, 35:7, 40:2, 59:11
environment [1] - 77:11
equipment [45] - 35:18, 37:21, 60:3, 60:8, 60:10, 60:11, 60:12, 60:13, 60:18, 61:11, 64:11, 69:17, 69:19, 69:21, 69:22, 70:14, 70:16, 71:2, 71:15, 71:20, 71:21, 72:2, 72:5, 73:3,

73:13, 73:21, 74:2, 74:3, 74:13, 75:17, 75:19, 75:23, 76:2, 77:3, 77:13, 77:16, 77:21, 86:10, 86:12, 86:14, 89:18, 90:10, 109:8, 118:10
ERRATA [2] - 115:2, 115:2
ESP [1] - 55:22
especially [1] - 94:3
Esplanade [1] - 7:17
ESQ [1] - 2:6
essential [1] - 41:11
essentially [6] - 37:22, 68:9, 70:13, 71:2, 89:16, 90:9
estate [5] - 22:20, 22:23, 34:17, 100:11, 100:13
et [4] - 1:4, 1:7, 1:13, 58:13
event [1] - 82:12
evict [3] - 9:3, 9:8, 28:13
evidence [2] - 94:8, 118:15
exact [5] - 8:13, 21:4, 31:18, 67:12, 87:8
exactly [3] - 26:18, 72:10, 76:18
EXAMINATION [1] - 117:2
examined [1] - 3:4
example [3] - 61:15, 62:15, 76:14
Excel [2] - 48:3, 50:14
exchange [4] - 69:18, 70:2, 71:3, 93:13
Exchange [1] - 13:21
exchanges [2] - 46:5, 46:15
executed [1] - 100:21
Exhibit [4] - 8:15, 12:8, 32:19, 68:20
EXHIBITS [1] - 117:8
expensive [1] - 42:19
explain [6] - 18:6, 22:15, 22:18, 73:23, 109:14, 109:19
exports [1] - 77:4
Express [1] - 32:6
external [2] - 78:19, 78:21

**F**

facilitate [1] - 36:17
facilities [2] - 100:9,

100:10
facility [4] - 74:4, 99:5, 99:23, 100:14
fact [4] - 11:2, 70:10, 70:11, 84:18
factor [7] - 48:13, 48:15, 54:15, 54:16, 54:19, 94:18, 118:21
factored [1] - 54:23
fair [4] - 76:16, 76:22, 82:20, 93:15
falls [1] - 107:7
familiar [2] - 40:4, 40:7
family [4] - 32:15, 109:23, 110:7
far [5] - 39:22, 49:15, 75:4, 76:10, 98:5
fashion [1] - 64:14
faster [1] - 5:14
father's [1] - 24:18
FBI [3] - 38:6, 38:7, 88:23
federal [6] - 3:11, 4:16, 36:21, 92:11, 95:12, 95:20
FedEx [1] - 63:10
feelings [1] - 70:10
few [16] - 3:14, 8:13, 18:21, 18:22, 31:17, 35:22, 37:10, 37:11, 40:8, 44:20, 45:14, 45:19, 46:19, 97:22, 106:14, 107:18
field [1] - 10:14
fifteen [1] - 79:14
Fifth [1] - 112:7
fighting [2] - 29:20, 29:23
figure [2] - 6:16, 46:10
figures [1] - 87:8
file [7] - 18:3, 19:17, 23:10, 27:6, 28:9, 28:12, 49:10
filed [5] - 17:8, 17:19, 20:11, 20:12, 26:20
files [1] - 104:23
filings [2] - 15:3, 23:13
final [2] - 3:15, 111:22
financial [3] - 21:6, 21:17, 21:18
financially [1] - 116:14
fine [1] - 96:13
fired [1] - 12:2
firm [1] - 23:13
first [7] - 3:3, 24:9, 51:16, 83:15, 84:23, 87:2, 97:17
floor [2] - 79:15, 79:17

Florio [1] - 1:16
FLORIO [2] - 116:4, 116:20
flown [1] - 44:18
focus [1] - 58:11
follow [1] - 110:13
follow-up [1] - 110:13
follows [1] - 3:5
FOR [1] - 115:2
force [1] - 85:5
foregoing [3] - 114:7, 116:6, 116:21
forensic [1] - 109:5
forgot [1] - 35:6
formalized [2] - 16:12, 16:18
former [2] - 51:22, 110:4
forth [1] - 116:9
forward [4] - 37:14, 39:13, 81:4, 93:6
forwarded [1] - 39:9
forwarding [1] - 37:13
four [1] - 85:18
fraud [1] - 92:12
free [3] - 11:19, 11:20, 34:7
friend [1] - 16:13
friends [2] - 70:17, 97:9
front [4] - 68:3, 95:19, 96:10, 104:10
fulfill [2] - 69:23, 71:9
fulfilled [1] - 74:23
Full [1] - 118:12
full [1] - 83:18
fully [3] - 68:18, 78:14, 110:18
functional [1] - 12:14
fundamentally [1] - 73:19
funds [5] - 11:5, 63:14, 65:20, 86:2, 93:14
FURTHER [1] - 116:10

G

G-o-l-d-f-i-n-e [1] - 14:2
G127 [1] - 104:2
Gemini [6] - 45:23, 46:4, 48:5, 48:6, 48:8, 49:2
general [1] - 90:5
girlfriend [2] - 9:22, 43:7
given [1] - 109:21
Gmail [4] - 53:5, 57:8,

58:5, 102:3
GMC [1] - 29:9
gold [1] - 60:18
Goldfine [2] - 13:11, 14:2
Goodwin [1] - 18:9
Google [21] - 50:19, 52:9, 52:10, 53:11, 53:19, 54:3, 54:11, 54:20, 55:7, 56:9, 56:14, 94:15, 95:4, 95:22, 96:21, 103:6, 105:7, 105:9, 109:3, 118:20
grabbed [1] - 82:5
gray [1] - 25:23
Great [5] - 18:2, 18:17, 18:19, 100:23, 106:11
great [3] - 76:21, 101:18, 106:4
Greece [1] - 9:17
Green [1] - 28:6
guess [5] - 32:15, 35:23, 36:16, 38:11, 53:10
guy [5] - 13:17, 36:11, 36:13, 36:14, 36:16

H

HACKER [1] - 2:4
half [2] - 88:19, 91:7
hand [6] - 75:12, 75:13, 79:22, 92:6, 116:16
hand-in-hand [1] - 92:6
handle [2] - 49:13, 84:12
handled [1] - 25:11
handling [1] - 30:16
handy [1] - 47:11
hang [2] - 13:10, 50:5
happy [4] - 52:17, 53:17, 55:19, 112:15
HappyDog [1] - 101:19
HappyDog1 [1] - 101:22
Harborside [1] - 2:5
hard [31] - 19:10, 21:12, 33:18, 46:23, 72:9, 74:9, 78:16, 78:18, 78:19, 78:21, 79:8, 80:2, 80:5, 80:9, 80:11, 80:13, 80:17, 81:2, 81:8, 81:14, 82:3, 82:10,

82:12, 82:14, 83:11, 83:19, 94:12, 109:3, 109:6, 118:13, 118:17
HARWICK [14] - 2:6, 3:7, 12:5, 12:17, 32:17, 34:9, 50:2, 68:17, 72:12, 72:18, 81:21, 83:16, 113:2, 117:3
Harwick [1] - 3:9
Hash [3] - 35:18, 36:6, 38:15
Hawk [3] - 98:13, 98:15, 98:16
heading [1] - 114:9
heads [1] - 110:2
health [2] - 10:15, 112:23
healthcare [1] - 10:14
hear [4] - 45:3, 58:18, 91:19, 103:19
heard [4] - 40:2, 89:5, 89:9, 98:15
hearsay [2] - 89:8, 89:9
Heather [2] - 30:18, 30:20
held [1] - 75:14
HELD [1] - 1:22
hell [1] - 37:18
help [2] - 22:6, 39:15
helped [2] - 37:9, 37:11
helpful [1] - 111:7
helping [1] - 13:6
hereby [2] - 114:9, 116:6
hereinbefore [1] - 116:9
hereof [1] - 114:9
hereunto [1] - 116:15
hire [1] - 111:10
history [4] - 38:11, 47:7, 47:10, 52:4
hold [9] - 14:12, 24:2, 56:17, 71:21, 74:6, 77:17, 104:3, 104:5, 109:17
holdings [1] - 22:21
Holmes [31] - 3:9, 58:13, 59:5, 59:17, 61:3, 61:23, 62:16, 63:2, 63:13, 64:10, 65:14, 67:9, 67:15, 69:5, 69:10, 70:2, 71:3, 71:18, 74:11, 74:16, 84:5, 85:8, 85:12, 85:22, 86:16, 87:15, 87:21, 88:5,

88:15, 88:18, 91:6
HOLMES [2] - 1:4, 2:10
Holmes' [3] - 59:14, 77:12, 77:20
home [1] - 40:21
honest [1] - 46:11
honestly [11] - 9:4, 15:12, 25:6, 25:17, 37:9, 47:2, 51:9, 62:12, 64:17, 70:4, 78:22
hope [2] - 16:4, 57:17
host [3] - 74:13, 74:14, 84:7
hosted [1] - 74:4
hosting [12] - 74:6, 77:16, 77:21, 84:8, 84:10, 99:23, 100:8, 100:10, 100:15, 100:18
hugely [1] - 95:9
Humanitarian [1] - 26:21
humanitarian [1] - 27:2
hundred [1] - 18:22

I

iCloud [1] - 52:5
Icon [3] - 14:4, 14:7
ID [10] - 52:20, 54:11, 55:18, 56:13, 56:14, 56:23, 57:15, 57:18, 57:19, 57:21
idea [9] - 19:16, 23:14, 27:5, 35:11, 46:14, 47:2, 51:7, 80:13, 98:14
identification [2] - 54:16, 54:19
identifiers [1] - 48:23
IKON [1] - 14:7
important [1] - 4:18
impression [1] - 91:23
IN [1] - 116:15
inaccurate [2] - 90:23, 91:3
Inc [1] - 26:22
including [1] - 106:15
income [3] - 13:2, 13:3, 14:14, 43:14
incorrect [1] - 86:7
independent [3] - 78:6, 78:9, 78:10
independently [1] - 86:6
Index [1] - 58:14

INDEX [3] - 117:2, 117:8, 118:2
Indexes...................... [1] - 2:23
indicate [1] - 109:19
indicating [1] - 110:13
individual [2] - 17:20, 18:7
individuals [1] - 27:23
industry [5] - 37:13, 41:11, 75:9, 76:19, 77:9
INFORMATION [7] - 12:11, 32:21, 34:13, 69:3, 73:8, 84:3, 94:21
information [15] - 8:21, 9:15, 12:6, 47:3, 47:16, 48:12, 82:13, 82:16, 82:18, 83:19, 96:11, 110:16, 112:13, 118:3, 118:13
inheritance [1] - 25:2
instead [2] - 73:4, 118:11
institutions [1] - 32:3
instruct [1] - 38:15
instruction [1] - 5:13
instructions [1] - 4:6
insurance [4] - 29:18, 29:21, 29:23, 30:3
intent [2] - 27:8, 93:2
interest [7] - 19:20, 20:5, 23:2, 23:7, 100:8, 100:11, 100:14
interested [1] - 116:14
interjected [1] - 37:21
internal [1] - 50:22
internet [11] - 59:20, 62:9, 62:14, 62:17, 63:2, 64:11, 64:16, 64:18, 94:10, 103:5, 118:16
invested [1] - 59:11
investigated [1] - 112:9
investigating [1] - 89:4
investigation [3] - 38:6, 38:7, 89:7
investment [4] - 11:18, 11:19, 48:18, 48:21
invoices [1] - 62:23
invoicing [2] - 63:4
involved [1] - 39:19
involving [2] - 94:10, 118:16

iPhones [1] - 76:6
IRS [1] - 15:4
issue [5] - 33:3, 83:14, 98:6, 100:4, 111:20
issued [2] - 51:2, 63:5
issues [1] - 77:2
items [1] - 5:12
itself [1] - 100:14

**J**

James [2] - 5:23, 18:9
jharwick@ joneshacker.com [1] - 2:7
job [1] - 40:22
JOHN [1] - 2:6
John [3] - 3:9, 44:5
JONES [1] - 2:4
Josh [1] - 59:5
JP [3] - 35:5, 66:2, 66:3
judge [4] - 4:16, 95:20
judgment [3] - 3:10, 28:9, 28:12
judgments [3] - 3:11, 28:2, 59:4
juggle [1] - 97:20
July [3] - 86:2, 113:3, 116:16
June [6] - 1:20, 67:15, 69:6, 69:11, 85:13, 115:3
jurisdiction [1] - 20:14
jurisdictions [1] - 20:12

**K**

Kaiser [2] - 44:10, 44:11
keep [8] - 21:11, 43:22, 58:7, 82:14, 83:7, 86:13, 98:9, 107:4
keeping [1] - 27:8
kept [6] - 37:2, 37:3, 37:6, 37:7, 53:13, 78:15
Kia [1] - 79:7
Kim [3] - 38:2, 38:19, 38:20
kind [15] - 26:18, 29:8, 36:4, 40:16, 40:17, 48:18, 48:20, 50:9, 50:19, 53:10, 72:9, 79:5, 97:22, 101:7, 112:22

kinds [3] - 17:6, 17:7, 53:10
knowledge [21] - 4:22, 5:6, 13:16, 15:5, 15:8, 16:4, 18:4, 20:20, 24:6, 25:14, 25:15, 28:3, 28:23, 31:11, 33:14, 34:23, 46:19, 49:13, 49:15, 76:4, 116:8
knows [1] - 43:21
Kraken [3] - 46:12, 46:13, 46:17

**L**

L3 [1] - 61:18
Labrador [1] - 19:10
land [3] - 22:20, 22:21, 22:23
landlord [9] - 9:3, 9:5, 9:7, 9:13, 9:16, 9:18, 27:7, 27:8, 27:14
landlords [1] - 28:8
laptop [2] - 56:12, 109:7
Lars [1] - 12:19
LARS [1] - 2:10
last [31] - 7:15, 10:7, 13:23, 14:15, 15:6, 15:7, 16:10, 16:13, 16:16, 16:23, 17:3, 20:4, 20:8, 21:9, 22:13, 29:7, 33:22, 40:10, 42:6, 43:3, 44:14, 45:14, 45:19, 68:22, 99:9, 105:21, 111:17, 111:19, 111:21, 112:21, 118:7
law [2] - 7:22, 89:12
lawful [1] - 39:2
laws [1] - 9:14
lawsuit [5] - 19:2, 19:3, 19:4, 19:6, 35:2
lawsuits [1] - 34:20
lawyer [4] - 19:8, 101:9, 101:10, 101:11
lawyers [1] - 19:9
leading [5] - 64:7, 90:16, 90:17, 106:20, 106:23
learned [1] - 24:8
lease [4] - 6:10, 8:22, 9:2
leases [5] - 99:23, 100:9, 100:15,

100:16, 100:17
least [1] - 73:15
leave [2] - 25:2, 25:3
legal [2] - 5:23, 6:5
leisure [1] - 88:12
lengthy [1] - 4:9
less [3] - 66:19, 66:20, 107:12
letter [1] - 110:13
liable [1] - 18:8
liar [1] - 92:18
liars [1] - 92:17
license [4] - 24:3, 24:9, 46:16, 46:18
licenses [1] - 24:2
life [2] - 105:14, 105:18
Light [2] - 96:23, 97:7
Lightning [1] - 27:4
line [2] - 92:20, 93:21
link [1] - 113:7
linked [1] - 53:21
liquid [1] - 106:14
liquidate [1] - 45:13
liquidated [3] - 45:8, 45:12, 45:18
list [14] - 5:8, 18:10, 18:12, 18:14, 18:15, 18:16, 18:18, 20:5, 20:13, 78:5, 78:7, 78:8, 78:12, 78:15
listening [1] - 12:19
listing [2] - 26:9, 55:13
lists [1] - 8:16
live [5] - 7:11, 7:17, 9:22, 43:7, 43:9
lives [2] - 7:12, 9:20
living [2] - 10:13, 42:18
LLC [15] - 1:7, 1:13, 19:12, 19:21, 26:7, 26:15, 26:17, 28:6, 41:16, 41:19, 58:13, 59:8, 66:10, 66:11, 96:23
LLCs [1] - 23:4
LLP [1] - 2:4
loan [2] - 16:12, 33:21
loaned [3] - 16:9, 16:12, 16:14
loans [1] - 16:6
LoBello [2] - 7:19, 44:10
local [1] - 110:9
locate [3] - 83:20, 83:22, 118:13
located [2] - 14:8, 23:22
location [3] - 42:13,

69:20, 107:3
locked [4] - 44:17, 56:16, 56:20, 95:8
log [22] - 48:11, 48:16, 48:17, 48:22, 54:14, 56:3, 56:15, 56:22, 94:15, 95:22, 102:15, 102:20, 102:21, 102:22, 103:2, 103:10, 103:16, 105:7, 105:12, 108:21, 118:19
log-in [1] - 48:22
log-on [1] - 48:11
logged [5] - 56:8, 56:10, 102:18, 103:6, 104:19
logging [3] - 31:19, 102:17, 113:17
login [2] - 53:19, 54:18
look [33] - 11:15, 13:7, 13:8, 18:12, 18:14, 18:16, 20:2, 23:6, 23:8, 23:9, 23:11, 38:8, 51:10, 51:18, 51:20, 51:21, 52:3, 52:15, 52:16, 53:18, 54:16, 63:16, 67:11, 67:23, 68:14, 69:13, 69:15, 87:2, 91:13, 108:13, 108:14, 108:15, 109:6
looking [9] - 4:8, 13:19, 48:19, 50:15, 52:22, 67:13, 67:19, 82:8, 82:11
looks [2] - 51:3, 55:17
Los [1] - 14:10
lost [2] - 21:11, 42:5
love [1] - 47:3
LTD [3] - 19:15, 59:8, 59:10
LTDs [3] - 19:16, 19:17, 23:5
Luca [1] - 44:5
lump [1] - 8:10
lying [2] - 37:2, 92:16

**M**

M-e-a-s-r-o-c-h [1] - 10:10
Mac [1] - 40:18
machines [8] - 74:9, 84:16, 98:12, 98:17, 99:2, 99:6, 99:13, 99:14

**Mail** [2] - 63:6, 63:10
**mail** [33] - 3:20, 3:21, 3:22, 3:23, 5:7, 14:12, 14:21, 47:12, 47:15, 47:21, 48:2, 50:13, 53:19, 54:6, 54:8, 54:15, 54:21, 55:8, 55:13, 55:21, 56:4, 57:8, 58:5, 59:22, 62:17, 62:18, 62:23, 63:4, 68:19, 80:19, 104:15, 110:19, 110:20
**mailed** [2] - 65:4, 80:22
**mails** [7] - 23:9, 52:23, 53:4, 53:9, 54:2, 59:23, 63:5
**Management** [6] - 8:4, 14:5, 23:19, 23:21, 96:23, 97:7
**manager** [1] - 23:13
**Manassas** [3] - 99:3, 99:5, 100:2
**mandatorily** [1] - 42:8
**manufactured** [1] - 76:9
**manufacturer** [1] - 75:19
**manufacturing** [4] - 75:15, 75:18, 76:3, 76:5
**Map** [3] - 38:2, 38:18, 40:6
**market** [1] - 37:15
**married** [1] - 15:20
**mass** [2] - 76:3, 76:5
**Mastercard** [1] - 105:3
**material** [1] - 93:5
**materially** [1] - 93:23
**matter** [3] - 19:8, 71:12, 71:14
**mean** [18] - 15:14, 16:8, 17:14, 22:5, 22:18, 37:9, 37:17, 41:4, 43:15, 61:12, 62:12, 63:8, 75:3, 76:3, 79:21, 80:8, 105:16, 106:4
**means** [3] - 50:16, 98:14, 116:22
**Measroch** [1] - 10:8
**Media** [2] - 20:7, 20:10
**meet** [1] - 35:23
**members** [2] - 109:23, 110:7
**message** [1] - 62:19
**messages** [1] - 103:23
**met** [6] - 13:17, 35:8, 35:12, 35:19, 35:20,

35:23
**Michael** [4] - 13:11, 36:9, 36:20, 36:23
**might** [3] - 80:6, 81:13, 110:6
**Mike** [4] - 37:20, 37:22, 38:16, 40:9
**million** [3] - 51:8, 88:19, 91:7
**Mind** [3] - 38:2, 38:17, 40:6
**mine** [1] - 104:10
**Miner** [1] - 61:16
**miner** [2] - 61:18, 61:20
**miners** [12] - 61:4, 61:9, 61:22, 62:10, 84:7, 84:8, 85:15, 85:22, 87:16, 87:17, 87:18, 97:21
**MINING** [2] - 1:7, 1:13
**mining** [20] - 35:17, 37:12, 60:3, 60:7, 60:10, 60:12, 60:13, 60:18, 60:22, 61:11, 64:11, 70:14, 70:16, 71:2, 84:16, 89:18, 100:8, 100:9, 100:14
**Mining** [11] - 17:15, 19:12, 19:14, 19:21, 36:9, 41:16, 41:19, 58:13, 66:10, 66:11, 66:13
**Minor** [1] - 35:5
**minute** [1] - 102:8
**minutes** [2] - 96:5, 96:6
**Miranda** [9] - 36:9, 36:20, 36:23, 37:20, 37:21, 37:22, 39:19, 39:22, 40:9
**Miranda's** [1] - 38:16
**miscellaneous** [1] - 45:6
**missing** [1] - 111:9
**mistake** [1] - 95:10
**mom's** [2] - 7:20, 44:12
**moment** [5] - 30:9, 30:12, 30:22, 55:14, 98:2
**money** [61] - 14:15, 15:4, 16:9, 16:14, 16:18, 17:12, 17:17, 17:19, 25:5, 31:15, 36:18, 36:23, 37:2, 37:3, 37:6, 37:7, 37:23, 38:16, 38:22, 39:5, 42:20, 46:9, 59:5, 64:10, 65:11,

65:13, 69:14, 69:18, 70:2, 70:18, 70:20, 71:3, 73:5, 73:11, 76:14, 77:12, 77:14, 77:20, 78:2, 84:16, 84:19, 85:3, 85:4, 85:5, 85:7, 88:14, 88:17, 89:17, 90:11, 90:21, 105:15, 105:17, 105:19, 105:23, 106:2, 106:6, 107:6, 108:6, 118:11
**month** [2] - 6:18, 66:19
**months** [5] - 11:3, 11:4, 45:14, 45:19, 107:18
**Morgan** [2] - 66:2, 66:3
**mortgages** [2] - 34:15, 34:16
**most** [6] - 21:11, 21:12, 43:3, 44:17, 45:8, 46:15, 51:5, 78:19
**mother** [1] - 44:9
**mother's** [2] - 7:9, 7:10
**move** [3] - 98:23, 99:6, 100:6
**moved** [2] - 98:12, 98:17
**moving** [1] - 99:13
**MR** [13] - 3:7, 12:5, 12:17, 32:17, 34:9, 50:2, 68:17, 72:12, 72:18, 81:21, 83:16, 113:2, 117:3
**MURPHY** [1] - 2:4
**mutual** [1] - 70:17

## N

**name** [36] - 3:8, 5:20, 5:22, 5:23, 6:5, 7:5, 7:6, 7:7, 7:9, 7:10, 7:15, 9:18, 9:23, 10:7, 13:7, 13:9, 13:23, 14:5, 14:6, 17:23, 23:16, 24:14, 24:18, 25:16, 26:6, 30:3, 30:5, 30:18, 30:20, 41:15, 59:7, 59:14, 66:9, 72:7, 89:3, 99:4
**named** [6] - 7:8, 35:8, 35:13, 35:18, 36:9, 38:2, 38:17, 40:2
**names** [3] - 35:10,

52:19, 59:12
**Navarro** [1] - 59:6
**nearly** [1] - 91:7
**need** [9] - 4:9, 4:10, 21:18, 47:20, 55:18, 57:17, 96:12, 105:11, 109:6
**needed** [2] - 94:19, 118:21
**needs** [1] - 32:13
**negotiations** [1] - 6:15
**Nelson** [3] - 7:15, 44:7, 44:8
**net** [3] - 34:18, 107:10, 107:15
**never** [9] - 17:6, 18:23, 34:19, 60:19, 89:2, 89:5, 89:14, 90:11, 93:2
**new** [4] - 13:6, 21:23, 56:17, 110:14
**NEW** [3] - 1:3, 1:9, 114:3
**New** [19] - 1:17, 2:5, 6:8, 9:14, 20:16, 24:3, 27:15, 27:16, 35:19, 42:18, 44:15, 46:16, 46:17, 46:20, 58:14, 66:15, 116:6
**next** [6] - 55:13, 94:7, 94:13, 109:12, 118:15, 118:18
**Niagara** [1] - 29:17
**NICO** [1] - 2:9
**Nico** [3] - 12:18, 59:6, 59:7
**non** [1] - 106:23
**non-leading** [1] - 106:23
**none** [1] - 117:9
**nonpayment** [1] - 111:20
**normally** [1] - 43:5
**North** [5] - 18:2, 18:17, 18:20, 100:23, 106:11
**Northway** [1] - 36:9
**Notary** [2] - 1:17, 116:5
**NOTARY** [1] - 114:21
**notary** [1] - 3:4
**note** [2] - 3:13, 12:18
**noted** [1] - 114:8
**nothing** [5] - 16:11, 16:18, 91:4
**notice** [4] - 43:19, 44:3, 101:12, 109:22
**notifying** [1] - 23:14
**number** [26] - 7:2, 14:11, 14:21, 30:7,

30:10, 30:13, 30:21, 31:2, 31:3, 32:8, 40:14, 46:2, 53:23, 54:5, 54:6, 54:7, 55:2, 55:8, 60:21, 61:21, 66:4, 66:8, 97:15, 101:15, 104:17, 112:13
**numbers** [1] - 46:5
**numeric** [1] - 104:8

## O

**oath** [11] - 4:15, 37:19, 44:2, 44:21, 50:3, 50:8, 95:5, 95:13, 95:21, 106:16, 107:2
**obligations** [2] - 71:9, 74:23
**obtained** [1] - 3:10
**obviously** [2] - 48:12, 91:5
**October** [2] - 49:12, 49:16
**OF** [5] - 1:3, 1:9, 114:3, 114:4, 115:2
**offer** [2] - 60:2, 60:21
**offered** [1] - 61:22
**officers** [1] - 38:14
**old** [6] - 10:11, 28:8, 47:5, 53:6, 53:7, 97:4
**once** [4] - 13:17, 42:5, 90:15, 103:14
**One** [5] - 10:22, 54:3, 105:5, 105:6, 107:18
**one** [33] - 18:9, 21:8, 24:5, 24:6, 24:7, 28:7, 30:14, 31:22, 35:2, 37:14, 38:19, 45:23, 46:12, 46:15, 51:2, 55:20, 58:6, 86:19, 88:2, 88:6, 88:8, 88:9, 90:15, 91:11, 92:2, 92:3, 92:5, 94:5, 96:14, 104:8, 111:2, 111:22
**OnePurpose** [2] - 59:8, 59:10
**ones** [9] - 11:10, 32:4, 34:21, 53:6, 53:7, 68:15, 87:4, 100:20, 100:22
**online** [5] - 38:13, 47:15, 48:23, 108:19, 108:21
**open** [6] - 11:12, 12:15, 20:2, 25:13, 31:22, 82:6

opened [2] - 97:2, 107:18
operate [1] - 42:12
operated [1] - 20:16
operating [2] - 42:12, 77:23
operations [1] - 100:15
opinion [2] - 71:12, 71:14
opportunity [2] - 94:6, 112:4
options [1] - 33:12
order [2] - 65:12, 65:13
Oregon [2] - 24:7, 24:12
Organization [1] - 26:22
original [1] - 8:23
otherwise [1] - 74:19
outside [3] - 28:3, 44:15, 77:6
outstanding [4] - 100:20, 100:22, 106:7, 106:10
owe [3] - 15:4, 17:12, 17:21
owed [1] - 106:8
owes [1] - 17:18
owing [1] - 18:20
own [23] - 11:21, 16:20, 16:22, 19:20, 22:12, 22:22, 22:23, 23:2, 26:6, 29:2, 29:12, 33:16, 40:17, 41:5, 41:18, 45:5, 84:20, 85:8, 93:10, 97:21, 100:8
owned [2] - 22:13, 51:6
owner [2] - 19:11, 19:14
owners [1] - 17:20, 18:7
ownership [1] - 20:5

**P**

p.m [8] - 1:21, 49:22, 49:23, 50:14, 81:20, 96:18, 96:19, 113:19
p.m.-4:30 [1] - 1:21
packages [1] - 79:22
pAGE [1] - 117:2
PAGE [2] - 117:8, 118:2
PAGE/LINE [1] - 115:4
paid [7] - 15:14, 17:20,

18:21, 28:11, 29:13, 36:23, 90:10
pair [2] - 104:18, 104:22
pan [1] - 101:8
paper [2] - 21:11, 21:19
papers [1] - 110:3
part [7] - 12:8, 41:11, 44:17, 60:16, 84:5, 84:9, 84:14
parties [2] - 74:19, 116:11
partners [2] - 18:11, 18:18
partnership [1] - 87:16
partnerships [1] - 23:4
party [8] - 34:20, 36:18, 37:8, 43:4, 74:14, 75:15, 75:19, 100:18
pass [1] - 24:20
passed [4] - 22:3, 22:5, 22:6, 24:21
password [25] - 48:11, 48:15, 52:11, 52:12, 53:15, 53:17, 54:11, 54:21, 55:9, 55:18, 56:5, 56:17, 57:14, 57:16, 57:20, 57:22, 94:17, 95:22, 98:2, 97:17, 101:17, 105:8, 118:20, 118:21
past [1] - 88:21
Paul [9] - 7:5, 7:6, 24:19, 25:18, 44:5, 58:3, 97:5, 101:13, 101:15
pay [9] - 10:17, 15:7, 15:11, 49:4, 49:5, 64:10, 77:16, 77:21
paycheck [1] - 31:12
paying [1] - 10:19
payout [1] - 8:9
PC [1] - 40:18
PDF [1] - 48:4
penalties [1] - 95:15
people [13] - 16:6, 18:11, 28:17, 37:12, 38:9, 38:10, 39:2, 54:8, 72:8, 74:20, 76:9, 78:5, 78:8
per [1] - 6:18
percent [1] - 76:5
perhaps [1] - 28:11
period [3] - 8:8, 8:9, 23:12

perjury [1] - 95:16
perpetrated [1] - 92:12
person [2] - 37:14
personal [4] - 43:21, 53:12, 85:8, 93:11
personally [2] - 68:22, 118:7
perspective [2] - 70:5, 70:6
Peter [2] - 58:2, 104:6
Pgs [1] - 2:23
phone [29] - 12:2, 13:13, 14:21, 30:21, 31:2, 36:2, 40:14, 53:23, 54:5, 54:6, 54:7, 54:22, 55:2, 55:8, 56:6, 59:20, 59:21, 65:3, 97:15, 102:9, 102:12, 103:8, 103:9, 103:11, 103:14, 103:15, 104:16, 109:6, 113:6
phones [1] - 62:19
physical [1] - 7:14
pick [1] - 110:14
place [4] - 51:23, 88:8, 114:8, 116:9
Place [1] - 13:22
places [1] - 49:3
Plaintiff [1] - 1:11
plaintiffs [11] - 73:4, 75:2, 82:19, 89:17, 90:3, 90:10, 92:9, 92:15, 92:17, 109:20, 118:10
Plaintiffs [2] - 1:5, 2:4
plaintiffs' [1] - 90:21
platform [1] - 63:5
point [6] - 16:17, 21:9, 46:15, 77:3, 100:3, 101:9
pointed [1] - 64:3
police [3] - 29:14, 29:16, 29:17
policy [3] - 30:7, 30:10, 30:13
Port [1] - 26:17
Portland [1] - 24:12
position [9] - 74:22, 75:6, 75:8, 93:15, 93:17, 93:18, 93:20, 110:17
positions [1] - 76:10
possible [1] - 39:23
possibly [2] - 68:6, 82:18
prepare [1] - 109:12
prepared [2] - 21:7,

21:8
PRESENT [1] - 2:8
present [1] - 112:5
presented [1] - 93:5
preserve [1] - 109:7
pretty [2] - 36:16, 62:22
previous [2] - 11:11, 14:18
price [1] - 86:14
primarily [1] - 88:11
primary [1] - 11:13
principals [1] - 38:18
privy [1] - 39:13
problem [1] - 57:18
problems [1] - 76:15
procedure [1] - 48:22
proceed [1] - 57:13
proceeding [1] - 9:7
proceedings [5] - 4:18, 49:23, 81:19, 96:19, 116:12
process [4] - 76:8, 80:21, 110:2, 110:9
procure [1] - 71:2
Produce [2] - 118:7, 118:17
produce [12] - 5:9, 8:17, 21:17, 68:21, 72:16, 72:22, 94:12, 108:23, 109:2, 109:3, 118:9
produced [2] - 93:12
productions [1] - 20:9
Productions [3] - 26:7, 26:9, 26:17
professional [1] - 53:13
Professional [2] - 1:17, 116:4
profit [2] - 78:2, 85:16
profits [2] - 84:8, 84:13
progress [1] - 57:6
Progressive [1] - 31:2
progressive [1] - 30:4
promise [1] - 69:23
promised [3] - 73:3, 73:14, 118:10
properly [3] - 25:11, 39:3, 111:8
property [4] - 22:12, 22:13, 22:16, 22:19
provide [4] - 73:13, 83:17, 85:22, 110:5
provided [1] - 87:4
provider [1] - 40:12
providers [1] - 46:19
providing [1] - 86:4

public [3] - 3:4, 47:5
PUBLIC [1] - 114:21
Public [2] - 1:17, 116:5
pull [7] - 47:6, 47:18, 76:11, 78:5, 78:8, 94:3, 103:21
purchase [3] - 39:12, 75:17, 87:17
purchased [4] - 39:10, 73:2, 85:15, 118:10
purchases [4] - 75:21, 89:23, 90:2, 90:4
purchasing [2] - 77:2, 85:6
purposes [2] - 53:11, 74:7
pursuant [1] - 5:5
PURSUANT [1] - 1:19
pursue [1] - 17:21
put [6] - 37:17, 43:19, 47:23, 72:18, 83:6, 93:23, 107:4, 107:6

**Q**

quarter [1] - 106:4
quarterlies [3] - 15:7, 15:9, 15:11
quasi [1] - 90:20
questions [15] - 4:8, 4:11, 17:3, 44:21, 57:10, 58:8, 62:21, 62:22, 64:3, 64:5, 64:7, 85:18, 87:12, 90:17, 106:19
quick [2] - 80:5, 81:15
quit [1] - 111:19
quite [3] - 17:21, 112:9, 112:22

**R**

rambling [1] - 87:13
ran [1] - 111:3
range [2] - 27:12, 86:15
rarely [1] - 25:10
rather [1] - 51:13
re [2] - 104:18, 104:22
re-pair [2] - 104:18, 104:22
reach [1] - 22:5
reached [2] - 35:22, 36:5
read [1] - 114:7
real [12] - 22:12, 22:13, 22:15, 22:18,

22:20, 22:23, 34:17,
57:18, 81:15,
100:11, 100:13,
106:4
really [30] - 5:2, 8:5,
15:13, 22:10, 25:9,
35:10, 36:19, 37:10,
42:7, 42:11, 43:2,
43:15, 43:16, 43:23,
51:15, 57:17, 63:10,
76:22, 77:19, 79:21,
85:9, 92:20, 101:8,
107:14, 111:7,
112:10, 112:11,
112:22, 112:23
reason [2] - 27:16,
67:21
reasons [1] - 10:16
receive [3] - 3:17,
31:12, 39:5
receiving [1] - 65:20
recently [3] - 34:5,
45:7, 48:9
Recess [3] - 49:22,
81:19, 96:18
recognize [2] - 59:12,
59:14
reconnect [1] - 102:4
reconnected [1] -
105:11
reconvene [1] - 81:10
record [15] - 3:13,
5:21, 12:18, 47:22,
50:2, 50:7, 72:19,
80:3, 81:21, 83:17,
95:11, 96:20, 105:6,
114:7
records [27] - 8:18,
8:19, 52:2, 65:18,
67:11, 67:14, 67:17,
67:19, 67:22, 67:23,
68:3, 68:12, 68:13,
68:21, 69:7, 69:13,
69:15, 71:22, 91:22,
93:10, 93:11, 93:16,
94:3, 94:6, 109:2,
118:7, 118:14
recovery [2] - 104:15,
104:16
refer [2] - 39:14, 39:15
referenced [1] -
109:13
referring [2] - 93:17,
99:19
refiled [1] - 25:17
regard [1] - 19:4
regarding [1] - 89:12
regardless [1] - 76:23
Registered [2] - 1:16,
116:4

regular [4] - 31:13,
31:14, 40:22, 106:6
regulatory [1] - 77:6
relate [1] - 17:3
related [1] - 116:10
relatively [1] - 42:18
reliable [1] - 42:15
relocation [1] - 21:10
remember [7] - 36:10,
44:21, 64:3, 66:18,
87:19, 87:20, 99:4
remotely [1] - 3:3
rendered [2] - 17:16,
18:23
rent [8] - 6:12, 6:14,
6:17, 9:10, 10:17,
10:19, 66:17
rental [3] - 6:11, 79:6,
81:23
report [7] - 13:18,
29:14, 34:4, 34:7,
34:10, 44:23, 118:6
Reporter [2] - 1:17,
116:5
reporter [2] - 98:9,
116:23
represent [1] - 3:9
represented [1] -
85:14
reproduction [1] -
116:22
request [8] - 5:7, 12:6,
32:17, 68:17, 72:13,
72:21, 83:10, 118:5
Request [1] - 118:9
requested [2] - 11:11,
107:22
REQUESTS [8] -
12:11, 32:21, 34:13,
69:3, 73:8, 84:3,
94:21, 118:2
requests [1] - 4:4
require [1] - 68:20
required [3] - 4:20,
21:17, 42:9
resales [1] - 37:15
reserve [1] - 83:12
reserving [1] - 109:4
reset [5] - 57:15,
57:17, 57:19, 57:20,
57:21, 94:16, 94:17,
95:2, 95:22, 96:2,
101:23, 105:2,
118:20, 118:21
resetting [1] - 57:14
response [2] - 72:22,
118:9
rest [3] - 69:21,
105:23, 106:2
result [1] - 37:18

resumed [3] - 49:23,
81:20, 96:19
retail [5] - 41:8, 41:10,
41:12, 41:23, 71:5
retirement [1] - 33:8
retrieve [1] - 109:16
return [5] - 38:21,
90:11, 90:22, 91:5,
91:6
returns [4] - 13:5,
15:16, 15:18, 49:10
revenue [1] - 107:5
review [6] - 74:17,
86:19, 86:22, 90:7,
111:5, 111:8
revolving [1] - 55:4
ringer [1] - 103:18
rise [1] - 18:20
rises [1] - 107:7
road [1] - 75:4
Robert [2] - 7:21, 44:4
Robinhood [6] -
11:15, 11:17, 11:22,
12:7, 12:14, 118:4
rouse [1] - 89:17
RPR [1] - 116:20
rude [1] - 92:19
rule [1] - 38:5
rumor [1] - 38:12
run [8] - 34:4, 34:10,
38:22, 76:20, 76:21,
76:23, 77:2, 80:15
Run [1] - 118:6
running [1] - 99:15

---

## S

S9 [2] - 61:16, 61:17
safe [1] - 33:6
safety [1] - 33:4
sale [1] - 87:18
sales [5] - 41:8, 41:12,
41:23, 84:11
Sally [5] - 14:5, 14:12,
14:17, 14:20, 22:5
Sally@icon [1] - 14:23
Sally@icon-bm.com
[1] - 14:23
sanctions [2] - 95:18,
95:19
saved [2] - 52:14, 56:5
savings [3] - 11:7,
11:8, 43:16
saw [1] - 105:21
scam [1] - 89:19
scary [1] - 36:16
scheme [1] - 84:14
Schenectady [1] - 2:5
Schnetzler [1] - 44:6

SCHNETZLER [1] -
44:6
Schwab [6] - 108:2,
108:3, 108:4,
108:10, 108:21,
108:23
SCHWARTZBERG [1]
- 1:10
search [1] - 21:18
second [4] - 13:10,
13:14, 50:5, 104:5
secondhand [1] -
75:22
seconds [1] - 48:16
security [5] - 27:6,
98:6, 102:14,
103:12, 103:13
Security [1] - 7:2
see [25] - 20:2, 21:14,
23:6, 23:11, 26:18,
31:22, 32:23, 34:3,
43:20, 49:21, 52:21,
54:17, 63:16, 67:17,
75:11, 78:10, 82:10,
86:23, 93:8, 93:21,
93:22, 96:5, 103:6,
105:2, 105:8
seeing [1] - 87:5
self [3] - 13:4, 41:2,
41:4
self-employed [3] -
13:4, 41:2, 41:4
sell [11] - 37:20, 46:20,
60:2, 60:7, 60:21,
61:4, 61:23, 86:17,
87:16, 90:3, 90:9
selling [1] - 89:18
send [32] - 32:18,
34:10, 38:23, 47:13,
47:21, 50:9, 55:2,
55:7, 62:23, 63:19,
69:17, 70:20, 71:19,
74:3, 74:12, 74:18,
81:7, 83:13, 84:7,
85:5, 88:14, 88:17,
94:7, 102:12,
103:11, 109:5,
110:9, 110:22,
111:6, 113:7, 118:6,
118:14
sending [5] - 5:10,
93:14
sends [1] - 15:14
sent [18] - 8:17, 8:19,
8:21, 11:2, 11:10,
12:8, 30:8, 32:4,
69:19, 69:21, 70:18,
72:2, 72:17, 85:8,
88:20, 91:7, 102:6,
103:14

sentence [2] - 84:23,
85:19
separate [3] - 43:22,
53:14, 74:4
separately [1] - 80:22
September [1] - 46:8
Serenity [2] - 38:18,
40:3
serve [2] - 80:22,
110:10
served [4] - 3:18,
21:16, 80:20, 110:19
server [3] - 80:22,
110:2, 110:9
service [3] - 40:12,
41:11, 110:8
services [4] - 17:15,
17:22, 18:22, 18:23
set [14] - 8:6, 17:6,
46:4, 54:2, 54:4,
55:4, 55:16, 55:21,
74:20, 87:23, 88:10,
103:17, 116:9,
116:15
settle [1] - 9:12
settlement [1] - 29:18
setup [1] - 90:5
seven [1] - 43:12
several [1] - 68:5
Shamim [2] - 101:5,
101:13
SHAMIM [1] - 101:5
share [2] - 94:16,
118:20
shared [1] - 68:15
SHEET [2] - 115:2,
115:2
sheets [1] - 48:3
sheriff [1] - 110:10
ship [1] - 63:11
shipping [1] - 75:21
Shook [5] - 35:18,
36:18, 36:21, 37:19,
38:15
short [3] - 47:14,
49:18, 79:11
shorter [1] - 26:5
shortly [1] - 97:3
show [3] - 93:13, 94:8,
118:15
showing [2] - 72:23,
118:9
shut [10] - 20:21, 22:9,
41:9, 41:10, 42:9,
42:10, 42:16, 45:11,
48:8
sic [1] - 14:7
sick [2] - 43:4, 43:17
side [1] - 71:5
sign [2] - 46:14, 54:11

**signed** [2] - 8:23, 92:10
**similar** [1] - 92:10
**simple** [3] - 62:22, 64:14, 106:18
**simply** [2] - 83:6, 107:4
**Singer** [3] - 8:4, 23:17, 23:19
**SINGER** [1] - 23:21
**sitting** [1] - 45:10
**six** [13] - 16:10, 16:13, 16:16, 16:23, 17:4, 18:11, 20:4, 20:8, 22:14, 33:22, 48:15, 68:22, 118:7
**skill** [1] - 116:8
**skim** [1] - 52:2
**Social** [1] - 7:2
**sole** [2] - 19:11, 19:14
**solutions** [1] - 41:13
**someone** [7] - 8:7, 15:14, 38:2, 39:14, 60:23, 79:18, 93:21
**sometime** [1] - 45:14
**sometimes** [10] - 65:6, 74:5, 74:7, 75:15, 75:18, 75:20, 75:23, 76:21, 84:11
**somewhere** [2] - 48:12, 78:16
**sorry** [13] - 10:3, 29:22, 30:19, 31:7, 36:12, 55:11, 71:13, 82:22, 83:2, 91:21, 97:12, 102:2, 102:13
**sort** [1] - 10:18
**sound** [1] - 69:12
**sounds** [3] - 40:4, 40:7, 112:18
**source** [11] - 11:5, 13:3, 31:13, 62:3, 62:4, 74:9, 85:22, 86:8, 86:9, 86:12, 86:17
**sourced** [3] - 62:2, 63:23, 70:15
**sources** [5] - 13:2, 14:14, 43:13, 72:6, 86:4
**sourcing** [1] - 86:3
**Southern** [1] - 58:14
**SOUTHERN** [2] - 1:3, 1:9
**speaking** [1] - 51:16
**specific** [2] - 4:8, 37:5
**specifically** [1] - 8:3
**specifics** [1] - 38:13
**speculate** [3] - 51:9, 51:12, 51:17

**speed** [2] - 111:2, 111:6
**spell** [7] - 10:5, 10:9, 13:23, 14:6, 23:20, 52:19, 57:4
**spend** [1] - 43:3
**spreadsheet** [3] - 50:10, 50:14, 50:16
**stand** [4] - 67:4, 67:7, 94:18, 118:21
**standing** [1] - 81:16
**standpoint** [1] - 92:23
**start** [3] - 5:16, 51:23, 99:9
**started** [1] - 6:19
**starts** [2] - 104:7, 104:8
**STATE** [1] - 114:3
**State** [5] - 1:17, 9:14, 27:15, 98:17, 116:5
**state** [3] - 4:16, 5:20, 95:20
**statement** [3] - 21:6, 34:18, 112:15
**statements** [11] - 12:7, 21:17, 21:19, 68:15, 87:10, 91:14, 92:11, 107:21, 107:22, 108:18, 118:3
**states** [1] - 42:13
**STATES** [2] - 1:2, 1:9
**stay** [5] - 39:22, 47:15, 49:19, 80:2, 112:20
**steal** [1] - 85:3
**stealing** [2] - 73:5, 118:11
**stenographer** [1] - 23:20
**stepping** [1] - 92:21
**steps** [2] - 39:2, 95:8
**STEWART** [1] - 2:4
**Still** [1] - 29:20
**still** [20] - 12:3, 20:2, 20:17, 29:23, 31:22, 41:17, 41:18, 41:22, 46:10, 50:3, 50:8, 57:11, 57:13, 86:3, 103:23, 109:9, 109:17, 110:13, 113:11
**stock** [1] - 33:11
**stocks** [2] - 11:20, 11:21
**Stojanovich** [9] - 3:8, 5:22, 6:3, 20:9, 25:18, 26:7, 26:9, 26:14, 44:5
**STOJANOVICH** [5] - 1:18, 3:2, 113:19, 114:15, 115:3

**stole** [1] - 89:17
**stolen** [2] - 29:7, 29:10
**stone** [1] - 88:10
**stop** [1] - 87:11
**storage** [1] - 50:19
**stored** [2] - 48:12, 78:12
**Stores** [1] - 35:5
**straightforward** [1] - 62:22
**strange** [1] - 9:5
**Street** [2] - 6:8, 66:15
**striking** [1] - 35:15
**structure** [2] - 41:6, 63:3
**structured** [1] - 8:4
**stuck** [2] - 6:20, 39:21
**stuff** [28] - 21:12, 23:10, 32:16, 37:13, 39:8, 39:10, 39:11, 41:13, 43:18, 43:22, 47:5, 49:2, 54:3, 63:22, 65:6, 68:2, 70:16, 74:18, 75:14, 76:8, 76:12, 77:5, 78:19, 85:6, 93:8, 99:18, 100:23
**submitted** [1] - 4:15
**subpoena** [17] - 1:19, 3:17, 4:20, 5:5, 21:16, 55:7, 68:19, 72:22, 80:17, 80:20, 101:13, 109:9, 110:14, 110:17, 110:18, 113:12, 118:9
**subpoenaed** [5] - 3:12, 80:9, 80:13, 93:12, 108:17
**subpoenaing** [2] - 109:22, 110:5
**subpoenas** [2] - 110:6, 110:12
**substantial** [2] - 16:11, 59:4
**sue** [1] - 113:7
**Sue** [7] - 5:17, 7:9, 12:17, 44:6, 44:8, 57:4, 113:17
**sued** [2] - 28:19, 28:22
**Suite** [3] - 2:5, 13:22, 66:15
**sum** [1] - 8:10
**supervision** [1] - 116:23
**SUPPLIED** [7] - 12:11, 32:21, 34:13, 69:3, 73:8, 84:3, 94:21
**supplier** [1] - 76:22

**suppliers** [2] - 76:15, 76:20
**supply** [1] - 72:13
**support** [3] - 42:3, 71:23, 93:15
**supposed** [9] - 5:9, 8:16, 22:2, 27:2, 49:16, 70:23, 71:8, 90:5, 100:7
**Supreme** [1] - 27:15
**Susan** [2] - 1:16, 7:9
**SUSAN** [2] - 116:4, 116:20
**Suzanne** [4] - 7:10, 7:11, 7:12
**sworn** [2] - 3:3, 92:11
**Sworn** [1] - 114:18
**system** [1] - 48:13

## T

**t-a-m-s-i-n** [1] - 10:6
**T127925** [1] - 104:4
**table** [1] - 39:11
**talks** [1] - 40:9
**Tamsin** [2] - 10:2, 10:4
**tax** [5] - 13:5, 15:3, 15:16, 15:18, 49:10
**taxes** [4] - 15:12, 15:15, 22:6, 49:13
**TD** [5] - 48:19, 107:19, 107:20, 108:6, 108:23
**telephone** [3] - 62:16, 94:11, 118:16
**ten** [2] - 46:18, 51:11
**term** [2] - 86:8, 86:9
**terminal** [2] - 105:10, 105:12
**testified** [2] - 3:4, 37:19
**testimony** [6] - 4:15, 95:21, 106:13, 106:16, 113:18, 114:8
**text** [5] - 55:2, 55:3, 62:19, 103:22, 103:23
**texting** [2] - 94:11, 118:16
**THE** [5] - 12:13, 12:22, 32:23, 72:15, 83:22
**themselves** [2] - 76:10, 93:8
**thereafter** [1] - 97:3
**they've** [2] - 9:5, 49:14
**third** [6] - 36:18, 37:8, 74:14, 74:19, 75:15, 75:19

**third-parties** [1] - 74:19
**third-party** [3] - 74:14, 75:15, 75:19
**thousand** [5] - 18:22, 31:18, 51:11, 105:22, 106:14
**threatened** [1] - 36:14
**three** [7] - 11:3, 11:4, 20:10, 40:4, 74:15, 87:8, 94:2
**thumb** [1] - 38:5
**tied** [1] - 77:5
**Tim** [2] - 7:19, 44:10
**TIME** [1] - 1:21
**TO** [11] - 1:19, 12:11, 32:21, 34:13, 69:3, 73:8, 84:3, 94:21, 117:2, 117:8, 118:2
**today** [22] - 3:13, 5:4, 5:9, 31:16, 34:22, 47:8, 50:11, 50:12, 52:8, 56:8, 68:20, 80:10, 80:14, 80:21, 91:15, 91:16, 91:17, 95:21, 106:16, 109:13, 111:14, 113:13
**today's** [4] - 3:16, 4:6, 94:14, 118:19
**toes** [1] - 92:22
**together** [14] - 43:10, 43:11, 47:18, 47:21, 47:23, 49:19, 62:7, 63:23, 74:21, 83:5, 86:5, 86:11, 87:23, 93:23
**Tom** [3] - 104:3, 104:5, 104:7
**took** [4] - 37:3, 50:6, 73:11, 76:14
**total** [2] - 31:16, 69:10
**totally** [3] - 70:6, 70:8, 93:22
**touch** [2] - 37:12, 74:8
**town** [1] - 98:23
**trade** [3] - 11:19, 11:20, 33:19
**traditional** [1] - 55:22
**TRAMONTANA** [1] - 2:9
**Tramontana** [1] - 59:6
**transaction** [11] - 18:19, 19:5, 47:7, 47:9, 62:8, 62:10, 63:15, 67:13, 72:11, 85:21, 86:13
**transactional** [1] - 51:3
**transactions** [16] -

18:21, 62:13, 63:7,
64:18, 64:23, 82:19,
86:19, 87:2, 88:9,
89:13, 90:8, 91:10,
91:11, 92:2, 92:5,
109:20
transcript [3] - 114:10,
116:7, 116:21
TRANSCRIPT [2] -
115:2, 115:2
transfer [4] - 22:3,
36:17, 38:16, 71:15
transferred [4] - 37:7,
63:13, 63:17, 63:18
transpired [1] - 70:9
traveled [1] - 44:14
Tribeca [1] - 28:5
tried [13] - 9:5, 19:17,
28:15, 39:22, 42:12,
46:14, 70:11, 98:19,
99:5, 100:5, 105:12,
111:4
Trocan [1] - 35:9
troubleshooting [1] -
95:8
true [4] - 85:11,
111:16, 114:10,
116:7
Trust [1] - 25:19
trust [8] - 7:23, 8:6,
25:3, 25:5, 25:8,
25:13, 25:16, 27:21
trustee [1] - 7:23
trusts [1] - 25:10
truth [1] - 4:18
truthful [1] - 44:23
try [15] - 39:16, 47:23,
48:4, 70:16, 77:9,
77:10, 81:14, 95:3,
96:14, 96:21, 98:23,
103:2, 103:3,
103:10, 113:4
trying [25] - 9:3, 9:10,
10:18, 13:20, 17:16,
17:17, 17:20, 19:7,
19:19, 45:16, 46:10,
55:10, 55:12, 56:3,
56:20, 57:2, 57:3,
57:7, 75:17, 84:19,
98:5, 99:14, 102:19,
106:12, 112:20
turn [3] - 102:11,
102:12, 103:18
turnkey [1] - 41:13
twice [1] - 111:19
two [11] - 27:13,
48:13, 48:15, 53:13,
54:15, 54:16, 54:19,
54:23, 94:18,
106:19, 118:21

two-factor [6] - 48:13,
48:15, 54:16, 54:19,
94:18, 118:21
type [2] - 89:12, 99:22
types [1] - 61:22
typical [1] - 48:17
typically [2] - 23:10,
41:8

U

uncle [1] - 7:8
uncle's [1] - 7:7
unclear [1] - 86:3
under [21] - 4:15,
37:19, 38:5, 38:7,
44:2, 44:21, 50:3,
50:8, 53:22, 66:11,
89:6, 95:5, 95:13,
95:15, 95:21,
106:16, 107:2,
109:9, 110:14,
113:12, 116:22
understood [1] -
89:22
unfortunately [1] -
21:23
unh [2] - 17:9
unh-unh [1] - 17:9
UNITED [2] - 1:2, 1:9
unless [2] - 54:5,
116:22
up [50] - 8:6, 9:2, 12:2,
13:7, 17:6, 22:17,
23:18, 26:19, 37:16,
39:21, 42:15, 46:4,
46:15, 47:6, 51:14,
51:18, 51:20, 51:21,
52:15, 52:16, 52:22,
53:18, 54:2, 54:4,
55:4, 55:16, 55:21,
74:20, 75:14, 76:2,
77:5, 78:5, 78:8,
78:13, 81:3, 81:9,
97:4, 99:14, 101:23,
103:9, 103:15,
103:17, 103:21,
110:2, 110:13,
111:2, 111:5,
112:11, 112:14
updated [1] - 32:13
US [3] - 51:6, 63:6,
63:10
user [1] - 54:17
uses [1] - 64:18
utilities [1] - 66:22

V

V-e-l-a-z-q-u-e-z [1] -
14:20
various [2] - 72:6,
109:20
vehicle [1] - 29:12
vehicles [1] - 29:6
Velazquez [1] - 14:20
vendors [1] - 82:18
Ventures [1] - 59:7
verification [1] - 102:6
verified [1] - 54:21
verify [10] - 54:17,
54:22, 64:19, 65:19,
67:12, 68:2, 68:11,
72:10, 87:3
Verizon [1] - 40:13
verse [1] - 101:7
versus [3] - 53:12,
58:13, 70:10
via [2] - 63:14, 91:8
Victor [2] - 58:3
Videoconference [1] -
1:22
Virginia [3] - 98:18,
98:23, 100:2
voice [1] - 48:22

W

wait [4] - 5:16, 13:9,
77:8, 81:9
waiting [3] - 12:3,
56:18, 98:9
wallets [4] - 45:6,
45:9, 45:10, 45:22
wants [1] - 103:22
warranties [1] - 76:11
Washington [4] -
24:5, 24:7, 24:11,
69:19
Wednesday [1] -
113:3
well-defined [1] - 48:2
West [1] - 66:15
WHEREOF [1] -
116:15
whole [1] - 105:2
William [2] - 58:3
Williams [3] - 35:9,
35:13
willing [1] - 96:11
wire [10] - 62:6, 63:14,
65:15, 67:10, 67:15,
67:19, 69:5, 85:23,
91:8, 93:14
wired [7] - 67:13,

69:10, 70:3, 85:12,
85:13, 88:15, 88:18
wishes [1] - 32:16
WITNESS [7] - 1:18,
12:13, 12:22, 32:23,
72:15, 83:22, 116:15
word [1] - 85:2
works [1] - 10:14
World [1] - 26:21
worth [3] - 34:18,
107:10, 107:15
written [2] - 87:22,
88:7
Wu [2] - 97:6, 101:13
WU [1] - 97:6
Wu's [1] - 101:15
WWPV [3] - 67:4,
67:5, 67:8
WWPV2012 [1] - 53:8
WWPV2013 [1] - 57:3,
57:23, 102:3
WWPV2013@Gmail.
com [1] - 57:5
WWPV2025@Gmail.
com [1] - 67:2

Y

Yasar [1] - 59:8
year [11] - 15:7, 29:7,
34:7, 42:6, 43:3,
44:19, 99:9, 99:10,
112:21, 112:22
years [21] - 8:14,
16:10, 16:13, 16:16,
16:23, 17:4, 20:4,
20:8, 21:9, 22:14,
33:23, 35:22, 37:11,
40:8, 43:12, 63:9,
68:5, 68:22, 87:9,
94:2, 118:7
YORK [3] - 1:3, 1:9,
114:3
York [19] - 1:17, 2:5,
6:8, 9:14, 20:16,
24:4, 27:15, 27:16,
35:19, 42:18, 44:15,
46:16, 46:18, 46:21,
58:14, 66:15, 116:6
yourself [4] - 38:17,
42:4, 42:20, 56:22
Yukon [1] - 29:9
yup [2] - 80:15, 80:20

Z

Zoom [3] - 1:17, 1:22,
113:7