EXHIBIT "L"

```
                                                               1
 1
 2
     UNITED STATES DISTRICT COURT
 3   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------------------X
 4   ALEX HOLMES, et al.,

 5              Plaintiffs,

 6   -against-                            Case No.:
                              1:20-CV-04448-UA
 7
     CHET MINING CO., LLC, et al.,
 8
                Defendants.
 9   ------------------------------------------------X
     UNITED STATES DISTRICT COURT
10   SOUTHERN DISTRICT OF NEW YORK
     ------------------------------------------------X
11   ANDREW SCHWARTZBERG,

12              Plaintiff,

13   -against-                            Case No.:
                              1:20-CV-01880
14   CHET MINING CO., LLC, et al.,

15              Defendants.
     ------------------------------------------------X
16       DEPOSITION in the above-entitled actions,
     taken before Susan Florio, a Registered
17   Professional Reporter and Notary
     Public in and for the State of New York by
18   Zoom.

19   WITNESS:         CHET STOJANOVICH, DEFENDANT

20   PURSUANT TO:    Subpoena

21   DATE:           September 2, 2021

22   TIME:           2:00 p.m.

23   HELD:           Videoconference (Zoom)
```

```
                                                          2
 1
 2
        APPEARANCES:
 3
 4           E. STEWART JONES HACKER MURPHY, LLP
             Attorneys for Plaintiffs
 5           200 Harborside Drive, Suite 300
             Schenectady, New York 12305
 6           BY:  JOHN F. HARWICK, ESQ.
                  (518)213-0113
 7                jharwick@joneshacker.com
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
```

3

1  **[Proceedings]**

2          MR. HARWICK:  This is John Harwick
3  representing Alex Holmes, Judgment
4  Creditor of Chet Stojanovich in a federal
5  court case venued in the Southern
6  District of New York.
7          This is a continuation of an
8  Article 52 collection deposition against
9  Chet Stojanovich.  I had an opportunity
10 to e-mail him the Zoom link, my secretary
11 did, and I personally texted the Zoom
12 link to a cell phone that I know works.
13 I spoke with him this morning about this
14 deposition and he has not appeared at
15 today's deposition.  He did indicate to
16 me he was going to be making a settlement
17 offer in writing by e-mail by 2:00 today.
18 It is now 2:03 p.m., I do not have any
19 type of settlement offer to resolve my
20 client's federal court default judgment
21 against him.  And, therefore, since he
22 has defaulted in appearing for the
23 continuation of this deposition we will

4

**[Proceedings]**

1
2      be making a motion to hold
3      Mr. Stojanovich in contempt of court and
4      that's the conclusion of this record.
5              (Whereupon, the proceedings
6      concluded at 2:04 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

5

C E R T I F I C A T I O N

I, SUSAN FLORIO, Registered Professional Reporter and Notary Public in and for the State of New York, do hereby certify that the foregoing is a true, complete and accurate transcript to the best of my knowledge, skill and ability of the deposition of said witness who was first duly sworn by me on the date and place hereinbefore set forth.

I FURTHER CERTIFY that I am not related to or employed by any of the parties to the action in which this deposition was taken, or any attorney or counsel employed in this action, nor am I financially interested in the case.

IN WITNESS WHEREOF, I have hereunto set my hand this 10th day of September, 2019.

_____

SUSAN FLORIO, RPR

(The foregoing certification of this transcript does not apply to any reproduction of the same by any means unless under the direct control and/or supervision of the certifying reporter.)