USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALEX HOLMES et al, :
:
:
Plaintiffs, :
: 20-cv-4448 (LJL)
-v- :
: ORDER
:
CHET MINING CO, LLC et al, :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court will hold a remote hearing on Plaintiffs' motion to hold Defendant Chet Stojanovich in civil contempt, Dkt. No. 62., on **February 14, 2022 at 11:00 a.m.** Parties are directed to dial into the Court's teleconference line at **888-251-2909** and use access code **2123101**.

    Plaintiffs are ordered to serve a copy of this Order on Defendant Stojanovich and to file proof of service on the docket.

SO ORDERED.

Dated: January 21, 2022
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge