UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Plaintiff / Petitioner:**
ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.

**Defendant / Respondent:**
CHET MINING CO, LLC., CHET MINING CO CANADA, LTD., and CHET STOJANOVICH

**AFFIDAVIT OF SERVICE**

Case No:
1:20-cv-04448-LJL

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in the state of New York. On Tue, Jan 18 2022 AT 11:45 AM AT 105 Duane St APT. 20F, New York, NY 10007 deponent served the within NOTICE OF MOTION FOR CIVIL CONTEMPT, AFFIRMATION OF JOHN F. HARWICK, ESQ. (with Exhibits A-M), MEMORANDUM OF LAW on CHET STOJANOVICH

[ ] **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

[ ] **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

[ ] **Suitable Person:** by delivering thereat, a true copy of each to _____ a person of suitable age and discretion.

[X] **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at
1) 01/14/2022 @ 06:49 PM   2) 01/15/2022 @ 08:50 AM   3) 01/18/2022 @ 11:45 AM

[X] **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 105 Duane St APT. 20F, New York, NY 10007, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Jan 18 2022, the envelope bore the legend "personal & confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the recipient.

[ ] **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. *Defendant wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description:**
Age: _____ Ethnicity: _____ Gender: _____ Weight: _____
Height: _____ Hair: _____ Eyes: _____ Relationship: _____
Other _____

Sworn to before me on  1/21/2022

David Meaney
Lic. No. 2085682-DCA

Notary Public

David A. Meaney
5 West 101st St. 6B
New York, NY 10025
(917) 837-3803

AUSTIN TAYLOR
Notary Public, State of New York
Reg. No. 01TA6216129
Qualified in Albany County
Commission Expires January 11, 20 26