UNITED STATES DISTRICT COURT — Southern of New York

Index number and date of filing appeared on summons and complaint when served.

| ALEX HOLMES ET AL | |
|---|---|
| | Plaintiff/Petitioner |
| - against - | |
| CHET MINING CO LLC ET AL 2/14/22 () | |
| | Defendant/Respondent |

Index # 20 CV 4448 (LJL)
Filing Date:

STATE OF NEW YORK: COUNTY OF SUFFOLK: ss:

JAMES MORRIS # 2084276, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 2/3/2022 AT 6:51 PM at 105 DUANE STREET APT 20F NEW YORK 10007, N.Y. deponent served the within ORDER on CHET STOJANOVICH defendant/respondent named.

SUITABLE AGE PERSON
Deponent could not accomplish personal service and delivered a true copy and left it with 'JOHN DOE' a person of suitable age and discretion at 105 DUANE STREET APT 20F NEW YORK 10007, N.Y. - defendant's/respondent's usual place of abode.

Deponent completed service by mailing a copy of the ORDER in a stamped addressed envelope in an official depository under the care of the United States Post Office in New York State on 2/3/2022 at defendant's/respondent's last known residence in an envelope marked 'Personal & Confidential' not disclosing the sender's identity.

A description of the person served is as follows:

Approx. Age: 30   Approx. Weight: 155   Approx. Height: 5'7"   Sex: Male   Skin: Brown   Hair: Black

OTHER: DOORMAN/REFUSED NAME/REFUSED ENTRY TO BLDG

Sworn to before me this 2/4/2022

Frances T. Mondrone #4835596
Notary Public, State of New York
Suffolk County, Commission Expires 5/31/2023

_____
Notary Public

_____
JAMES MORRIS # 2084276