UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

---

ALEX HOLMES, et al.,

                     Plaintiffs,         **AFFIDAVIT OF SERVICE**

  -*against*-                                     Case No.: 7:20-cv-0448-UA

CHET MINING CO., LLC, et al.

                     Defendants.

---

STATE OF NEW YORK     )
                                )ss:
COUNTY OF SCHENECTADY  )

Deanna M. Dudley, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 21st day of January 2022, she served the within **1-21-2022 LETTER TO CHET ENCLOSING HEARING ORDER ON PLAINTIFFS' MOTION FOR CIVIL CONTEMPT** upon the following:

TO:    **CHET STOJANOVICH**
        105 Duane Street, Apt. 20F
        New York, NY 10007
        chet@chetminingco.com

by depositing a true and correct copy of the same via e-mail and via Federal Express-Overnight Mail (Signature Required) directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                                  _____
                                                                   Deanna M. Dudley

Sworn to before me this
21st day of January 2022.

_____
Notary Public - State of New York

STEPHANIE HARRIS
Notary Public, State of New York
Qualified in Schenectady County
No.: 01LO6083461
Commission Expires on 11/12/23



FedEx Tracking

**775823764180**
ADD NICKNAME

## Delivered
Monday, January 24, 2022 at 8:32 am

**DELIVERED**
Signed for by: C.CHRIS

GET STATUS UPDATES
OBTAIN PROOF OF DELIVERY

Adult signature required

**FROM**
Deanna Dudley
28 Second Street
TROY, NY US 12180
518-274-5820

**TO**
CHET STOJANOVICH
105 DUANE STREET
APT. 20F
NEW YORK, NY US 10007
518-274-5820

MANAGE DELIVERY

### Travel History

**TIME ZONE**
Local Scan Time

**Monday, January 24, 2022**

| | | |
|---|---|---|
| 8:32 AM | NEW YORK, NY | Delivered |
| 7:59 AM | NEW YORK, NY | On FedEx vehicle for delivery |

**Saturday, January 22, 2022**

| 10:05 AM | NEW YORK, NY | At local FedEx facility<br>Package not due for delivery |
| --- | --- | --- |
| 10:05 AM | NEW YORK, NY | At local FedEx facility |
| 9:05 AM | NEWARK, NJ | Departed FedEx hub |
| 6:33 AM | NEWARK, NJ | Arrived at FedEx hub |
| 3:34 AM | MEMPHIS, TN | Departed FedEx hub |

**Friday, January 21, 2022**

| 11:14 PM | MEMPHIS, TN | Arrived at FedEx hub |
| --- | --- | --- |
| 8:24 PM | MENANDS, NY | Left FedEx origin facility |
| 3:21 PM | MENANDS, NY | Picked up |
| 1:02 PM | | Shipment information sent to FedEx |

Expand History ∨

## Shipment Facts

| | | |
| --- | --- | --- |
| **TRACKING NUMBER**<br>775823764180 | **SERVICE**<br>FedEx Priority Overnight | **WEIGHT**<br>0.5 lbs / 0.23 kgs |
| **DELIVERY ATTEMPTS**<br>1 | **DELIVERED TO**<br>Residence | **TOTAL PIECES**<br>1 |
| **TOTAL SHIPMENT WEIGHT**<br>0.5 lbs / 0.23 kgs | **TERMS**<br>Shipper | **SHIPPER REFERENCE**<br>HOLMES-JFH |
| **PACKAGING**<br>FedEx Envelope | **SPECIAL HANDLING SECTION**<br>Deliver Weekday, Residential Delivery, Adult Signature Required | **SHIP DATE**<br>1/21/22 |
| **SHIPMENT-FACTS.COD-DETAIL**<br>$0.00 | **SIGNATURE SERVICES**<br>Adult signature required | **STANDARD TRANSIT**<br>1/24/22 before 12:00 pm |
| **ACTUAL DELIVERY**<br>1/24/22 at 8:32 am | | |