UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX HOLMES, JOSH NAVARRO, NICO
TRAMONTANA, BITCOIN VENTURES 2020, LLC,
YASAR CORPORATION and ONEPURPOSE LTD.,

                                     Plaintiffs.

    against-

CHET MINING CO, LLC, CHET MINING CO
CANADA LTD., and CHET STOJANOVICH,

                                   Defendants.
_____

**ATTORNEY AFFIRMATION**

Case No.: 1:20-CV-04448-LJL

       JOHN F. HARWICK, ESQ., an attorney admitted to practice in this Honorable Court affirms and certifies under penalty of perjury the following:

       1.     I am a partner with the law firm E. Stewart Jones Hacker Murphy LLP, attorneys for the plaintiffs in the above-captioned matter. I respectfully submit this Affirmation in support of the plaintiffs' motion for contempt sanctions against the defendants pursuant to Rule 45(g) of the Federal Rules of Civil Procedure, and SDNY Local Rule 83.6.  This Affirmation is based upon my personal knowledge.

       2.     A copy of an e-mail chain wherein Chet Stojanovich acknowledged receipt of the contempt proceeding time and date is attached herewith as Exhibit "A".

       2.     On February 3, 2022, immediately following the e-mail, Chet Stojanovich called me, and I confirmed the correct date and time of the Contempt Hearing.

       3.     Chet Stojanovich has acknowledged and is fully aware of the Contempt Hearing set for Monday, February 14, 2022 at 11:00 a.m.

Dated: February 11, 2022

                                      E. STEWART JONES HACKER MURPHY LLP

By: _____
John F. Harwick, Esq. (Bar Roll JF2535)
*Attorneys for Plaintiff's, Andrew Schwartzberg
and Amir Fardghassemi*
200 Harborside Drive, Suite 300
Schenectady, New York 12305
Direct Dial: (518) 213-0113
Jharwick@joneshacker.com

2