# John Harwick

**From:** John Harwick
**Sent:** Thursday, February 3, 2022 11:21 AM
**To:** Chester Stojanovic
**Subject:** Re: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Mining Co, LLC et al Set/Reset Hearings

This is set for 2/14 at 11:00 am.

John F. Harwick, Esq.
**E. Stewart Jones Hacker Murphy LLP**

Office:  (518)274-5820
Fax:    (518)274-5875
Cell:    (518)281-8150


> On Feb 3, 2022, at 11:18 AM, Chester Stojanovic <admin@phoenixdatas.com> wrote:
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Robert Friedman <rfriedman@sheppardmullin.com>
>> **Date:** February 1, 2022 at 8:23:27 PM EST
>> **To:** "Riera, Mark" <MRiera@jmbm.com>, Chester Stojanovic <admin@phoenixdatas.com>, Chet Stojanovich <chet@chetminingco.com>
>> **Cc:** "Cohen, Bradford" <BCohen@jmbm.com>
>> **Subject: RE: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Mining Co, LLC et al Set/Reset Hearings**
>>
>>> **From:** John Harwick <jharwick@joneshacker.com>
>>> **Sent:** Friday, January 28, 2022 1:40 PM
>>> **To:** Riera, Mark <MRiera@jmbm.com>
>>> **Subject:** Fwd: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Mining Co, LLC et al Set/Reset Hearings
>>>
>>>
>>> John F. Harwick, Esq.

1

E. Stewart Jones Hacker Murphy LLP

200 Harborside Drive

Suite 300

Schenectady, NY 12305

Office: (518)274-5820

Fax: (518)274-5875

Cell: (518)281-8150

www.joneshacker.com

Begin forwarded message:

> From: John Harwick <jharwick@joneshacker.com>
> Date: January 21, 2022 at 11:41:56 AM EST
> To: Deanna Dudley <ddudley@joneshacker.com>
> Subject: Fwd: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Mining Co, LLC et al Set/Reset Hearings
>
> DIARY
>
> John F. Harwick, Esq.
>
> E. Stewart Jones Hacker Murphy LLP
>
> 200 Harborside Drive
>
> Suite 300
>
> Schenectady, NY 12305
>
> Office: (518)274-5820
>
> Fax: (518)274-5875
>
> Cell: (518)281-8150

2

www.joneshacker.com

Begin forwarded message:

**From:** NYSD_ECF_Pool@nysd.uscourts.gov
**Date:** January 21, 2022 at 11:37:56 AM EST
**To:** CourtMail@nysd.uscourts.gov
**Subject: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Mining Co, LLC et al Set/Reset Hearings**

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Southern District of New York

**Notice of Electronic Filing**

The following transaction was entered on 1/21/2022 at 11:36 AM EST and filed on 1/21/2022

**Case Name:** Holmes et al v. Chet Mining Co, LLC et al
**Case Number:** 1:20-cv-04448-LJL
**Filer:**
**WARNING: CASE CLOSED on 11/25/2020**
**Document Number:** No document attached

**Set/Reset Hearings: Telephone Conference set for 2/14/2022 at 11:00 AM before Judge Lewis J. Liman. (va)**

3

**1:20-cv-04448-LJL Notice has been electronically mailed to:**

John Frederick Harwick    jharwick@joneshacker.com, ddudley@joneshacker.com, diversen@joneshacker.com, djohnson@joneshacker.com, sfebus@joneshacker.com

Benjamin Fisher Neidl    bneidl@joneshacker.com

**1:20-cv-04448-LJL Notice has been delivered by other means to:**

Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments