```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ALEX HOLMES et al,                                                 :
:
             Plaintiffs,                                           :
:                     20-cv-4448 (LJL)
        -v-                                                        :
:                        ORDER
CHET MINING CO, LLC et al,                                         :
:
             Defendants.                                           :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held a hearing on Plaintiffs' motion for contempt on March 23, 2022.  During that hearing, Plaintiffs indicated their intention to ask the Court to hold Defendant Stojanovich in civil or criminal contempt for failure to honor the Court's order of February 14, 2022.  This Order memorializes the Court's orders at the March 23, 2022 hearing.  It is hereby ORDERED that:

- The deadline for Plaintiffs to file supplemental contempt papers is April 1, 2022;
- The deadline for Defendant Stojanovich to respond is April 8, 2022; and
- A contempt hearing is scheduled for April 11, 2022 at 10:00 a.m. in Courtroom 15C of the federal courthouse at 500 Pearl Street, New York, NY 10007.

      Counsel for Plaintiffs is further ordered to serve a copy of this Order on Defendant Stojanovich by email to the email address he provided on the record on March 23, 2022 (the Defendant having indicated he would accept service by email).

      Defendant Stojanovich is further notified that failure to appear at the April 11, 2022 hearing and/or a finding that he violated the Court's February 14, 2022 orders might result in a finding of civil and/or criminal contempt.  Defendant Stojanovich is advised that there is a legal clinic in this District that provides assistance, free of charge, to people who are parties in civil cases and do not have lawyers.  The clinic is run by a private organization called the New York Legal Assistance Group ("NYLAG"); it is not part of, or run by, the Court.  An unrepresented party can contact NYLAG via https://nylag.org/gethelp/ or by calling 212-659-6190.

      SO ORDERED.

Dated: March 29, 2022
      New York, New York
                                                                                                LEWIS J. LIMAN
                                                                              United States District Judge