UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

---

ALEX HOLMES, et al.,

                Plaintiffs,

-against-

CHET MINING CO., LLC, et al.

                Defendants.

**AFFIDAVIT OF SERVICE**
Case No.: 7:20-cv-0448-UA

---

STATE OF NEW YORK    )
                                 )ss:
COUNTY OF SCHENECTADY  )

Deanna M. Dudley, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 1st day of April 2022, she served the within **JUDGE LIMAN'S MARCH 29, 2022 ORDER** upon the following:

TO:    **CHET STOJANOVICH**
         chet@chetminingco.com
         admin@phoenixdata.com
         chet11chet11@gmail.com

by depositing a true and correct copy of the same via e-mail directed to said individual, respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                        _Deanna M. Dudley_

Sworn to before me this
1st day of April 2022.

_Stephanie Harris_
Notary Public - State of New York

STEPHANIE HARRIS
Notary Public, State of New York
Qualified in Schenectady County
No.: 01LO6083461
Commission Expires on 11/12/22