```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ALEX HOLMES et al,                                             :
                                                               :
                        Plaintiffs,                            :
                                                               :           20-cv-4448 (LJL)
        -v-                                                    :
                                                               :              ORDER
CHET MINING CO, LLC et al,                                     :
                                                               :
                        Defendants.                            :
                                                               :
-------------------------------------------------------------- X
```

LEWIS J. LIMAN, United States District Judge:

      This morning, chambers received a call from Defendant Chet Stojanovich in which Defendant communicated that his counsel had a medical emergency and may not be able to attend the contempt hearing this morning.  No counsel for Defendant has filed a notice of appearance in this matter.  Defendant is not relieved of his obligation to attend this morning's hearing as the Court indicated at the hearing held on March 23, 2022 and its subsequent order, Dkt. No. 69.  Defendant was warned by the Court at the March 23, 2022 hearing that his failure to appear at the April 11, 2022 contempt hearing may result in a warrant for his arrest.

      Plaintiff is hereby ORDERED to serve a copy of this Order on Defendant.

SO ORDERED.

Dated: April 11, 2022  
      New York, New York

                                          LEWIS J. LIMAN  
                                      United States District Judge