UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

---

ALEX HOLMES, et al.,

                     Plaintiffs,        **AFFIDAVIT OF SERVICE**

   -against-                                Case No.: 7:20-cv-0448-UA

CHET MINING CO., LLC, et al.

                     Defendants.

---

STATE OF NEW YORK      )
                                 )ss:
COUNTY OF SCHENECTADY  )

Deanna M. Dudley, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 12th day of April 2022, she served the within **PROPOSED ORDER** upon the following:

TO:    **CHET STOJANOVICH**
         **ADMIN@PHOENIXDATAS.COM**

by depositing a true and correct copy of the same via e-mail directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                    _Deanna M. Dudley_

Sworn to before me this
12th day of April 2022.

_Stephanie Harris_
Notary Public - State of New York

STEPHANIE HARRIS
Notary Public, State of New York
Qualified in Schenectady County
No.: 01LO6083461
Commission Expires on 11/12/23