UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEX HOLMES, JOSH NAVARRO, NICO TRAMONTANA, BITCOIN VENTURES 2020, LLC, YASAR CORPORATION and ONEPURPOSE LTD.,

                                  Plaintiffs,

-against-

CHET MINING CO, LLC, CHET MINING CO CANADA LTD., and CHET STOJANOVICH,

                                  Defendants.

**ATTORNEY AFFIRMATION IN SUPPORT OF APPLICATION FOR ATTORNEY'S FEES**

Case No.: 1:20-CV-04448-LJL

---

JOHN F. HARWICK, ESQ., an attorney admitted to practice in this Honorable Court affirms and certifies under penalty of perjury the following:

1. I am a partner with the law firm E. Stewart Jones Hacker Murphy LLP, attorneys for the plaintiffs and judgment creditors in the above-captioned matter. I respectfully submit this Affirmation in support of the application for attorney's fees.

2. On April 13, 2022 this Court granted plaintiffs' motion to hold Chet Stojanovich in contempt of Court and awarded the plaintiffs their reasonable attorney's fees.

3. I submit this affirmation in support of plaintiffs' application for a judgment against the defendants for attorney's fees related to the contempt motion (Dkt #62).

2. I have over twenty-five (25) years of experience as a litigator. Our hourly rate is $450.00 per hour. The following entries were taken from my firm's contemporaneous billing records in this case.

1

3. My firm's time entries are as follows:

| Date | Rate | Hours | Dollar Amount and Description |
|---|---|---|---|
| 11/9/2021 | 450.00 | .80 | 360.00-Prep for and hold conf call with clients to approve for contempt motion after Friday |
| 11/15/2021 | 450.00 | 2.50 | 1,125.00-Work on contempt motion per clients' instructions |
| 12/20/2021 | 450.00 | .60 | 270.00-Begin drafting motion for contempt against Chet Stojanovich |
| 12/29/2021 | 450.00 | 4.20 | 1,890.00- Further review and analyze underlying materials (transcripts, subpoenas, etc.) and further draft motion for contempt vs. Chet Stojanovich |
| 1/12/2022 | 450.00 | 4.50 | 2,025.00- finalize and file motion for Contempt including memo of law; call with CS California lawyer re filing; follow up on service of Chet with motion |
| 2/11/2022 | 450.00 | 1.50 | 675.00-prepare for contempt motion hearing Monday |
| 2/14/2022 | 450.00 | 1.20 | 540.00-review contempt motion, attend hearing for contempt vs Chet (Chet appears without counsel) |
| 3/25/2022 | 450.00 | 2.80 | 1,260.00-review CS transcript and sent to clients; attend SNDY conf call with judge re contempt; follow up emails and texts with CS |
| 3/31/2022 | 450.00 | 2.50 | 1,125.00-prepare and file supplemental submission for contempt hearing |
| 4/1/2022 | 450.00 | 1.80 | 810.00-finalize and file contempt papers |
| 4/8/2022 | 450.00 | 2.60 | 1,170.00-prepare for contempt hearing in NYC (SDNY Federal Court) |

| Date | Rate | Hours | Amount/Description |
|---|---|---|---|
| 4/12/2022 | 450.00 | 10.50 | 4,725.00-prepare for, travel to and attend hearing on contempt motion in NYC, prepare proposed order; prepare atty fee affirmation; serve order and transcript re contempt on CS |

The total amount of fees related to contempt motion and attending the various hearings and conferences regarding the same is $15,975.00.

I respectfully request that the Court issue a judgment against Chet Stojanovich in the form annexed hereto as Exhibit "A" in accordance with the Court's written order entered on April 13, 2022 (Dkt #79).

Dated: April 13, 2022

E. STEWART JONES HACKER MURPHY LLP

By: _____
John F. Harwick, Esq. (Bar Roll JF5253)
*Attorneys for Plaintiffs*
200 Harborside Drive, Suite 300
Schenectady, New York 12305
Direct Dial: (518) 213-0113
Jharwick@joneshacker.com

3