UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

ALEX HOLMES, et al.,

                              Plaintiffs,

    *-against-*                             **ORDER**

CHET MINING CO, LLC, et al.,         Case No.:  1:20-cv-04448-LJL

                              Defendants.
_____

    **NOW**, upon reading and filing of the Affirmation of John F. Harwick, Esq. in support of application for attorney's fees, sworn to the 13th day of April, 2022 and pursuant to this Court's Order dated April 13, 2022 awarding Plaintiffs attorney's fees related to their Motion for Contempt (Dkt#62) which was granted by this Court on April 13, 2022 (Dkt #79); it is hereby

    **ORDERED, ADJUDGED and DECREED** that Plaintiffs application for a judgment for attorney's fees is hereby **GRANTED** and Plaintiffs are hereby awarded a judgment for $_____ against Chet Stojanovich, 11320 Route 9, Champlain, New York 12919.

    **ORDER** signed this _____ day of _____, 2022.

                                                      _____
                                                      **HON.  LEWIS J. LIMAN**
                                                      United States District Judge

ENTERED: