# E. STEWART JONES HACKER MURPHY LLP

## ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

April 26, 2022

**VIA ECF FILING ONLY**
Judge Lewis J. Liman
United States Southern District Court

RE:     Alex Holmes, et al. v. Chet Stojanovich
        Case No. : 20cv4448 (LJL)

Dear Judge Liman:

I write to advise the Court Chet Stojanovich has been criminally charged for claims arising out of the transactions at issue in this civil proceeding.  See, USA v. Chet Stojanovich, SDNY Criminal Case No. 1:22-mj-03298:

I write to inquire as to whether the Court intends on proceeding with the in-person contempt hearing set for May 3, 2022.

The plaintiffs respectfully request that the hearing proceed as scheduled since Mr. Stojanovich has yet to provide any of the subpoenaed materials as ordered by the Court.

I will await the Court's further instructions, but unless I hear otherwise, I will plan on attending the in-person contempt hearing set for May 3, 2022.

Mr. Stojanovich is being provided with a copy of this letter via e-mail and U.S. mail.

Respectfully submitted,

E. STEWART JONES HACKER MURPHY LLP

*/s/ John F. Harwick*
John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

cc:     Chet Stojanovich
        Clients