**E. STEWART Jones Hacker Murphy LLP**
ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

April 28, 2022

**VIA ECF FILING ONLY**
Judge Lewis J. Liman
United States Southern District Court

RE:   Alex Holmes, et al. v. Chet Stojanovich
      Case No. : 20cv4448 (LJL)

Dear Judge Liman:

Per my recent conversation with the prosecutor in Mr. Stojanovich's criminal case he has not yet made bail and is currently incarcerated in Brooklyn.

I respectfully request that I be permitted to attend the May 3rd, 2022 contempt hearing via videoconference or phone instead of traveling to New York City from Albany.

Respectfully submitted,

E. STEWART JONES HACKER MURPHY LLP

*/s/ John F. Harwick*
John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

cc:   Clients