```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  :
ALEX HOLMES et al, :
  :
           Plaintiffs, :
  :   20-cv-4448 (LJL)
     -v- :
  :   ORDER
CHET MINING CO, LLC et al, :
  :
           Defendants. :
  :
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiffs' counsel has informed the Court that Defendant Stojanovich has been criminally charged for claims arising out of the transactions at issue in this civil proceeding and that Defendant Stojanovich is currently detained as he has not yet made bail.  *See* Dkt. Nos. 83–84; *see also USA v. Stojanovich*, 22-mj-03298 (S.D.N.Y.).  Plaintiffs' counsel requests that the contempt hearing set for May 3, 2022 at 3:00 p.m. proceed as scheduled and that Plaintiffs' counsel be permitted to attend via videoconference or phone instead of in person.  *See* Dkt. Nos. 83–84.

      It is hereby ORDERED that the in person contempt hearing scheduled for May 3, 2022 at 3:00 p.m. shall proceed as a telephonic hearing.  Parties are directed to dial into the Court's teleconference line at **888-251-2909** and use access code **2123101**.

      Plaintiffs are ORDERED to serve a copy of this Order on Defendant Stojanovich via email and mail and on Defendant's counsel in the criminal matter: Clay Hubbard Kaminsky, Federal Defenders of New York Inc. (NYC), 52 Duane Street, 10th Floor, New York, NY 10007.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 83 and 84.


SO ORDERED.

Dated: April 28, 2022                              _____
       New York, New York                                    LEWIS J. LIMAN
                                                        United States District Judge