# E. STEWART Jones Hacker Murphy LLP
## ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 SECOND STREET
TROY, NY 12180
PHONE: (518) 274-5820

200 HARBORSIDE DRIVE, SUITE 300
SCHENECTADY, NY 12305
PHONE: (518) 783-3843

511 BROADWAY
SARATOGA SPRINGS, NY 12866
PHONE: (518) 584-8886

1659 CENTRAL AVENUE, SUITE 103
ALBANY, NY 12205
PHONE: (518) 486-8800

FAX: (518) 274-5875

www.joneshacker.com

May 3, 2022

**VIA ECF FILING ONLY**
Judge Lewis J. Liman
United States Southern District Court

RE: <u>Alex Holmes, et al. v. Chet Stojanovich</u>
Case No. : 20cv4448 (LJL)

Dear Judge Liman:

As you know I represent the plaintiffs in the above referenced matter. I apologize for missing the conference today at 3:00 p.m., I was enthralled in a deposition that I thought would end earlier and lost track of time.

Mr. Stojanovich has not provided me with any documentation as ordered by the Court to purge himself of Your Honor's contempt finding.

I note that Mr Stojanovich is currently incarcerated in the MDC Federal Detention Center located in Brooklyn, NY. I heard from his Federal Public Defender who sent me the attached e-mail and indicated Mr. Stojanovich will be exercising his Fifth Amendment Right at any further civil proceedings.

I will await further instructions from the Court on how to proceed with the ongoing contempt issue.

Mr. Stojanovich is being provided a copy of this letter via e-mail and also to the detention center via USPS.

Respectfully submitted,

E. STEWART JONES HACKER MURPHY LLP

*/s/ John F. Harwick*
John F. Harwick, Esq.
jharwick@joneshacker.com
Direct Dial: (518) 213-0113

cc: Chet Stojanovich, via e-mail and USPS

**John Harwick**

| | |
|---|---|
| **From:** | Clay Kaminsky <Clay_Kaminsky@fd.org> |
| **Sent:** | Friday, April 29, 2022 10:54 AM |
| **To:** | John Harwick |
| **Cc:** | Deanna Dudley; Lewis, David (USANYS) |
| **Subject:** | RE: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Stojanovich, et al. Order on Motion for Conference |

John,

I do not represent Mr. Stojanovich in the civil case and cannot accept service on his behalf in that case.

The criminal charges that have been filed against Mr. Stojanovich underscore his Fifth Amendment right not to incriminate himself by making statements in the civil case. I doubt that Judge Liman can constitutionally compel him to make such statements through contempt proceedings in this posture. The civil case should be stayed during the pendency of the criminal case, where I understand the government is seeking restitution on behalf of your clients.

I have copied AUSA David Lewis on this email.

Clay


Clay H. Kaminsky
Assistant Federal Defender
52 Duane St., 10th Floor
New York, NY 10007
(212) 417-8749 (office)
(646) 842-2622 (cell)

**From:** John Harwick [mailto:jharwick@joneshacker.com]
**Sent:** Thursday, April 28, 2022 1:57 PM
**To:** Clay Kaminsky <Clay_Kaminsky@fd.org>
**Cc:** Deanna Dudley <ddudley@joneshacker.com>
**Subject:** FW: Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Stojanovich, et al. Order on Motion for Conference

Clay-

See the below notice of telephone hearing. I represent Chet's victims in this civil case.

John F. Harwick
Partner



Jones Hacker Murphy LLP

200 Harborside Drive
Suite 300
Schenectady, NY 12305

jharwick@joneshacker.com

1

www.joneshacker.com
D: (518)213-0113
O: (518)274-5820
F: (518)274-5875

---

CONFIDENTIALITY – PRIVILEGE NOTICE: Information contained in this e-mail is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If you are not the intended recipient, this serves as notice to you that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please delete the original message and any attachments thereto and immediately notify the sender via e-mail or by telephone at (518) 274-5820. Thank you.

**From:** NYSD_ECF_Pool@nysd.uscourts.gov <NYSD_ECF_Pool@nysd.uscourts.gov>
**Sent:** Thursday, April 28, 2022 11:59 AM
**To:** CourtMail@nysd.uscourts.gov
**Subject:** Activity in Case 1:20-cv-04448-LJL Holmes et al v. Chet Mining Co, LLC et al Order on Motion for Conference

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

                          U.S. District Court

                      Southern District of New York

## Notice of Electronic Filing

The following transaction was entered on 4/28/2022 at 11:59 AM EDT and filed on 4/28/2022
**Case Name:**       Holmes et al v. Chet Mining Co, LLC et al
**Case Number:**     1:20-cv-04448-LJL
**Filer:**
**WARNING: CASE CLOSED on 11/25/2020**
**Document Number:** 85


**ORDER granting [83] Letter Motion for Conference re: [83] LETTER MOTION for Conference addressed to Judge Lewis J. Liman from JOHN F. HARWICK, ESQ. dated 04/26/2022; granting [84] Letter Motion for Conference re: [83] LETTER MOTION for Conference addressed to Judge Lewis J. Liman from JOHN F. HARWICK, ESQ. dated 04/26/2022, [84] LETTER MOTION for Conference addressed to Judge Lewis J. Liman from JOHN F. HARWICK, ESQ. dated 04/28/2022. Plaintiffs' counsel has informed the Court that Defendant Stojanovich has been criminally charged for claims arising out of the transactions at issue in this civil proceeding and that Defendant Stojanovich is currently detained as he has not yet made bail. See Dkt. Nos. 83-84; see also USA v. Stojanovich, 22-mj-03298 (S.D.N.Y.). Plaintiffs' counsel requests**

2

that the contempt hearing set for May 3, 2022 at 3:00 p.m. proceed as scheduled and that Plaintiffs' counsel be permitted to attend via videoconference or phone instead of in person. See Dkt. Nos. 83-84. It is hereby ORDERED that the in person contempt hearing scheduled for May 3, 2022 at 3:00 p.m. shall proceed as a telephonic hearing. Parties are directed to dial into the Court's teleconference line at 888-251-2909 and use access code 2123101. Plaintiffs are ORDERED to serve a copy of this Order on Defendant Stojanovich via email and mail and on Defendant's counsel in the criminal matter: Clay Hubbard Kaminsky, Federal Defenders of New York Inc. (NYC), 52 Duane Street, 10th Floor, New York, NY 10007. The Clerk of Court is respectfully directed to close Dkt. Nos. 83 and 84. SO ORDERED. Telephone Conference set for 5/3/2022 at 03:00 PM before Judge Lewis J. Liman. (Signed by Judge Lewis J. Liman on 4/28/2022) (va)

**1:20-cv-04448-LJL Notice has been electronically mailed to:**

John Frederick Harwick     jharwick@joneshacker.com, ddudley@joneshacker.com, diversen@joneshacker.com, djohnson@joneshacker.com, sfebus@joneshacker.com

Benjamin Fisher Neidl     bneidl@joneshacker.com

**1:20-cv-04448-LJL Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=4/28/2022] [FileNumber=27623451-0] [77b6fd4ed3ad8519cf6cde569bec2d80ed98ab4e7e261cd47c4c51c6b8a95c90ff ba98b054060e00107a900fa58b5f671affb0c1cc17cb0eb7287158911c36c2]]