UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

---

ALEX HOLMES, et al.,

                Plaintiffs,

    -against-

CHET MINING CO., LLC, et al.

                Defendants.

**AFFIDAVIT OF SERVICE**

Case No.: 7:20-cv-0448-UA

---

STATE OF NEW YORK    )
                               )ss:
COUNTY OF SCHENECTADY  )

Stephanie Harris, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 28th day of April 2022, she served the within copy(s) of **JUSTICE LIMAN'S DOCKET TEXT ORDER DATED MAY 3, 2022 and ARTICLE 52 SUBPOENA WITH RESTAINING NOTICE ON RBC BANK GEORGIA** upon the following:

TO:    admin@phoenixdatas.com; chet@chetminingco.com; chet11chet11@gmail.com
          Chet Stojanovich
          Registration #: 91440-054
          MDC Brooklyn
          Metropolitan Detention Center
          P.O. Box 329002
          Brooklyn, NY  11232

by depositing a true and correct copy of the same via e-mail directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                          _/s/ Stephanie Harris_
                                                          STEPHANIE HARRIS

Sworn to before me this
4th day of May, 2022.

_/s/ Patrick L. Seely, Jr._
Notary Public - State of New York
PATRICK L. SEELY, JR.
Notary Public, State of New York
Qual. in Albany Co.  No. 02SE5008265
Commission Expires February 16, 2023