UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

---

ALEX HOLMES, et al.,

                                  Plaintiffs,          **AFFIDAVIT OF SERVICE**

      -*against*-                                          Case No.: 7:20-cv-0448-UA

CHET MINING CO., LLC, et al.

                                  Defendants.

---

STATE OF NEW YORK        )
                                       )ss:
COUNTY OF SCHENECTADY  )

Stephanie Harris, being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 12th day of May 2022, she served the within **PLAINTIFFS' ATTORNEY AFFIRMATION IN RESPONSE TO COURT'S TEXT ORDER #88, with EXHIBIT "A"** upon the following:

TO:    Chet Stojanovich
         Registration #: 91440-054
         Metropolitan Detention Center
         MDC Brooklyn, POB: 329002
         Brooklyn  NY  11232
         chet@chetminingco.com; chet11chet11@gmail.com; admin@phoenixdatas.com

by depositing a true and correct copy of the same via e-mail directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                                                       _/s/ Stephanie Harris_
                                                                                      STEPHANIE HARRIS

Sworn to before me this
12th day of May 2022.

_/s/_

Notary Public - State of New York
PATRICK L. SEELY, JR.
Notary Public, State of New York
Qual. in Albany Co. No. 02SE5008265
Commission Expires February 16, 2023