**E. STEWART Jones Hacker Murphy LLP**
ATTORNEYS & COUNSELORS AT LAW

Please send all mail to:
**TROY OFFICE**

28 Second Street
Troy, NY 12180
Phone: (518) 274-5820

200 Harborside Drive, Suite 300
Schenectady, NY 12305
Phone: (518) 783-3843

511 Broadway
Saratoga Springs, NY 12866
Phone: (518) 584-8886

41 State Street, Suite 604-05
Albany, NY 12207
Phone: (518) 486-8800

Fax: (518) 274-5875

www.joneshacker.com

May 4, 2023

**Via PACER**
Judge Lewis J. Liman
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    **Alex Holmes, et. al. v. Chet Mining Co., LLC**
           Index No.:    1:20-CV-04448-ljl
           Our File No.: 9035.000

Dear Hon. Judge Liman,

    This firm represents the plaintiffs in the above-referenced matter.

    Chet Stojanovich pled guilty to wire fraud in SDNY case # 22 Cr. 339 and is currently incarcerated.

    Thus, the stay should no longer remain in place and the contempt proceeding should continue as the judgment debtor still has not produced documents responsive to plaintiffs' post judgment subpoena or answered questions truthfully at a deposition.

Respectfully submitted,

E. STEWART JONES HACKER MURPHY LLP

_____
John F. Harwick, Esq.
Email: jharwick@joneshacker.com
Direct: (518) 213-0113

JFH/mcb

Cc:    Alex Holmes, alex@ilioscorp.com
        Brad Yasar, brad@beyondenterprizes.com
        Andrew Schwartzberg, andrew@tritonps.com
        Lars Eller, lars@larsellerofficial.com
        Nico Tramontana, nico@a10agency.com
        Amir Fardghassemi, amirfghassemi@gmail.com
        Josh Navarro, joshuanavarro@gmail.com