```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                  :

ALEX HOLMES ET AL.,                            :

                            Plaintiff,            :
                                                   :              20-cv-4448 (LJL)
         -v-                                       :
                                                   :                  ORDER

CHET MINING CO., LLC.,                    :

                            Defendant.         :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      On May 5, 2023, Plaintiffs indicated in a status letter that Chet Stojanovich pled guilty to wire fraud in Case No. 22-cr-339 and is currently incarcerated. They argue that the contempt proceeding should continue. The Court directs the Clerk of Court to lift the stay in this case and sets a telephonic status conference with the parties on August 11, 2023, at 3:00 p.m.


      SO ORDERED.

Dated: July 21, 2023
       New York, New York                            _____
                                                                     LEWIS J. LIMAN
                                                                 United States District Judge