UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

:

ALEX HOLMES et al.,                                                      :

:

Plaintiffs,                                       :

:                          20-cv-4448 (LJL)

-v-                                                   :

:                          ORDER

CHET MINING CO. LLC et al.,                                   :

:

Defendant.                                        :

:

----------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/18/2023
```

LEWIS J. LIMAN, United States District Judge:

The Court held a conference in this matter on August 11, 2023.  Plaintiffs were in attendance.  Defendants were not in attendance.  Plaintiffs indicated that it wished to reopen the case and enforce collection of the judgment.  Defendant Stojanovich is directed to show cause by September 29, 2023 as to why the Court should not reopen the case to allow Plaintiffs to enforce collection of the judgment.

Plaintiffs are directed to mail a copy of this order to the most current address they are able to obtain for Defendant Stojanovich and to file proof of service on the docket.

SO ORDERED.

Dated: August 18, 2023
       New York, New York

_____
                        LEWIS J. LIMAN
                  United States District Judge