UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT

---

ALEX HOLMES, et al.,

                    Plaintiffs,

    -against-

CHET MINING CO., LLC, et al.

                    Defendants.

**AFFIDAVIT OF SERVICE**
Case No.: 1:20-CV-04448-ljl

---

STATE OF NEW YORK    )
                              ) SS:
COUNTY OF RENSSELAER  )

Monica C. Blanchard being duly sworn, deposes and says that she is over the age of 18 years and is not a party to this action; on the 21st day of August 2023, she served the within **JUSTICE LIMAN'S AUGUST 18, 2023 ORDER** upon the following:

TO:    **CHET STOJANOVICH (Inmate No.: 91440-054)**
         FCI TERMINAL ISLAND
         FEDERAL CORRECTIONAL INSTITUTION
         PO BOX 3007
         SAN PEDRO, CA 90733

by depositing a true and correct copy of the same via e-mail directed to said individual and/or attorney(s), respectively, at said address(es), mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                     _____
                                                     Monica C. Blanchard

Sworn to before me this
21st day of August 2023.

_____
Notary Public - State of New York

        MARK J. VARBLE
  Notary Public, State of New York
    Qualified in Saratoga County
       No. 01VA6312139
  Commission Expires 09/22/26

**First Class Mail**

**LEGAL MAIL**

E. Stewart Jones Hacker Murphy, LLP
Attorneys at Law
28 Second Street
Troy, New York 12180

To:
Chet Stojanovich, Inmate 91440-054
FCI TERMINAL ISLAND
FEDERAL CORRECTIONAL INSTITUTION
PO BOX 3007
SAN PEDRO, CA 90733

**LEGAL MAIL**