```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
ALEX HOLMES et al.,                                                :
                                                                   :
                              Plaintiffs,                          :
                                                                   :         20-cv-4448 (LJL)
           -v-                                                     :
                                                                   :            ORDER
CHET MINING CO. LLC et al.,                                        :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On August 18, 2023, the Court ordered Defendant Chet Stojanovich to show cause by September 29, 2023 as to why the Court should not reopen the case to allow Plaintiffs to enforce collection of the judgments. Dkt. No. 95. Plaintiffs served that order upon Defendant Stojanovich by mail on August 21, 2023. Dkt. No. 96. Defendant Stojanovich has not responded.

Thus, the Court ORDERS that this case be reopened. Plaintiffs may seek to enforce collection of the judgments and may obtain discovery pursuant to Federal Rule of Civil Procedure 69(a)(2). The Clerk of Court is respectfully directed to reopen the case.

SO ORDERED.

Dated: October 23, 2023
       New York, New York                         _____
                                                        LEWIS J. LIMAN
                                                  United States District Judge